UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Albert William Bleau, Jr.

      Plaintiff

vs.

      Civil Action
      No. 04-10469JLT

Greater Lynn Mental Health
& Retardation Association, et al,

      Defendants

## Notice of Appearance

TO:  Tony Anastas
     Clerk of Court
     United States District Court
       for the District of Massachusetts
     John Joseph Moakley U.S. Courthouse
     1 Courthouse Way
     Boston, MA 02210

Kindly enter my appearance on behalf of the defendants

Greater Lynn Mental Health & Retardation Association et al.

*Garrick F. Cole / JEM*
Garrick F. Cole
BBO No. 091340

Smith & Duggan LLP
Two Center Plaza
Boston, Massachusetts   02108-1906
617 248-1900

Dated: 15 March 2004

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon each party appearing pro se and the attorney of record for each other party by mail on March 15, 2004.