AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Bleau

v.

Greater Lynn Mental Health and Retardation Association, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 10469 JLT RBK

TO: (Name and address of Defendant)

Greater Lynn Mental Health and Retardation Association, Inc.
37 Friend St.
Box 308
Lynn, MA 01903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Albert W. Bleau Jr.
505 Paradise Rd #208
Swampscott, MA 01907

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE   MAR 8 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | March 8, 2004 |
| NAME OF SERVER *(PRINT)* Albert Bleau | TITLE Plaintiff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified Priority mail

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/8/04
Date

Signature of Server

60 Humphrey St.
Swampscott, MA 01907
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.