UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Albert William Bleau Jr.　　　　　　　　　　　　:

　　　　Plaintiff　　　　　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　　　　　:

vs.　　　　　　　　　　　　　　　　　　　　　 :　Civil Action  REK
　　　　　　　　　　　　　　　　　　　　　　　　No. 04 – 10469JLT
　　　　　　　　　　　　　　　　　　　　　　　:

Greater Lynn Mental Health　　　　　　　　　　 :
& Retardation Association, et al,

　　　　Defendants

### Objection to Appointment of Defendants' Counsel

To: Senior Judge Robert E. Keeton
　　United States District Court
　　　　for the District of Massachusetts
　　John Joseph Moakley U.S. Courthouse
　　1 Courthouse Way
　　Boston, MA 02210

Please accept this correspondence as an objection to the representation of Garrick F. Cole, of Smith & Duggan LLP, for Defendants Robert Griffin, Robert MacKleish, and Robert Sherman. I respectfully request that the Court deny Attorney Garrick Cole's request.

Attorney Garrick Cole has been the Attorney for Defendant Greater Lynn Mental Health & Retardation Association, Inc. (GLMHRA) since May of 2000 and became Counsel for Defendant Eastern Mass Housing Corporation (EMHC) on or about February 2001. GLMHRA and EMHC are non-profit charitable educational and human service corporations. The corporations receive over 75% of their funds from state and federal contract dollars. The remainder of their funds less approximately $100,00 come from fees and rent charged to recipients of services.

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

ATTORNEYS AT LAW

SUITE 1300
111 HUNTINGTON AVENUE
BOSTON, MA 02199-7610
TEL: 617-267-2300  FAX: 617-267-8288
www.rkmc.com

ALAN E. MCKENNA
(617) 859-2719

March 25, 2004

*Via Hand Delivery*
Civil Clerk's Office
U.S. District Court for MA
1 Courthouse Way
Boston, MA 02210

Re: Zipwall, LLC v. C&S Manufacturing, Inc.
Civil Action No. 04-CV-10079

Dear Sir/Madam:

I enclose for filing relative to the above-referenced matter, Defendant C&S Manufacturing, Inc.'s Motion to Admit Lee F. Grossman, Eric P. Martin, & Jeffrey M. Drake *Pro Hac Vice*. A check for the $150.00 filing fee was sent to the court under separate cover on March 23, 2004.

Kindly file in your usual manner.

Thank you for your attention to this matter. Please call with any questions.

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Alan E. McKenna

AEM/jma
Enclosure

35014506.1

ATLANTA · BOSTON · LOS ANGELES · MINNEAPOLIS · NAPLES · SAINT PAUL · WASHINGTON, D.C.