UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Albert William Bleau, Jr., :
:
    Plaintiff :
:
vs. : Civil Action
: No. 04-10469JLT(REK)
:
Greater Lynn Mental Health :
& Retardation Association, Inc., :
 et al., :
:
    Defendants :

### Stipulation Regarding The Filing Of Responses To The Plaintiff's Complaint

Plaintiff Albert William Bleau, Jr., and defendants Greater Lynn Mental Health & Retardation Association, Inc., Eastern Massachusetts Housing Corporation, and Robert J. Griffin (collectively, the defendants) stipulate that the defendants may have until May 24, 2004, to file their respective responses to the plaintiff's complaint.

Respectfully submitted,

*Albert W. Bleau / JEM*
_____
Albert William Bleau, Jr.

505 Paradise Road
Apt. 208
Swampscott, MA 01907
(781) 962-2662

Respectfully submitted,
Robert J. Griffin
by his attorney,

*Donald K. Stern / JEM*
_____
Donald K. Stern
BBO No. 479420
Bingham McCutchen
101 Federal Street
Boston, MA 02110-1726
(617) 951-8000

| | |
|---|---|
| Respectfully submitted,<br>Greater Lynn Mental Health<br>  & Retardation Association<br>by its attorney, | Respectfully submitted,<br>Eastern Massachusetts<br>  Housing Corporation<br>by its attorney,<br>  appearing specially |
| *Garrick Cole/JEM*<br>Garrick F. Cole<br>BBO No. 091340<br>Smith & Duggan LLP<br>Two Center Plaza<br>Boston, MA  02108-1906<br>(617) 248-1900 | *Garrick Cole/JEM*<br>Garrick F. Cole<br>BBO No. 091340<br>Smith & Duggan LLP<br>Two Center Plaza<br>Boston, MA 02108-1906<br>(617) 248-1900 |

Dated: 3 May 2004

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail ~~(by hand)~~ on May 3, 2004

*[signature]*