UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERT WILLIAM BLEAU, JR.<br><br>Plaintiff,<br><br>v.<br><br>GREATER LYNN MENTAL HEALTH & RETARDATION ASSOCIATION, et al.,<br><br>Defendants. | <br><br>Civil Action No. : 04-10469JLT<br><br>**REQUEST FOR<br>ORAL ARGUMENT<br>ATTACHED** |

## DEFENDANTS RODERICK MACLEISH, JR. AND ROBERT A. SHERMAN'S MOTION TO DISMISS

Pursuant to FED. R. CIV. P. 12(b)(6), defendants Roderick MacLeish, Jr. and Robert A. Sherman (together, the "Defendants") hereby move to dismiss the above-captioned action against them for failure to state a claim upon which relief can be granted. In support thereof, the Defendants state that (1) the Plaintiff failed to exhaust his administrative remedies with regard to his claims under the Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq. (the "ADA"); (2) to the extent the Plaintiff seeks to impose liability on the Defendants in their individual capacities, such an action is not cognizable under either the ADA or the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq.; and (3) the Plaintiff's claims are time barred by the applicable statute of limitations. In further support of their motion, Defendants rely on the accompanying supporting memorandum of law, which is incorporated herein by reference.

**WHEREFORE**, Roderick MacLeish, Jr. and Robert A. Sherman respectfully request that this Honorable Court enter an order dismissing the Plaintiff's claims against them, with prejudice, and remove them from this lawsuit.

        Respectfully submitted,

        RODERICK MACLEISH, JR. and
        ROBERT A. SHERMAN,

        By their attorneys,

        _/s/ David G. Thomas_
        David G. Thomas, BBO #640854
        Allison K. Jones, BBO #654804
        GREENBERG TRAURIG, LLP
        One International Place, 20th Floor
        Boston, MA 02110
        Tel: (617) 310-6000
        Fax: (617) 310-6001

Dated: May 7, 2004

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1

Defendants, by and through counsel, hereby certify that they have made good faith efforts to contact the Plaintiff in an effort to resolve or narrow the issues raised in the Motion.

_____
David G. Thomas

Dated: May 7, 2004

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), the Defendants request a hearing on their motion to dismiss.

### CERTIFICATE OF SERVICE

I, David G. Thomas, hereby certify that on May 7, 2004, I served the foregoing by first class mail, postage pre-paid, upon Albert W. Bleau, Jr., at 505 Paradise Rd., #208, Swampscott, Massachusetts 01907.

_____
David G. Thomas

bos-srv01\JONESA\106152v02\371.802_.DOC\4/29/04