UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Albert William Bleau, Jr.,          :
                                    :
            Plaintiff               :
                                    :
                                    :
vs.                                 :    Civil Action
                                    :    No. 04-10469JLT(REK)
                                    :
Greater Lynn Mental Health          :
& Retardation Association, Inc.,    :
 et al.,                            :
                                    :
            Defendants              :


### Motion To Dismiss, Or, In The Alternative, For Summary Judgment Of Defendant Greater Lynn Mental Health & Retardation Association, Inc.

Pursuant to Fed. R. Civ. P. 12(b)(6) and Local Rule 7.1, defendant Greater Lynn Mental Health & Retardation Association, Inc., (Greater Lynn) moves to dismiss all of the claims against it set forth in plaintiff Albert William Bleau, Jr.,'s complaint. Alternatively, Greater Lynn moves, pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, for summary judgment in its favor dismissing all of the claims against it.  In support of its motion, Greater Lynn relies upon the Declaration of Robert F. Tucker in Support of the Motion of Defendant Greater Lynn Mental Health and Retardation Association, Inc., to Dismiss or in the Alternative for Summary Judgment and upon Greater Lynn's accompanying memo-randum of law and Local Rule 56.1 Concise Statement of Material Facts.

### Request for Oral Argument

Greater Lynn respectfully requests the opportunity to be heard.

by its attorneys,

_____
Garrick F. Cole
BBO No. 091340

Smith & Duggan LLP
Two Center Plaza, Suite 620
Boston, Massachusetts 02108-1906
(617) 228-4400

Dated:  24 May 2004