UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Albert William Bleau, Jr.,          :
                                     :
            Plaintiff,               :
                                     :
                                     :
vs.                                  :    Civil Action
                                     :    No. 04-10469JLT(REK)
                                     :
Greater Lynn Mental Health           :
& Retardation Association, Inc.,     :
 et al.,                             :
                                     :
            Defendants.              :

### Motion To Dismiss Of Defendant Robert Griffin

Pursuant to Fed. R. Civ. P. 12(b)(6) and Local Rule 7.1, defendant Robert Griffin ("Griffin") moves to dismiss all of the claims against him set forth in plaintiff Albert W. Bleau, Jr.,'s complaint.  In support of his motion, Griffin relies upon his accompanying memorandum of law.

### Request for Oral Argument

Griffin respectfully requests the opportunity to be heard.

                              Respectfully submitted,

                              Robert Griffin

                              By his attorney,


                              /s/_____
                              Donald K. Stern
                              BBO No. 479420

                              BINGHAM MCCUTCHEN LLP
                              101 Federal Street
                              Boston, MA 02110-1726
                              (617) 951-8000

Dated:   24 May 2004