UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Albert William Bleau, Jr., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Greater Lynn Mental Health & )<br>Retardation Association, Inc, et al., )<br>)<br>Defendants. )<br>) | Civil Action<br>No. 04-10469 JLT(REK) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Donald K. Stern as attorney for Defendant, Robert Griffin, in the above-captioned action.

Respectfully submitted,

_/s/ Donald K. Stern_
Donald K. Stern, BBO No. 479420
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110-1726
(617) 951-8250

May 25, 2004

CERTIFICATE OF SERVICE

I, Donald K. Stern, hereby certify that the above document was served upon all counsel of record, by First Class mail, on May 25, 2004.

_/s/ Donald K. Stern_
Donald K. Stern