```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS
```

Albert William Bleau, Jr.,           :
                                     :
            Plaintiff                :
                                     :
                                     :
vs.                                  :    Civil Action
                                     :    No. 04-10469JLT(REK)
                                     :
Greater Lynn Mental Health           :
& Retardation Association, Inc.,     :
 et al.,                             :
                                     :
            Defendants               :

## Motion To Dismiss Of Defendant
## Eastern Massachusetts Housing Corporation

Pursuant to Fed. R. Civ. P. 12(b)(2), (4), (5), and (6), and Local Rule 7.1, defendant Eastern Massachusetts Housing Corporation (Eastern Mass.) moves to dismiss all of the claims against it set forth in the complaint of plaintiff Albert William Bleau, Jr. In support of its motion, Eastern Mass. relies upon its accompanying memorandum of law and the Declaration of Thomas D. Herman in Support of the Motion to Dismiss of Eastern Massachusetts Housing Corporation.

**Request for Oral Argument**

Eastern Massachusetts Housing Corporation respectfully requests the opportunity to be heard.

```
                        by its attorneys
                        appearing specially,


                        [signature]
                        _____
                        Garrick F. Cole
                        BBO No. 091340
                        Thomas D. Herman
                        BBO No. 231740

                        Smith & Duggan LLP
                        Two Center Plaza, Suite 620
                        Boston, Massachusetts 02108-1906
                        (617) 228-4400
```

Dated: 25 May 2004