| FEDERAL IDENTIFICATION NO. 04-2296940 | FEDERAL IDENTIFICATION NO. 04-2652471 |
|---|---|
| Greater Lynn Mental Health & Retardation Association, Inc. | Fee: $35.00 Eastern Mass. Housing Corporation |

# The Commonwealth of Massachusetts

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

081
073

## ARTICLES OF ~~CONSOLIDATION~~ / *MERGER
(General Laws, Chapter 180, Section 10)
Domestic and Domestic Corporations

~~Consolidation~~ / merger of

Eastern Massachusetts
Housing Corporation

Greater Lynn Mental Health & Retardation Association, Inc.

the constituent corporations, into

Greater Lynn Mental Health & Retardation Association, Inc.

one of the constituent corporations, ~~a new corporation~~.

The undersigned officers of each of the constituent corporations certify under the penalties of perjury as follows:

1. The agreement of ~~consolidation~~ / *merger was duly adopted in accordance and compliance with the requirements of General Laws, Chapter 180, Section 10.

2. That if any of the constituent corporations constitutes a public charity, then the resulting or surviving corporation shall be a public charity.

3. The resulting or surviving corporation shall furnish a copy of the agreement of ~~consolidation~~ / *merger to any of its members or to any person who was a stockholder or member of any constituent corporation upon written request and without charge.

4. The effective date of the ~~consolidation~~ / *merger determined pursuant to the agreement of *consolidation / *merger shall be the date approved and filed by the Secretary of the Commonwealth. If a *later* effective date is desired, specify such date which shall not be more than *thirty days* after the date of filing:
   July 1, 2003

5. (For a merger)
(a) The following amendments to the Articles of Organization of the *surviving* corporation have been effected pursuant to the agreement of merger:

See Attachment A.

*Delete the inapplicable word.

(For a consolidation)
(b) The purpose of the *resulting* corporation is to engage in the following activities:

N/A

*(c) The *resulting* corporation may have one or more classes of members. If it does, the designation of such class or classes, the manner of election or appointment, the duration of membership and the qualification and rights, including voting rights, of the members of each class, may be set forth in the by-laws of the corporation or may be set forth below:

None

*(d) Other lawful provisions, if any, for the conduct and regulation of the business and affairs of the resulting corporation, or for limiting, defining, or regulating the powers of the corporation, or of its directors or officers, or of any class of members, are as follows:

None

6. The information contained in Item 6 is *not a permanent* part of the Articles of Organization of the *resulting / *surviving corporation.

(a) The street address of the *resulting / *surviving corporation in Massachusetts is: *(post office boxes are not acceptable)*

Greater Lynn Mental Health & Retardation Association, Inc.
370 Friend Street
Lynn, Massachusetts 01903

*Delete the inapplicable word.    **If there are no provisions state "None".

(b) The name, residential address and post office address of each director and officer of the *resulting / *surviving corporation is:

| | NAME | RESIDENTIAL ADDRESS | POST OFFICE ADDRESS |
|---|---|---|---|
| President: | Robert F. Tucker | 295 Lynn Shore Dr., Unit #501, Lynn, MA 01902 | same |
| Treasurer: | Paul Sahovey | 5 Seaview Avenue, Marblehead, MA 01945 | same |
| Clerk: | Thomas Costin, Jr. | 54 Maolis Rd., Nahant, MA 01908 | same |
| Directors: | Robert F. Tucker | 295 Lynn Shore Dr., Unit #501, Lynn, MA 01902 | same |
| | Paul Lanzikos | 35 High Street, Beverly Farms, MA | same |
| | Paul Sahovey | 5 Seaview Avenue, Marblehead, MA 01945 | same |
| | Thomas Costin, Jr. | 54 Maolis Rd., Nahant, MA 01908 | same |
| | John Barry | 46 Ocean Street, Nahant, MA 01908 | same |
| | William Doyle | 628 Summer Street, Lynnfield, MA 01908 | same |
| | Debra O'Bannon | 46 Glenwood Road, Lynn, MA 01904 | same |
| | James Purdy | 9 Larch Row, Wenham, MA 01984 | same |
| | Callanan Koch | 20 Harborview Rd., Nahant, MA 01908 | same |
| | Pedro Saleme | 52 Lawrence Rd., Lynn, MA 01904 | same |

(c) The fiscal year (i.e. tax year) of the resulting / surviving corporation shall end on the last day of the month of June.

(d) The name and business address of the resident agent, if any, of the *resulting / *surviving corporation is:

N/A

The undersigned officers of the several constituent corporations listed herein further state under the penalties of perjury as to their respective corporations that the agreement of *consolidation / *merger has been duly executed on behalf of each corporations and duly approved by the members / stockholders / directors of such corporations in the manner required by General Laws, Chapter 180, Section 10.

**TO BE EXECUTED ON BEHALF OF EACH CONSTITUENT CORPORATION**

_____, *President / ~~*Vice President~~
Robert Tucker                    Paul Lanzikos

_____, *Clerk / ~~*Assistant Clerk~~
Thomas Costin, Jr.

of  Greater Lynn Mental Health and Retardation Association, Inc.
(Name of constituent corporation)

_____, *President / ~~*Vice President~~
Robert Tucker

_____, *Clerk / ~~*Assistant Clerk~~
Norman Thibodeau

of  Eastern Massachusetts Housing Corporation
(Name of constituent corporation)

*Delete the inapplicable words.

THE COMMONWEALTH OF MASSACHUSETTS

## ARTICLES OF ~~CONSOLIDATION~~ / MERGER
(General Laws, Chapter 180, Section 10)
**Domestic and Domestic Corporations**

I hereby approve the within Articles of Consolidation / Merger and the filing fee in the amount of $ 35.00 having been paid, said articles are deemed to have been filed with me this _____ day of June, 20 03.

Effective date: July 1, 2003

**WILLIAM FRANCIS GALVIN**
*Secretary of the Commonwealth*

### TO BE FILLED IN BY CORPORATION
Photocopy of document to be sent to:

Greater Lynn Mental Health & Retardation Association

57 Friend Street

Lynn, MA 01903

Telephone: 781-593-1088 Ext. 111

and to:
Thomas D. Herman, Esq.
Smith & Duggan, LLP
2 Center Plaza, Boston, MA 02108
617 248-1900

# ARTICLE 5

## ATTACHMENT A
## TO THE ARTICLES OF MERGER OF THE GREATER LYNN MENTAL HEALTH & RETARDATION ASSOCIATION, INC., AND THE EASTERN MASSACHUSETTS HOUSING CORPORATION

## AMENDMENT TO THE ARTICLES OF ORGANIZATION OF THE GREATER LYNN MENTAL HEALTH & RETARDATION ASSOCIATION, INC.

### ARTICLE II - PURPOSE

To work in partnership with individuals with disabilities and their families to provide human services that will assist them in directing their own lives; to provide rehabilitative, educational, and treatment services, as well as social opportunities; to acquire and maintain real estate; to provide safe, affordable housing for low income, homeless, and disabled individuals and other individuals in need.