UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 JUN 28 P 2: 14
U.S. DISTRICT COURT
DISTRICT OF MASS

Albert William Bleau Jr.     :

    Plaintiff     :

         :

vs.     :     Civil Action
         No. 04 – 10469REK
         :

Greater Lynn Mental Health     :
& Retardation Association, et al,

    Defendants

**Stipulation Regarding The Filing
Of Responses To The Defendants' Motions for Dismissal And Summary Judgment**

    Plaintiff Albert W. Bleau Jr., and defendants Greater Lynn Mental Health & Retardation Association, Inc., Eastern Massachusetts Housing Corporation, Robert J. Griffin, Roderick McKleish Jr. and Robert A Sherman (collectively, the defendants) stipulate that the plaintiff may have until August 13, 2004 to file his responses to the defendants' responses to his complaint and to any motions for Dismissal and Summary Judgment.

Respectfully submitted,

*(signature)*
Albert W. Bleau Jr.

505 Paradise Rd. #208
Swampscott, MA 01907
(781) 962-2662

Respectfully submitted,
Robert J. Griffin
by his attorney,

*(signature)*
Donald K. Stern
BBO No. 479420
Bingham McCutchen
101 Federal Street
Boston, MA 02110-1726
(617) 951-8000

| | |
|---|---|
| Respectfully submitted,<br>Greater Lynn Mental Health &<br>  Retardation Association, Inc.<br>by its attorney,<br><br>_/s/ Garrick Cole_<br>Garrick Cole<br>BBO No. 091340<br>Smith & Duggan LLP<br>Two Center Plaza<br>Boston, MA 02108-1906<br>(617) 248-1900 | Respectfully submitted,<br>Eastern Massachusetts<br>  Housing Corporation<br>by its attorney,<br><br>_/s/ Garrick Cole_<br>Garrick Cole<br>BBO No. 091340<br>Smith & Duggan LLP<br>Two Center Plaza<br>Boston, MA 02108-1906<br>(617) 248-1900 |
| Respectfully submitted,<br>Roderick MacKleish Jr.<br>by his attorney,<br><br>_/s/ David G. Thomas_<br>David G. Thomas<br>BBO #640854<br>Allison K. Jones<br>BBO #654804<br>Greenberg Traurig, LLP<br>One International Place, 20th Floor<br>Boston, MA 02110<br>(617) 310-6000 | Respectfully submitted,<br>Robert A Sherman<br>by his attorney,<br><br>_/s/ David G. Thomas_<br>David G. Thomas<br>BBO #640854<br>Allison K. Jones<br>BBO #654804<br>Greenberg Traurig, LLP<br>One International Place, 20th Floor<br>Boston, MA 02110<br>(617) 310-6000 |

Dated: 26, June 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon each Defendants' attorney by mail on June 26, 2004.