UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Albert William Bleau Jr.

    Plaintiff

vs.

    Civil Action
    No. 04 – 10469REK

Greater Lynn Mental Health
& Retardation Association, et al,

    Defendants

### Motion Regarding The Filing Of Responses To The Defendants' Motions for Dismissal And Summary Judgment

Plaintiff Albert W. Bleau Jr. respectfully requests that the plaintiff may have until October 1, 2004 to file his responses to the defendants' responses to his complaint and to their motions for Dismissal and Summary Judgment.

The defendants Greater Lynn Mental Health & Retardation Association, Inc., Eastern Massachusetts Housing Corporation and Robert J. Griffin have agreed not to oppose this motion and defendants' Roderick MacKleish and Robert Sherman have agreed to a stipulation that has been filed with the Court.

The Plaintiff Albert W. Bleau Jr. is representing himself in this complaint and needs additional time to respond. Additionally, The Plaintiff is a Court Appointed Receiver in another state and he is required to appear in that state Court on September 1, 2004. He is also required to prepare various documents and testimony for this appearance and is therefore unable to devote the time required to respond to the defendants' motions for Dismissal and Summary Judgment.

Respectfully submitted,

*[signature]*

Albert W. Bleau Jr.
505 Paradise Rd. #208
Swampscott, MA 01907
(781) 962-2662

Dated: 13, August 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon each Defendants' attorney by mail on August 13, 2004.

*[signature]*