UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Albert William Bleau Jr.          :

    Plaintiff                 :

                              :

vs.                               :   Civil Action
                                      No. 04 – 10469REK
                                  :

Greater Lynn Mental Health        :
& Retardation Association, et al,

    Defendants

### Stipulation Regarding The Filing Of Responses To The Defendants' Motions for Dismissal And Summary Judgment

    Plaintiff Albert W. Bleau Jr., and defendants Roderick McKleish Jr. and Robert A Sherman stipulate that the plaintiff may have until October 1, 2004 to file his responses to the defendants' responses to his complaint and to any motions for Dismissal and Summary Judgment.

Respectfully submitted,
*[signature]*
Albert W. Bleau Jr.

505 Paradise Rd. #208
Swampscott, MA 01907
(781) 962-2662

Respectfully submitted,
Roderick MacKleish Jr.
by his attorney,

*[signature]*
David G. Thomas
BBO #640854
Allison K. Jones
BBO #654804

Respectfully submitted,
Robert A Sherman
by his attorney,

*[signature]*
David G. Thomas
BBO #640854
Allison K. Jones
BBO #654804

Greenberg Traurig, LLP  
One International Place, 20th Floor  
Boston, MA 02110  
(617) 310-6000

Greenberg Traurig, LLP  
One International Place, 20th Floor  
Boston, MA 02110  
(617) 310-6000

Dated: 13, August 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon each Defendants' attorney by mail on August 13, 2004.