# UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

Albert William Bleau Jr.                                    :

      Plaintiff                                          :

                            :

vs.                                                  :      Civil Action
                                    No. 04 – 10469REK
                                :

Greater Lynn Mental Health                                  :
& Retardation Association, et al,

      Defendants

## MOTION REGARDING PRODUCTION OF DOCUMENTS & A WRITTEN REFERENCE FOR THE PLAINTIFF & DELAY TO FILE RICO DOCUMENTATION

### PRODUCTION OF DOCUMENTS

Plaintiff Albert W. Bleau Jr. respectfully requests that the defendants submit various documents to the plaintiff within thirty days. Lists of the documents requested from each defendant are attached. Additional documents may be requested at a future date.

### REFERENCE LETTER

The Plaintiff Albert W. Bleau Jr. respectfully requests that the Court order the defendants to write a letter of recommendation for the Defendant including a resume, summary of his community accomplishments, and a summary of the trainings and services offered by his business. A sample letter with attachments are attached to this motion.

Additionally, the plaintiff requests that this reference letter and attachments be sent to all Massachusetts Health and Human Service State Agencies and Departments and Institutions, to all Human Services and Health Vendors in the state and to all Massachusetts Public Accounting Firms.

The defendants are required to pay for the cost of printing and mailing.

## REQUEST DELAY TO AMEND ORIGINAL COMPLAINT TO INCLUDE RICO COMPLAINT

The plaintiff respectfully requests that the court grant him 120 days to amend the original complaint to include additional substantiation that RICO applies to this complaint. The plaintiff is pro se and is working full time while preparing this case and has only been able to gain on line access to federal and state court cases at the University of Connecticut law school in Hartford, Connecticut.

To substantiate his RICO allegation, the plaintiff must gain access to court records in Middlesex, Essex and Boston courts. He must also file for freedom of information requests from the Inspector General's Office and other state agencies as well. Depositions will also have to be taken from the past presidents of Greater Lynn Mental Health and Retardation Association (GLMHRA): Martena Fallon, Stephan Speropolous, Robert Tucker, and Thomas Manning as well as past and present board members and senior staff, such as Thomas Costin, Nancy Rizzo, Samuel Vitali, James Cowdell, Paul Cote, Elaine White, Janine Brown Smith, Kelly Johnson, Anne and John Perry, the Defendants: Roderick MacKleish and Robert Sherman, past defendant Robert Griffin and GLMHRA auditor, James Mecone and his partners. Other individuals will also have to be interviewed.

Respectfully submitted,

Albert W. Bleau Jr.
505 Paradise Rd. #208
Swampscott, MA 01907
(781) 962-2662

Dated: 18, January 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above
document was served upon each
Defendant's attorney in person on __January__
__18, 2005.__

## ATTACHMENTS

1.  Documents requested from defendant GLMHRA & past defendant EMHC (2pp)

    2.  Documents requested from defendant Robert Sherman (2pp) ↳

3.  Documents requested from defendant Roderick MacKleish (2pp)
    & Robert Sherman ↗

4.  Documents to be requested by Subpoena from former defendant Robert Griffin (2pp)

5.  Sample reference letter (2pp)

6.  Albert Bleau resume (6pp)

7.  Albert Bleau summary of Community accomplishments (4pp)

8.  Albert Bleau summary of Children's Social Work experience (2pp)

9.  List of services provided by One Stop Business Services (1)

**Albert W. Bleau Jr.**
505 Paradise Rd. #208
Swampscott, MA 01907
(781) 962-2662


**DOCUMENTS REQUIRED FROM GREATER LYNN MENTAL HEALTH &
RETARDATION ASSOCIATION, INC & EASTERN MASSACHUSETTS
HOUSING CORPORATION**


1.  Copies of all audits prepared by Mullen & Company, Demakis and Demakis and any other outside auditing firm from fiscal years ending June 30th, 1997 to June 30th, 2003 and the six month financial statement ending December 31, 2003 including a detailed summary of all federal funds received by the defendants for fiscal years 1998, 1999, 2000, 20001, 20002, 20003.

2.  Copies of all interfund financial transaction between GLMHRA and EMHC for fiscal years ending June 30th, 1997 to June 30th, 2003 and all transactions from July 1, 2003 to March 5, 2004.

3.  Copies of the Uniform Financial Report (UFR) filed with the state for each of the fiscal years ending June 30th, 1998, 1999, 2000, 2001, 2002, 20003

4.  Copies of the PC 15 filed with the Charitable Division of the Attorney General's office and the annual reports filed with the Secretary of State for the fiscal years ending June 30th, 1998, 1999, 2000, 2001, 2002, 2003 including the 990's.

5.  Copies of all Board of Director meeting minutes, committee minutes, and meeting minutes from August 1, 1999 to March 5, 2004.

6.  Copies of the by-laws of the Defendants and all amendments from 1978 to March 5, 2004

7.  Summary and copies of all resumes and applications for the recently filled Executive Director's position

8.  Names and addresses of all board members, employees and consultants who were involved in the screening and hiring process of the Executive Director with copies of all notes, written comments and minutes of all meetings and emails

9.  Copy of the written response to Plaintiffs October 28, 2003 EEOC complaint and copies of any and all correspondence, attachments and e-mails from the Defendants and from Attorney Larry Donoghue to the EEOC and the MCAD since October 28, 2003

10. Copies of the Personnel practices and all amendments from August 1999 to March 5, 2004

11. Detailed accounting of the EFIP Reserves for the fiscal years 1998, 1999, 2000, 2001, 2002, 2003,

12. Copies of all contracts, bills, and copies of all checks to Attorney Robert Griffin & to the Firm of Krokidas and Bluestein, to Attorneys Roderick MacKleish and Robert Sherman and to the firm of Greenberg & Traurig from 1997 to March 5, 2004.

13. Copies of all legal bills and consultant bills paid by the Defendants from August 1, 1999 through March 5, 2004

14. Copies of all bills submitted by Krokidas & Bluestein and Attorney Robert Griffin for legal services for Albert W. Bleau Jr., Court Appointed Receiver, for AGH from 1988 to 1992 and copies of all auditing bills submitted by Mullen & Company for the AGH Receivership.

15. Copies of all files, proof of payment from GLMHRA and/or EMHC for representation of Albert W. Bleau Jr., specifically liability law representation concerning a lawsuit against the Plaintiff involving the Tewksbury ICF from 1983 – 1990 and other similar work on behalf of the Plaintiff through September 1999.

16. Copies of all contracts, payments and professional relationships with Paul Cote, former CEO of GLMHRA & EMHC from January 1, 1999 to March 5, 2004.

17. Copies of all Defendant's reports, e-mails, correspondence, meeting notes and phone logs, to and from the State Attorney General's Office, Attorney Robert Griffin, Attorney Roderick MacKleish, Attorney Robert Sherman , the Perkins Consultant Group and any and all consultants contracted by the Defendants from January 1, 1999 to March 5, 2004 and to and from any state agency including but not limited to the Department of Mental Retardation and the Department of Mental Health and any of their staff, counsel, consultants or auditors that pertain to any Defendant in this complaint or to the Plaintiff or to the character, competence or disability of the Plaintiff from January 1, 1999 to March 5, 2004.

