# Greenberg Traurig

David G. Thomas
(617) 310-6025
thomasda@gtlaw.com

December 17, 2004

**BY OVERNIGHT MAIL**

Mr. Albert W. Bleau, Jr.
505 Paradise Road, No. 208
Swampscott, MA 01907

    Re:    **Albert W. Bleau, Jr. v. Greater Lynn Mental Health & Retardation Association, et al., U.S.D.C. C.A. No.: 04-10469 JLT**

Dear Mr. Bleau:

This letter memorializes our agreement that Roderick MacLeish, Jr. and Robert A. Sherman shall have until January 28, 2005, to file a responsive pleading or other motion to the complaint to the extent that Messrs. MacLeish and Sherman are still defendants in this case in light of the courts order on their motion to dismiss.

Thank you again for your courtesy.

Sincerely,

*David G. Thomas*
David G. Thomas
Dictated But Not Read

Cc:    Donald K. Stern, Esq.
        Garrick Cole, Esq.

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DENVER
FORT LAUDERDALE
LOS ANGELES
MIAMI
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
SILICON VALLEY
TALLAHASSEE
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
WILMINGTON
ZURICH

Greenberg Traurig, LLP | Attorneys at Law | One International Place | Boston, MA 02110 | Tel 617.310.6000 | Fax 617.310.6001    www.gtlaw.com