UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 FEB -1 P 1:57
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Albert William Bleau, Jr., <br><br> Plaintiff, <br><br> v. <br><br> Greater Lynn Mental Health & Retardation Association, Inc., et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 04-10469(REK) |

## MOTION OF DEFENDANT ROBERT J. GRIFFIN FOR ENTRY OF SEPARATE AND FINAL JUDGMENT

Defendant Robert J. Griffin moves for the entry of separate and final judgment, pursuant to Fed. R. Civ. P. 54(b), in the form attached hereto.

In support of his motion, Griffin states that all claims alleged against him in the Complaint have been dismissed, by virtue of the Court's Memorandum and Order (December 8, 2004), and there is no just reason for delay.

Respectfully submitted,

**Robert Griffin,**

By his attorney,

_____
Donald K. Stern, BBO #479420
**BINGHAM MCCUTCHEN LLP**
100 Federal Street
Boston, MA 02110
(617) 951-8250

Dated: February 1, 2005

LITDOCS/584749.1

## CERTIFICATE OF SERVICE

I, Donald K. Stern, hereby certify that the above document was served upon all counsel of record, by First Class mail, on February 1, 2005

_____
Donald K. Stern