UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Albert William Bleau, Jr.,          :
                                    :
            Plaintiff               :
                                    :
                                    :
vs.                                 :     Civil Action
                                    :     No. 04-10469JLT(REK)
                                    :
Greater Lynn Mental Health          :
& Retardation Association, Inc.,    :
 et al.,                            :
                                    :
            Defendants              :

### Motion For Summary Judgment Of Defendant
### Greater Lynn Mental Health & Retardation Association, Inc.

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, defendant Greater Lynn Mental Health & Retardation Association, Inc., (Greater Lynn) moves that the Court enter judgment in its favor as to all of the claims remaining against it of plaintiff Albert William Bleau, Jr. (Mr. Bleau).  In support of its motion, Greater Lynn relies upon its accompanying memorandum of law, Local Rule 56.1 Statement of Material Facts, and the Declaration of Robert F. Tucker.

2

### Request for Oral Argument

Believing that oral argument would be of assistance to the Court, Greater Lynn respectfully requests the opportunity to be heard.

by its attorneys,

_____
Garrick F. Cole
BBO No. 091340
Christina Schenk-Hargrove
BBO No. 645164

Smith & Duggan LLP
Two Center Plaza, Suite 620
Boston, Massachusetts 02108-1906
(617) 228-4400

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on _____

_____

Dated: 8 February 2005