```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

Albert William Bleau, Jr.,        :
                                  :
          Plaintiff,              :
                                  :
                                  :
vs.                               :    Civil Action
                                  :    No. 04-10469
                                  :    JLT(REK)
                                  :
Greater Lynn Mental Health        :
& Retardation Association, Inc., :
et al.                            :
                                  :
          Defendants.             :
```

**MOTION OF DEFENDANT GREATER LYNN MENTAL HEALTH & RETARDATION ASSOCIATION, INC., TO EXTEND THE TIME FOR FILING A REPLY**

Defendant Greater Lynn Mental Health & Retardation Association, Inc., (Greater Lynn) moves that the Court extend the time period for Greater Lynn to file a request for leave to reply and a reply to plaintiff Albert Bleau's opposition to the summary judgment motion of Greater Lynn.

At a status conference on 18 January 2005, the Court laid out a briefing schedule on Greater Lynn's motion for summary judgment.  Greater Lynn was to file its motion by February 8.  Mr. Bleau was to respond by March 1.  Greater Lynn's request for leave to reply and reply, if any, were to be filed by March 8.

Greater Lynn filed its motion on February 8.  By March 2, with no opposition having been received, counsel for Greater Lynn attempted to contact Mr. Bleau.  Mr. Bleau responded by

voicemail message of March 3 that he believed the deadline for filing his opposition was March 8 and that he would filing his opposition on that day.

As Greater Lynn anticipates not receiving Mr. Bleau's opposition until March 8, it respectfully requests an extension of the scheduling order.  Greater Lynn requests that the deadline for filing its request for leave to reply and reply, if any, be extended to March 15, 2005.

by its attorneys

/s/ Christina Schenk-Hargrove
_____
Garrick F. Cole
BBO No. 091340
Christina Schenk-Hargrove
BBO No. 645164

Smith & Duggan LLP
Two Center Plaza, Suite 620
Boston, Massachusetts 02108-1906
(617) 228-4400

Dated:  4 March 2005