# UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

2005 MAR -9 A 9: 35

| | |
|---|---|
| Albert William Bleau Jr. | |
| Plaintiff | : |
| | : |
| vs. | :  Civil Action<br>No. 04 – 10469REK |
| | : |
| Greater Lynn Mental Health<br>& Retardation Association, et al, | : |
| Defendants | |

## MOTION REQUESTING EXTENSION TO FILE RESPONSE BRIEF AND MOTIONS ON MARCH 9, 2005

The plaintiff respectfully request permission to file his response brief and motions scheduled for March 8, 2005 on March 9, 2005.

Respectfully submitted,

_____
Albert W. Bleau Jr.
505 Paradise Rd. #208
Swampscott, MA 01907

(781) 962-2662

Dated: 8, March 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon Defendants' attorneys by first class mail on March 8, 2005.

_____