UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Albert William Bleau Jr.

    Plaintiff

vs.

                                            Civil Action
                                            No. 04 – 10469REK

Greater Lynn Mental Health
& Retardation Association, et al,

    Defendants

### Motion for Summary Judgment of Plaintiff Albert W. Bleau Jr.

Plaintiff, Albert W. Bleau Jr., respectfully moves that the Court enter judgment in his favor and grant the plaintiff's request for monetary compensation, and other relief summarized in his original complaint and such other relief deemed appropriate by the Court.. In support of his motion, the plaintiff relies upon his accompanying motion to deny defendants' motions for summary judgment, dismissal and entry for final and separate judgment and his accompanying memorandum of law.

Respectfully submitted,

_____

Albert W. Bleau Jr.
505 Paradise Rd. #208
Swampscott, MA 01907
(781) 962-2662

Dated: March 8 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon all counsel of record by First Class Mail on March 8, 2005.

_____
Albert W. Bleau Jr.

2