18. Copies of all Defendant's reports, e-mails, correspondence, meeting notes and phone logs to and from Attorney Robert Sherman and Wayne Godlin of Van Kampen Advisors, Inc., representatives from the Bond Department at State St. Bank including but no limited to Chuck Procknow and Mullen & Company staff including Partners James Mecone and John Sanella from January 1, 1999 to March 5, 2004.

19. Copies of all staff meeting notes, dates and times of meetings, correspondence, emails and phone logs to and from any Defendant in this complaint and to and from employees, consultants, family members, elected and appointed state and local officials and vendors that pertain to any Defendant in this complaint or to the Plaintiff or to the character, competence, or disability of the Plaintiff from January 1,1999 to March 5, 2004.

20. Copies of all staff meeting notes, dates and times of meetings and phone calls, correspondence, emails and phone logs to and from any Human Service Agency or employer or individual inquiring about Plaintiff's work history, employment, character, competence or disability  at GLMHRA and EMHC from September 1999 to March 5, 2004.

**Albert W. Bleau Jr.**
505 Paradise Rd. #208
Swampscott, MA 01907
(781) 962-2662

## DOCUMENTS REQUIRED FROM ATTORNEY ROBERT SHERMAN AND THE FIRM OF GREENBERG AND TRAURIG

1. Copies of all contracts, and a detailed summary of all payments and copies of all checks to the Defendant and to other lawyers in the Firm of Greenberg & Traurig and any and all law firms that the defendant had an affiliation, from GLMHRA, EMHC and the State Attorney General's Office from 1997 to the present.

2. Copies of all contracts and a detailed summary of all payments and copies of all checks to the Defendant and other lawyers in the Firm of Greenberg & Traurig and any and all law firms that the defendant had an affiliation, as a result of Receivership work and legal work resulting from referrals from the State Attorney General's Office from January 1, 1997 to the present.

3. Copies of all contracts and a detailed summary of all work done by the Defendant and Greenberg & Traurig lawyers and any and all law firms that the defendant had an affiliation with Massachusetts' non-profit agencies from January 1, 1997 to the present.

4. Detailed summary of all Defendant's clients and clients of Greenberg & Traurig and any and all law firms that the defendant had an affiliation who also employ the auditing firm of Mullen & Company or James Mecone and John Sanella individually from January 1, 1997 to the present.

5. A detailed summary and copies of all contracts and checks received from any and all private consultant firms or individuals used by the Defendant or by Greenberg & Traurig and any and all law firms that the defendant had an affiliation from January 1, 1997 to the present time.

6. Copies of all contracts, payments and professional relationships, reports and e-mails with Paul Cote, former CEO of GLMHRA & EMHC and the Perkin's Consultant Group from January 1, 1997 to the present time.

7. Copies of all Defendant's reports, e-mails, correspondence, meeting notes and phone logs sent and received from the State Attorney General's Office, GLMHRA, EMHC, and with and from any state agency including but not limited to the Department of Mental Retardation and the Department of Mental Health and any of their staff, counsel, consultants or auditors that pertain to any Defendant in this complaint or to the Plaintiff from January 1, 1999 to March 5, 2004. These should include but not be limited to meeting notes and dates and times of all meetings, e-mails and phone logs to and from Senior Staff of GLMHRA including Deborah Clemente, James Cowdell, Janine Brown Smith, Elaine White, Anne Perry and Kelly Johnson, and board members Thomas Manning, Claire Jackson, Nancy Rizzo, Attorney Sam Vitali, Thomas Costin and Robert Tucker.

8.  Copies of all Defendant's reports, e-mails, correspondence, meeting notes and phone logs sent and received from Attorney Robert Sherman and Wayne Godlin of Van Kampen Advisors, Inc., representatives from the Bond Department at State St. Bank including but no limited to Chuck Procknow and Mullen & Company staff including Partners James Mecone and John Sanella.

9.  Copies of all Defendant's reports, e-mails, correspondence, meeting notes and phone logs to and from Defendant's clients or their employees or board members that pertained to any Defendants or to the character or competence of the Plaintiff.

**Albert W. Bleau Jr.**
505 Paradise Rd. #208
Swampscott, MA 01907
(781) 962-2662


**DOCUMENTS REQUIRED FROM ATTORNEY RODERICK MACKLEISH** *+ Robert Sherman 5*
**AND THE FIRM OF GREENBERG AND TRAURIG**

1.  Copies of all contracts, and a detailed summary of all payments and copies of all
    checks to the Defendant and to other lawyers in the Firm of Greenberg & Traurig and
    any and all law firms that the defendant had an affiliation from GLMHRA, EMHC
    and the State Attorney General's Office from 1997 to March 5, 2004.
2.  Copies of all contracts and a detailed summary of all payments and copies of all
    checks to the Defendant and other lawyers in the Firm of Greenberg & Traurig and
    any and all law firms that the defendant had an affiliation as a result of Receivership
    work and legal work resulting from referrals from the State Attorney General's Office
    from January 1,1997 to March 5, 2004.
3.  Copies of all contracts and a detailed summary of all work done by the Defendant and
    Greenberg & Traurig lawyers and any and all law firms that the defendant had an
    affiliation for Massachusetts' non-profit agencies from January 1, 1997 to March 5,
    2004.
4.  Detailed summary of all Defendant's clients and clients of Greenberg & Traurig and
    any and all law firms that the defendant had an affiliation who also employ(ed) the
    auditing firm of Mullen & Company or James Mecone and John Sanella individually
    from January 1, 1997 to March 5, 2004.
5.  A detailed summary and copies of all contracts and correspondence to and from any
    and all private management consultant firms or individuals used or referred by the
    Defendant or by Greenberg & Traurig and any and all law firms that the defendant
    had an affiliation from January 1, 1997 to March 5, 2004.
6.  Copies of all client files, Defendant bills, proof of payment from GLMHRA and/or
    EMHC for representation of Albert W. Bleau Jr., specifically liability law
    representation concerning a lawsuit against the Plaintiff involving the Tewksbury ICF
    from 1983 – 1990 and other similar work on behalf of the Plaintiff through September
    1999.
7.  Copies of all contracts, payments and professional relationships, reports and e-mails
    to and from Paul Cote, former CEO of GLMHRA & EMHC and the Perkin's
    Consultant Group and any other management consultants who worked for Defendants
    GLMHRA & EMHC from 1997 to March 5, 2004.
8.  Copies of all Defendant's reports, e-mails, correspondence, meeting notes and phone
    logs to and from the State Attorney General's Office, GLMHRA, EMHC, and with
    and from any state agency including but not limited to the Department of Mental
    Retardation and the Department of Mental Health and any of their staff, counsel,
    consultants or auditors that pertain to any Defendant in this complaint or to the
    Plaintiff from January 1, 1999 to the present time. This should include but not be

limited to meeting notes and dates and times of all meetings, e-mails and phone logs to and from Senior Staff of GLMHRA including Deborah Clemente, James Cowdell, Janine Brown Smith, Elaine White, Anne Perry and Kelly Johnson, and board members Thomas Manning, Claire Jackson, Nancy Rizzo, Robert Tucker, Attorney Sam Vitali and Thomas Costin.

9.  Copies of all Defendant's reports, e-mails, correspondence, meeting notes and phone logs to and from Attorney Robert Sherman and Wayne Godlin of Van Kampen Advisors, Inc., representatives of the Bond Department at State St. Bank including but no limited to Chuck Procknow and Mullen & Company staff including Partners James Mecone and John Sanella.

10. Copies of all Defendant's reports, e-mails, correspondence, meeting notes and phone logs to and from Defendant's clients or their employees or board members that pertained to any Defendants or to the character or competence of the Plaintiff.

**Albert W. Bleau Jr.**
505 Paradise Rd. #208
Swampscott, MA 01907
(781) 962-2662

## DOCUMENTS REQUIRED FROM ATTORNEY ROBERT GRIFFIN AND THE FIRM OF KROKIDAS AND BLUESTEIN

1. Copies of all contracts, and a detailed summary of all payments and copies of all checks to the Defendant and to other lawyers in the Firm of Krokidas & Bluestein and from GLMHRA, EMHC and the State Attorney General's Office from 1997 to March 5, 2004.

2. Copies of all contracts and a detailed summary of all payments and copies of all checks to the Defendant and other lawyers in the Firm of Krokidas & Bluestein , as a result of Receivership work and legal work resulting from referrals from the State Attorney General's Office from January 1, 1997 to March 5, 2004.

3. Copies of all contracts and a detailed summary of all work done by the Defendant and Krokidas & Bluestein for Massachusetts' non-profit agencies from January 1, 1997 March 5, 2004.

4. Detailed summary of all Defendant's clients and clients of Krokidas & Bluestein and who also employ the auditing firm of Mullen & Company or James Mecone and John Sanella individually from January 1, 1997 to March 5, 2004.

5. A detailed summary and copies of all contracts and correspondence to and from all management consultant firms or individuals used or referred by the Defendant or by Krokidas & Bluestein from January 1, 1997 to March 5, 2004.

6. Copies of all contracts, payments and professional relationships, reports and e-mails with Paul Cote, former CEO of GLMHRA & EMHC and the Perkin's Consultant Group and any other management consultants who worked for Defendants GLMHRA & EMHC from 1997 to March 5, 2004.

7. Copies of all Defendant's reports, e-mails, correspondence, meeting notes and phone logs sent and received from the State Attorney General's Office, GLMHRA, EMHC, and with and from any state agency including but not limited to the Department of Mental Retardation and the Department of Mental Health and any of their staff, counsel, consultants or auditors that pertain to any Defendant in this complaint or to the Plaintiff including any references to his character, competence, or disability from January 1, 1999 to March 5, 2004. These should include but not be limited to meeting notes and dates and times of all meetings, e-mails and phone logs to and from Senior Staff of GLMHRA including Paul Cote, Deborah Clemente, James Cowdell, Janine Brown Smith, Elaine White, Anne Perry and Kelly Johnson, and board members Thomas Manning, Claire Jackson, Nancy Rizzo and Robert Tucker, Thomas Costin and Attorney Sam Vitali.

8. Copies of all Defendant's reports, e-mails, correspondence, meeting notes and phone logs to and from Attorney Robert Sherman and Wayne Godlin of Van Kampen Advisors, Inc., representatives from the Bond Department at State St. Bank including

but no limited to Chuck Procknow and Mullen & Company staff including Partners James Mecone and John Sanella.

9.  Copies of all bills submitted by Krokidas & Bluestein and Attorney Robert Griffin for legal services for Albert W. Bleau Jr., Court Appointed Receiver, for AGH from 1988 to 1997 and copies of all filings with the Massachusetts Rate Setting Commission on behalf of Albert W. Bleau Jr., Receiver for AGH.

10. Copies of all Defendant's reports, e-mails, correspondence, meeting notes and phone logs to and from Defendant's clients or their employees or board members that pertained to any Defendants or to the character, competence or disability of the Plaintiff.

**Albert W Bleau**
505 Paradise Rd.
Swampscott, MA 01907
(781) 962-2662


January 18, 2005



To Whom It May Concern:

I am writing to recommend Albert W. Bleau. Companies are looking for individuals with "high integrity, people who are smart, aggressive and motivated to do extremely well."

Mr. Bleau meets these criteria and in addition he is a multi-skilled Executive. He has training and experience in Real Estate, Human Resources, Strategic Planning, Finance, Financial and Business Accounting, Organizational Development, Marketing, Lobbying, Politics, Public Speaking, Management, Business Development and Project Management.

A football team needs a multi skilled player and a baseball team always needs a utility infielder. A business is no different. Every business needs a multi skilled individual who can fill gaps in a growing organization and can assure integration and cooperation between business units and within the strategic planning process.

Thirty years ago Mr. Bleau became the Executive Director of Greater Lynn Mental Health and Retardation Association (GLMHRA) with a $30,000 annual budget. By the year 2000 GLMHRA was a thirty million-dollar education and health care company. It had a reputation for providing the most cost effective services and was always a leader in quality and innovation. During his last five years at GLMHRA, the business expanded on average by 2 million dollars annually as a result of no-bid contracts due to its reputation for expertise, innovation, integrity and performance.

Under his leadership, GLMHRA was the only public or private company or agency to have a "no findings" audit by the state auditor's office. During his tenure, the companies were also audited twice by the IRS without findings and by the Massachusetts Rate Setting Commission without findings. .

During the past three years, he has been self-employed. His company has been involved in high-risk property management. It has also provided grant writing and grant management services and has developed Resident Service Coordinator Programs in seven elderly apartment complexes in Connecticut and Massachusetts with over one thousand housing units. He has also been designing training programs and providing a variety of clinical and strategic trainings.

Most recently, He was the Court Appointed Receiver for the Hotel Hooker in Willimantic Connecticut and received accolades from the Superior Court Justice; the Chief State's Attorney's Office, the local community and the Chief of Police for his successful transformation of the Hotel.

In 1978 He founded the Eastern Mass Housing Corporation (EMHC). The EMHC purchased, developed and renovated or built over seventy commercial and residential properties throughout Eastern Massachusetts, New Hampshire and Florida. Thousands of low-income individuals and families and individuals with mental illness, physical handicaps and developmental disabilities have received housing, educational and clinical services in properties owned by the EMHC.

He has also written grants and provided project management for over two hundred federal, state and private grants with over 200 million dollars in funding.

His companies have received Grants from: the National Institute of Mental Health, the Federal Office of Child Development, the Massachusetts Offices of the Departments of Mental Health, Mental Retardation, Social Services and Public Health; the Federal Office of Housing and Urban Development and various city and regional offices of Community Development.

His companies have also received funding from Economic Development Commissions and various private charities and foundations such as the United Way, the Albert and Alice Chase Foundations, the McNair Foundation, the Boston Foundation as well as businesses such as Polaroid, General Electric, the Ford Foundation and the Fleet Bank Foundation.

He has also successfully negotiated over 100 real estate and business loans with over twenty separate financial institutions and Investment groups. I have also negotiated bond financing on three occasions totaling over 20 million dollars.

His resume is enclosed with a summary of the current trainings and services provided by one-stop business services and a summary of his community program development accomplishments.

I would recommend Mr. Bleau as an individual who would provide a valuable contribution to your company.

Yours truly,

**ALBERT W. BLEAU, JR.**

# *Presentation Of Qualifications*

## *ALBERT W BLEAU JR*

♦ **Chief Executive Officer and Chief Financial Officer:**
*Mr. Bleau has been the CEO and CFO of four companies with annual revenues of $600,000 to $30,000,000. He developed GLMHRA from a $12,000 company to over $ 30 Million Dollars and EMHC from $0 Dollars in assets to over $29 Million Dollars*

♦ **Strategic Planning-Reengineering (Customer Centered Strategic Planning):**
*Mr. Bleau implemented Strategic Planning initiatives at the Sovner Clinic, Lowell Adult Day Treatment and at GLMHRA that resulted in increased quality, cost savings, new business and increased revenue. At GMMHRA, an additional $ 1.6 Million dollar profit was realized in the first eighteen months of the process.*

♦ **Financial Solutions for Businesses:**
*Mr. Bleau has negotiated hundreds of Real Estate and business working capital loans including three revenue bonds totaling well over $50 Million Dollars. He has successfully worked with over twenty banks, financial institutions and private lenders. He has successfully submitted grant applications and organized fundraising events that generated over $200 Million Dollars in revenues over the past twenty years.*

♦ **Development of Self-Insured Plans for Businesses:**
*Mr. Bleau developed one of the first Self-Insured Employee Benefit/Business Programs in Massachusetts saving the company over $500,000 annually. He self-insured: medical, dental, disability, workmen's compensation, unemployment compensation, building contents, and vehicles.*

♦ **Human Resources Management & Training Programs:**
*Mr. Bleau has designed and implanted over thirty training programs ranging from Crisis Intervention, Business Reengineering, and Sexual Harassment to Relaxation Techniques and Stress Reduction.*

♦ **Residential and Commercial Real Estate Management & Development:**
*Mr. Bleau has developed and managed over eighty properties including residences, apartment buildings, commercial offices and educational centers, commercial & residential condominiums, rooming houses, hotels and vacation resorts.*

♦ **Individualized Clinical Services and Trainings for High- Risk Complex Individuals:**
*Mr. Bleau has designed environments, buildings and has developed treatment plans and social event trainings (weddings, bar mitzvahs, etc.) for multiply- handicapped individuals with developmental disabilities and/or mental illness as well as forensics & addictions. He has developed screening guidelines and consulted to landlords and MHF and HUD Developers and Housing Authorities.*

**505 Paradise Rd. #208 ●Swampscott, MA 01907●(781) 962-2662**
**one-stopbiz@earthlink.net**

## ALBERT W. BLEAU, JR.

### OPENING STATEMENT

**Albert Bleau** is highly qualified as a senior executive in both the for- and non-profit arenas, with an extensive professional and educational background in business, education, social services, advocacy, and related fields. He has a consistent history of delivering significant results in key positions, reflecting a high degree of knowledge in organizational, business, and financial strategy. His diverse management and project development skills are applicable across a broad range of industries and markets.

### SUMMARY OF ACHIEVEMENTS

#### FINANCIAL SUCCESSES

*Mr. Bleau's financial acumen resulted in consecutive profitable years at Greater Lynn Mental Health and Retardation Association (GLMHRA) and at Eastern Massachusetts Housing Corporation (EMHC), leading the industry in both quality as well as the lowest employee turnover rate. He is considered a leader in commercial and real estate financing and has designed innovative effective financing tools and strategies.*

- Led GLMHRA to become the fourth largest Human Services-Health Care Provider in Massachusetts, successfully increasing the annual operating budget from $12,000 to its current total of approximately $30 million.
- Negotiated the first stand-alone tax-exempt financing in Massachusetts in 1990, as well as over $20 million in financing for GLMHRA and EMHC.
- Successfully engaged 17 different New Hampshire, Massachusetts and Florida banks in real estate and working capital financing.
- Developed and successfully employed a unique and effective underwriting tool for non-profit financing that can by used by banks and other lenders.

#### ORGANIZATIONAL DEVELOPMENT

*Mr. Bleau has solid experience in program, clinic and corporate re organization and restructuring. He has implemented two mergers and two major corporate reorganizations, applying his extensive experience in Financial Management and Investments, Business Plan Development, Fundraising and Public Relations. Finally, his innovative models for organizational development have led to demonstrated successes in several arenas.*

- Founded eight companies, drafting the by-laws and articles of organization and administering all appropriate filings to the state and IRS.
- Orchestrated and led mergers between Greater Lynn Mental Health and Retardation Association, Inc. and the Hegner Center, Inc., and between Greater Lynn Mental Health Retardation Association, Inc. and Associated Group Homes, Inc  Both the Hegner Center, Inc., and Associated Group Homes, Inc. are now subsidiary corporations.
- Successfully developed and applied the concepts of annual program and process unit business planning.
- Conceptualized and developed the dual processes of *Futures Planning* and *Customer Centered Strategic Planning*. *Futures Planning* integrates Total Quality Management Principles with holistic life planning, and has been used as both a fringe benefit for employees as well as a dynamic treatment-planning tool for consumers and to increase customer loyalty. *Customer Centered Strategic Planning combines Futures Planning and various principles such as cycle time, job function analysis and annual business plans to* develop strategic corporate planning and to guide the allocation of corporate resources.

#### TRAINING

*Mr. Bleau has extensive expertise in conceptualizing, developing and administering training programs. His experience spans 3 decades and two continents.*

- Developed and taught numerous training programs to employees of GLMHRA and other agencies. Training programs include: Behavior modification, Crisis Prevention, Treatment planning, Relaxation, Guided Imagery (primarily for use with emotionally disturbed children), Financial Management and Financial Planning, Program and Non-Profit Budgeting, Corporate Reorganization, Cycle Time, Business Plans, and Customer Centered Planning.

**ALBERT W. BLEAU, JR.**

- Founded the first early childhood accredited program at the community college level. The program is currently taught at North Shore Community College and is the combined result of six courses Mr. Bleau developed and taught at Head Start Offices.
- Provided consultation and training to rural elementary school teachers, and to various volunteers, as a Peace Corps Volunteer in a model community instituted by the state and federal governments of Brazil. The project successfully brought new concepts of agribusiness into the model community, strengthening the economy and introducing new business opportunities.

**COMMERCIAL AND RESIDENTIAL REAL ESTATE DEVELOPMENT AND HOUSING DEVELOPMENT FOR THE HANDICAPPED**

- Founded EMHC to acquire and develop housing and commercial real estate for low income and handicapped citizens. Under Mr. Bleau's active leadership, EMHC has developed, renovated and currently manages over 80 residential and commercial properties; provides a car and van leasing business for the handicapped with a fleet of over 70 vehicles; and currently holds assets of over $29 million.
- Constructed a $3 million commercial office building in downtown Lynn, MA, a groundbreaking non-profit endeavor in construction and in financing. Mr. Bleau served as the general contractor and arranged for all private financing.
- Acquired and developed a $1 million vacation resort in New Hampshire, the first vacation resort to integrate market vacationers and severely handicapped, mentally ill, and mentally retarded vacationers.
- Acquired and supervised the $1.2 million renovation of the St. Francis Church, completing the renovation in nine months, from acquisition to occupancy. The church was converted to a three-story structure providing educational and day services for mentally retarded citizens, in addition to commercial offices and training rooms.
- As Court Appointed Receiver of Associated Group Homes, Inc., managed $600,000 of renovations to create handicapped access in three facilities, resulting in the licensure of all three by the Department of Public Health.

**ADVOCACY**

*Mr. Bleau is a leading advocate for community-based programs for the mentally retarded and mentally ill. With extensive experience in social services, he is well versed in Program Development, Staff Supervision and Staff and Parent Training, Clinical Consultation, Group Counseling and Consultation, Individual Treatment Planning and Program Administration for mentally retarded and emotionally disturbed children and adults He has presented before hundreds of community groups, civic organizations, city and town boards, and elected governmental officials at both the state and federal levels.*

- Founded the Sovner Clinic, the first specialty clinic and psychiatric halfway house in Eastern Massachusetts, as well as one of the first residences and day programs for individuals with a dual diagnosis (MR-MH).
- Established the first psycho-rehabilitation social club for the mentally ill .
- Through the successful filing of Fair Housing Complaints with HUD, served as a catalyst for the relaxation of conservation and historical commission regulations for building additions and renovations for the handicapped.
- Responsible for two precedent setting cases involving the handicapped:
    - The Fanny Mae HUD complaint, resulting in the allotment of over $200 million secondary mortgage financing for the handicapped nationwide.
    - The Massachusetts Supreme Court Winchester Case, resulting in permission to use a former carriage house on a non-conforming lot for a mentally retarded residence.
- Played a key role in establishing Lynn as the first Massachusetts city to fully implement Kindergarten and Chapter 766 programs.
- Integrated the first severely handicapped children, as well as the first non-English speaking children, into regular classrooms at Head Start. A federal grant was awarded to expand these initiatives into other Head Start programs in Massachusetts as a demonstration model for the Office of Child Development. Mr. Bleau's reported conclusions resulted in revision of Head Start admission and inclusion regulations, as well as revision of curriculum for handicapped and non-English speaking children.

## ALBERT W. BLEAU, JR.

### CAREER HIGHLIGHTS

**One Stop Business Services- Swampscott, MA**
*A business-consulting firm offering expertise to corporations, non-profits, families, and individuals.*
*Areas of expertise range from Business Restructuring to Housing Development for the Handicapped.*
**Founder and CEO**

**Eastern Massachusetts Housing Corporation – Lynn, MA**
*A $29 million commercial and residential real estate corporation*
**Executive Director-Chief Financial Officer and Co-founder**

**Greater Lynn Mental Health and Retardation Association, Inc.- Lynn, MA**
*Company serving close to 2,000 individuals with disabilities in a variety of residential, educational and clinical settings and employing 900 full and part-time employees*
**Executive Director-Chief Financial Officer**

**Hegner Center, Inc.– Lynn, MA**
*A residential and educational organization for individuals with disabilities*
**Executive Director**

**Associated Group Homes, Inc.**
*A $2.4 million ICF-MR Corporation serving 24 multiply handicapped, developmentally disabled citizens.*
**Court Appointed Receiver**

**Lynn Head Start – Day Care, Inc. – Lynn, MA**
*The first existing comprehensive child development program in Eastern Massachusetts, employing up to 70 full time and part time employees*
**Director**

**Lynn Head Start – Lynn, MA**
**Social Services Coordinator**

**Peace Corps – Brazil**
**Peace Corps Volunteer and Trainer**

### ASSOCIATIONS AND AFFILIATIONS

PRESENT AND PAST

Who's Who Worldwide in Business
Board Member "Power Options," a non-profit advisory group of HEFA (Healthcare and Educational Financing Authority). Organized to develop and market energy cooperative amongst Massachusetts non-profit businesses.

Who's Who in Professions
Lynn Lions Club
Board Member "Boston Risk Management Group," a self-insured Workman's Compensation Group for non-profits.

Massachusetts and National Associations of Social Workers
**American Management Association**

Member "Power Options," Bid and Review Selection Committee

National Association of Forensic & Addiction Counselors
Massachusetts and National Associations for Retarded Citizens

**Lynn School Committee**

Soccer Coach, Swampscott Under 16 girls Select Team
Mass. Delegate National Association for Private Residential Facilities (Anchor) Massachusetts

Soccer Coach, Lynn English High School JV Soccer
Human Services Providers Council, Member Regulatory Committee

**Lynn Business Partnership**

Odd Fellows, Swampscott
Lynn Area Chamber of Commerce

Swampscott Yacht Club
**President, Massachusetts Association of ICF/MR Providers**

**Member, NAACP North Shore Branch**

**President, Massachusetts Child Development Director's Association)**

Member, Greater Lynn Council for Children

**Founder, National Head Start Director's Association**

Member Association of Bi-lingual Educators

Member Massachusetts and National Associations of Mental Health

## ALBERT W. BLEAU, JR.

### PUBLICATIONS

*Guest Editorials*, Lynn Daily Item, Lynn Sunday Post, North Shore Sunday (syndicated).
*Founder and Editor*, GLMHRA *Wings* Newsletter,
*Editor*, two books of poetry (This Is Life-Books I and II by Albert W. Bleau).
*Poet*
*Author*, <u>Characteristics of Unsuccessful Retarded Adults In Three Community Based Facilities</u>. A Master's Thesis for Antioch University

### SPEAKING ENGAGEMENTS

*Sovner Mental Health Clinic,* Panel Leader at conference for Dually Diagnosed Mentally Ill/Mentally Retarded: "Community Based Clinics". Peabody, MA.

*Sovner Mental Health Clinic,* Panel Leader at conference for Dually Diagnosed Mentally Ill/Mentally Retarded: "Developing Community Based Support Networks". Peabody MA.

*Sovner Mental Health Clinic/Tufts*, Emcee and Panel Leader at conference for Dually Diagnosed Mentally Ill/Mentally Retarded. Peabody, MA.

*Sovner Mental Health Clinic/Tufts*, Emcee and Panel Leader at conference for Dually Diagnosed Mentally Ill: "Alcohol and Drug Addiction". Peabody, MA.

*Young Adult Institute*, Workshop: "Person Centered Strategic Planning". New York, NY.

*National Association of Mental Retardation*, Pre Conference Symposium: "Customer Centered Strategic Planning", for CEO's of non-profit companies. San Antonio, TX

*New England Association for Mental Retardation*, Workshop: "Customer Centered Strategic Planning". Burlington, MA.

*National Association of Mental Retardation*, Workshop: "Customer Centered Strategic Planning", for CEO's of non-profit companies. San Francisco, CA

*DIME*: "Business Processes and Re-engineering". Long Island, New York.

*Massachusetts Association of Intermediate Care Facilities*, Co-Conference Coordinator, Chairperson and Panel Leader in over 15 different workshops including Keynote "Clinical Issues", "Fiscal and Managerial Systems Affecting Non-Profits and ICF-MR's".

### LICENSURE

Licensed Certified Social Worker – Massachusetts
Masters Counselor Certification in Addiction and Forensics
Massachusetts Real Estate Brokers License
Massachusetts Life and Medical Insurance Brokers License
NASD Series 6 & 63 Licensed

### EDUCATION

**Northeastern University**
Pursuant to an MBA, 33 credits (3.71 GPA)
**Antioch University – Antioch, Ohio**
MEd. Organizational Development
**University of New Mexico**
Pursuant to a PhD, Latin American History, 16 credits.
**University of Massachusetts at Amherst – Amherst, MA**
B.A. Latin American History, Minor: Latin American Studies.

### FOREIGN LANGUAGES

**French, Spanish, and Portuguese-reading, some writing and survival conversational skills-At one time was fluent in Portuguese (4.5-5 score in Foreign Service conversational test in Portuguese and 3-3.5 in Spanish. Taught English and secondary math in Portuguese. 3 years of college Spanish; 2 years of French.) PhD qualified in Spanish and Portuguese, at UNM.**

ALBERT W. BLEAU, JR.

## CLINICAL SERVICES AND INTEGRATION OF TECHNOLOGY

### CLINICAL SERVICES

*Mr. Bleau has experience developing individual and community based services for individuals diagnosed with MH/MR, substance addiction, mental illness, and other severe medical and mental disorders. His first program became one of the first in both the Commonwealth of Massachusetts and the United States. Mr. Bleau's expertise has proven beneficial to individuals requiring support, their families, private organizations, and governmental agencies.*

- **PROGRAM AND SERVICE DEVELOPMENT**
- **TRAINING**                                Staff, Parents and Consumers

- **ENVIRONMENTAL DESIGN AND**        Assisting in the identification, purchase and renovation of apartments and
  **TURNKEY OPERATIONS.**              homes for individuals needing support

- **EVENT PREPARATION**                Mr. Bleau provides services enabling handicapped individuals to participate in
                                       such family events as weddings, funerals, bar mitzvahs, and vacations. His
                                       comprehensive approach combines event desensitization through practice
                                       repetitions, counseling, and training.

- **CRISIS PREVENTION**                Training and Intervention

- **ADVOCACY**                         Ensuring that those served by state (Chapter 766) and federal (Chapter 94142)
                                       legislation receive adequate and appropriate educational services. Mr. Bleau's
                                       approach trains and empowers individuals and families to decrease their
                                       dependence on his services.

- **TREATMENT PLANNING**               Person Centered Planning (Futures Planning)

### INTEGRATION OF TECHNOLOGY

*Throughout his career, Mr. Bleau has consistently and successfully applied technological advances to enhance clinical and community services, improve internal operations of organizations, and increase independence of handicapped individuals. Through media such as computers and the Internet, he has pioneered efforts to increase communication and networking capabilities of individuals and their families, as well as professionals in the industry.*

- In 1998, Mr. Bleau conceptualized, created and implemented the business plan for *Disability News Net*, the first website specifically designed to serve human service professionals and individuals and families. Disability News Net utilized chat groups and lists to provide an accessible forum for interaction and contact among families, as well as with regional authors and others offering insights on disability issues. Onsite, in-person training was also provided.

- Under Mr. Bleau's leadership, the Greater Lynn Mental Health and Retardation Association, Inc. (GLMHRA) became the first non-profit in 1998 to develop adaptive equipment for challenged individuals, allowing them to use communication and computer educational training programs, such as literacy and speech and language development.

- Mr. Bleau initiated and coordinated the development of 18 residences equipped with individually adapted and equipped computers, to include speech-to-text and voice recognition technologies. On-site training was also provided for staff, parents and consumers.

- GLMHRA became the first non-profit to fully integrate all computer software programs, linking over 80 program sites to the central computer network, integrating fiscal and Solomon systems with Microsoft Excel, automating all business processes, and mandating computer training for each employee.

- As Executive Director of GLMHRA, Mr. Bleau oversaw the Sovner Clinic, leading the provision of video consultations via the Internet between consulting agencies for high-risk individuals, in-house therapists and clinicians, and external therapists and clinics. Video consultations were provided to state agencies throughout Canada and the United States. The Sovner Clinic pursued and received a private foundation grant to implement the program.

- Mr. Bleau established social clubs in Beverly and Lynn, MA, designed as work/learning programs through which participants learned and used computer applications, allowing them to earn an income providing support to small businesses.

## ALBERT W BLEAU JR

# Examples of Receivership and Relevant Property Management and Social Services Experience

## Receivership and Related Experience

### CURRENT

**Hotel Hooker LLC-Willimantic CT. – Court Appointed Receiver of building declared a public nuisance by the Court and the State of CT.** Responsible for hiring staff, accounting, finance, renovations, social services, marketing and public relations. I reported to the Chief Justice of the Danielson Superior Court. The Hotel problems and drug trafficking were reported on 60 Minutes and the Receivership was extensively reported in the New York Times, the Hartford Courant and by many local and area radio and TV stations and newspapers.

The Receivership has terminated except for a final accounting.

### PAST

A) **Health-Net – Associated Group Homes – Health Net was a holding company for North Shore Children's Hospital in Salem as well as Associated Group Homes, a $2.8 Million Dollar health care and residential handicapped Housing Corporation.** I was recommended by the Department of Retardation and the State Attorney General's Office under Attorney General Harsh burger as a court appointed receiver from 1988 to 1992. I was able to successfully secure Mortgage and working capital financing, hire staff, oversee over $750,000 of renovations to three facilities, secure Public Health Licensing and eventually transfer the facilities to a new entity.

B) **Hegner Center – A $700,000 Medicaid funded rehabilitation facility for eight developmentally disabled – physically handicapped individuals.** I was responsible for the merger of this facility with another business entity.

C) **Lowell Mental Health Clinic – A million dollar mental health clinic in Lowell, Massachusetts.** I took control of this program and facility at the request of the Department of Mental Health. I was responsible for purchasing and renovating a new $1.5 Million Dollar building that I acquired in foreclosure from the Lowell Institution for Savings. I obtained financing, hired staff, designed the program and services and secured Public Health and Managed Care licensing and approvals for the program and the facility.

D) **Lynn Rooming House Apartment Complex – A four building complex in two sites, with 128 units and apartments.** Acquired the properties as a result of a foreclosure auction in cooperation with the Cambridge Savings Bank. Arranged financing and directed over $One Million dollars in renovations. Converted the properties to a combination of affordable, below market and market housing.

<u>2</u>

# <u>Examples of Consultation and Management Experience of Rooming Houses, Hotels and Apartment Buildings with a known Drug, Prostitution Criminal and Social Services Problem.</u>

**A) 560 Washington St., Lynn, MA** – A **40 room hotel - rooming house** that had a reputation for drug dealing, prostitution and crime for over twenty years. Prior to my involvement with this property, there were two deaths and numerous arrests at this building. It was actually featured twice in the TV series "COPS". I helped a non-profit company acquire the building in foreclosure from a Cambridge based bank. I was able to apply for a Federal Home Loan Bank Grant of $400,000, a HUD 202 grant of over $2Million dollars for renovation and rent subsidies, and private bank financing. The building was converted to affordable housing for 40 adult mentally ill individuals and homeless individuals.

The property was renovated to include full kitchen facilities and provides two meals each day to the tenants, has state of the art security, handicapped bathrooms and rooms, and a recreation and job training center in the basement of the building.

**B) 75,80,85 Silsbee St., Lynn, MA** – **A hotel and apartment complex with three buildings; a 40 room hotel rooming house, a 35 room combination rooming house hotel with 11 efficiency units, and an eight unit one bedroom apartment house.** This was probably the most challenging project that I had ever undertaken. It was easily the largest drug operation in the area. It included wholesale cocaine distribution, retail and wholesale heroin sales, and heroin shoot- up parties. At least ten prostitutes operated out of one of the buildings. There was one murder associated with a rival drug gang shortly after I took control of the building. The elderly housing building, Silsbee Towers, adjacent to the operation suffered 26 robberies of elderly residents six months prior to my takeover of the buildings.

The first week that I took over the building, I replaced the security personnel, fired all the staff and on one Friday evening my security company was able to count 45 cars with out of state license plates pull up to the building and drive off with prostitutes and negotiate drug buys as well.

I was able to work with the state drug task force and applied and received Federal Home Loan Bank Funds and a HUD grant to renovate one of the buildings. The other two buildings were acquired and renovated using private funds and in collaboration with many Human Services Agencies (Battered Women's Shelters, Aids Action Committee, Vietnam Veteran's Groups, Project COPE, a drug rehabilitation program, The State Office of Human Services and many others, We converted one of the rooming houses to affordable, safe housing for special targeted populations. The other hotel - rooming house and apartment building were a combination of market and affordable housing.

3

**C) 119 No. Common St., Lynn, MA** – A nineteen-unit apartment building that had over sixty police visits in a six-month period including numerous arrests. A month before I took over the building residents were shooting from the second floor porch at a rival drug gang in a building on the opposite side of the city park. I was able to get the City Council to declare the building a public nuisance and to begin fining the owner. I subsequently, was able to convince the bank and the owner to transfer the building and the mortgage to a non-profit Human Services Agency that renovated the building and converted it to affordable housing for eighteen low-income individuals and families. I assisted in the eviction of the drug dealers and arranged financing for the non-profit to renovate and acquire the building.

**D) Additional Examples** – Purchased and renovated and managed three additional buildings: two six-unit buildings, and a twelve unit building converting them to subsidized and market rentals. Worked in conjunction with the Lynn Drug Task Force and the City Council Representative resulting in numerous arrests.

I was a property management consultant for two apartment buildings totaling 400 units of subsidized and below market apartments for elderly, disabled and working individuals and families.

In this capacity, I uncovered a heroin distribution ring in one building that had contributed to two deaths and a crack cocaine ring in another building that had contributed to several overdoses.

I assisted Management to improve tenant social services and recreational services, documented incidents to assist in eight evictions and have testified at eviction proceedings. I have also provided training to the security and management staff, developed new policies and procedures, including amendments to the leases and Rules and Regulations and I have assisted in the installation of state of the art security systems.

I also provided tenant screening services and developed a tenant marketing survey and marketing plan to reduce the vacancies, increase the waiting list and improve the image of the buildings.

## Current Consultations & Business

### A)  One-Stop Business Services
During the past three years, I have been self-employed. My company has been involved with high-risk property management. I have also provided grant writing and grant management services and have developed Resident Service Coordinator Programs in seven elderly apartment complexes in Connecticut and Massachusetts with over one thousand units. I have also been designing training programs and providing a variety of clinical and strategic trainings.

### B)   Resident Service Coordinator Consultant
Provide supervision, training, clinical consultation, tenant assessment services and project management for over one thousand units of housing in nine buildings in Connecticut and Eastern Massachusetts. The projects are funded through the HUD Resident Service Coordinator grant program and employ ten social workers.

4

# Additionally Relevant Management, Construction and Consultation Experience

**A) Eastern Mass Housing Corporation** – I founded this non-profit corporation in 1978 and was its Executive Director and Chief Financial Officer from 1978 to 2000. I acquired and renovated over seventy residential, and commercial properties across three states and twenty different cities and towns. Directed the financing, bids and construction of a $3.8 Million dollar office building in downtown Lynn, MA. The corporation grew from zero assets to over $Twenty Nine Million Dollars in assets.

Successfully negotiated three tax exempt bonds and worked successfully with over twenty private and public lending institutions and banks in three states.

**B) Greater Lynn Mental Health & Retardation Association** – Became its Executive Director and Chief Financial Officer in 1974 when the non-profit agency had an annual budget of $12,000. Directed its expansion to an annual budget of over $30Million Dollars providing community based services to over three thousand children, adults and families with mental illness, developmental disabilities and physically handicaps. GLMHRA employed over six Hundred employees and was the fourth largest non - profit Human Services Agency in the state.

**C) New Britain Connecticut – Eastern Masachusetts** – Successfully wrote five HUD grants totaling over $4 Million dollars for five Elderly - Disabled housing developments providing tenancy for over one thousand individuals and families. I am responsible for the development and evaluation of the Social Service Coordinator Program including the hiring, consultation-supervision and training of three MSW social workers and seven Bachelors level social workers.

# ALBERT W BLEAU JR

## Examples of Social Work Practice

## A) Children's Services

1)      I was the Social Service's Coordinator for one year and then the Social Service's Coordinator/Program Director for the Lynn Head Start – Day Care – After School - Summer Program for three years. Supervised two social workers and one parent involvement specialist. Worked under the supervision of William Lott, LICSW, Lynn Family and Children Services and Dr. Welchel, MD, Child Psychiatrist. I also supervised seven classroom teachers and developed an after school program for 100 school aged children and provided direct supervision of the program director.

2)      Responsible for the integration of severely mentally ill and developmentally disabled children into early childhood day care and Head Start programs. Wrote an Early Childhood Grant and was funded by the US Office of Child Development to establish a demonstration project in Head Start programs in Essex County. The Project assisted other Head Start programs integrate special needs children into Head Start Classrooms. The Project contributed to changes in Head Start selection and mainstream policies nationwide.

3)      Developed a five- course off-sight accredited early childhood program at Lynn Head Start Offices. Drafted the curriculum, hired teachers, taught one course and presented program and curriculum to the North Shore Community College Curriculum Committee and President for approval and accreditation. Raised funds and grants to provide full scholarships for Head Start Parents.

4)      Expanded and supervised the Program Director of a specialized six- week summer program (Camp Pinecrest) for emotionally disturbed children ages six to fourteen. Wrote grants and supervised the expansion of the program to include year-round parental support groups and parent effectiveness training and a year round after-school summer program for high -risk teens, 15 to 17 years old. Camp expanded from forty children to 112 children under my direction.

5)      Provided yearly training to summer camp staff for over fifteen years. Trainings included sensitivity training for staff to work with low- income youth. Relaxation training, and guided imagery training, and story telling techniques were also taught to staff to incorporate into their activity and support groups with the children. Provided staff and group observations and feedback sessions to camp staff. Developed a "train the trainers" program for these trainings as well.

2

6)    Developed after school program for high-risk boys ages 14-17 years old who had history of court involvement, poor school attendance and achievement. Responsible for securing private and public funding, program design, staff hiring and supervision and activity development. Operated program for five years.

7)    Organized Special Needs Parent Advisory Committees in four cities and towns and trained parents as Parent Advocates. At one point I had trained and was supervising over fifteen trained parent advocates. Helped parents of special needs children organize three yearly conferences in conjunction with local school departments and private and public children' s agencies and the courts.

8)    Founding member of the Lynn, MA area of the Office of Children and was an active participant in the Department of Mental Health Area Board Children's Committee and assisted in the draft of their annual plan from 1974-1980.

9)    Past president of the Massachusetts' Child Development Directors' Association and one of five individuals to organize the New England Association and the  National Head Start Directors Association and planned its first National Conference. Organized three Regional Conferences for the New England Association.



28 Highland Ave
Peaks Is., ME 04108
207 766 0007

505 Paradise Rd. #208
Swampscott, MA 01907
781 962 2662

Albert W. Bleau Jr. CEO
one-stopbiz@earthlink.net



"Work Directly with the CEO"
(Individual & Group rates)



- **Resident Service Coordinator Quality Assurance, Program Development, Training, & Clinical Consultations**

  (Turn-key services including budget analysis and amendments and all HUD compliance issues)

- **High Risk Property Management**

  (Manage, including complete financial management, of high risk properties that are victimized by gangs and or other illegal activities ( drugs), etc.)

- **High Risk Property Consultation**

  (Provide management consultation and strategies to eliminate illegal activities in apartment buildings including eviction assistance, treatment services and activity development for tenants)

- **Tenant Screening & Assessment**

  (Prevent future problems and assist existing tenants by providing assessment, screening and referal services)

- **Special Needs Program Development and Parent Advocacy Training & Support**

  (Assist families, agencies and school departments to develop innovative educational and community programs for individuals with disabilities. Provide training and advocacy services for parents of disabled children)

- **Future Life Planning**

  (Assist individuals with disabilities and senior citizens to develop personal life plans that are holistic and dynamic. Process was developed by the CEO)


28 Highland Ave
Peaks Is., ME 04108
207 766 0007



Albert W. Bleau Jr. CEO
one-stopbiz@earthlink.net

505 Paradise Rd. #208
Swampscott, MA 01907
781 962 2662



"Work Directly with the CEO"
(Individual and Group rates)



- **Resident Service Coordinator Philosophy and HUD Regulations and Compliance**

  (Appropriate for Management staff and Service Coordinators. Includes case study analysis. Focuses on examples to develop preventative strategies– **two 2-hour sessions**)

- **Crisis Prevention and Conflict Resolution**

  (Appropriate for Management staff, Service Coordinators and family members. Enhance skills to intervene in crisis situations involving an acting out individual and learn skills to protect themselves, family members, service recipients and tenants – **two 2-hour sessions**)

- **Team Building**

  (Appropriate for Service Coordinators to improve staff meetings, clinical case conferences and family meetings. Includes principles and characteristics of successful teams and role play - **two 2-hour sessions**)

- **Support Groups**

  (Appropriate for Service Coordinators that have completed Team Building training. Includes principles and characteristics of support groups, and detailed instruction to develop a support group and follow-up consultation. Some examples of support groups include grief and loss groups, medication groups, targeted medical groups i.e. diabetic, cancer, etc., strategic planning – **three 2-hour sessions plus follow-up consultation as needed.**)

- **RSC Functional Computer Training**

  (Appropriate for Service Coordinators and Management staff with minimal or intermediate skills. Training will allow staff to implement and maintain a tenant database to create HUD and Management reports. Will also give staff skills to work with email, word, Microsoft works, tables and to develop schedules, case management plans, newsletters and other functional materials – **sessions as needed depending on staff skill level – usually two to four sessions and telephone support**).



28 Highland Ave
Peaks Is., ME 04108
207 766 0007



Albert W. Bleau Jr. CEO
one-stopbiz@earthlink.net

"Work Directly with the CEO"
(Individual and Group rates)

505 Paradise Rd. #208
Swampscott, MA 01907
781 962 2662





- **Tenant Interview Survey**

   (Appropriate for Service Coordinators, office staff and Property Managers. Staff will use tenant surveys developed by the trainer and learn proper tenant interview techniques and strategies to enhance tenant trust and cooperation and to gain relevant information to enhance property marketing strategies – **two 2-hour sessions including role play and follow-up processing session**)

- **Principles of Behavior Modification**

   (Appropriate for Service Coordinators and clinical staff and consultants who have completed the Crisis Prevention Training or equivalent. Review principles of Behavior Modification to give basics to develop a clinical treatment plan or intervention -  **two 2-hour sessions**)

- **Developing a Treatment Plan or Behavioral Intervention Strategy**

   (Appropriate for Service Coordinators and clinical staff and consultants who have completed the principles of Behavior Modification Training or equivalent. Participants will bring actual behavioral and real case issues to the training and will develop an intervention strategy or treatment plan  - six 2-hour sessions and follow-up critique of all plans and strategies)

- **Relaxation Training, Guided Imagery, Story Telling**

   (Appropriate for Service Coordinators, teachers, after school and camp counselors. This is a train the trainer program that will allow participants to develop programs for tenants, family members, children and service recipients – **two 2- hour sessions plus follow-up consultation**)

- **Business Principles and Strategic Planning**

   (Appropriate for Managers and Board Members. Includes introducing principles of Teams, Cycle Time, Job Functional Analysis, Enterprise Units, Keys to Competitiveness, Motivation and Incentive Strategies, MBO development. Participants will be encouraged to develop an action plan and or a strategic plan for their program or business – **four 2-hour sessions plus follow-up consultation**)