UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Albert William Bleau, Jr.,                :
                                          :
            Plaintiff                     :
                                          :
                                          :
vs.                                       :   Civil Action No.
                                          :   04-10469 JLT (REK)
                                          :
Greater Lynn Mental Health                :
& Retardation Association, Inc.,          :
 et al.,                                  :
                                          :
            Defendants                    :

**Joint Motion To Continue Hearing
Scheduled For April 13, 2005**

   Plaintiff Albert W. Bleau, Jr., and defendants Greater Lynn Mental Health and Retardation Association, Inc., Eastern Massachusetts Housing Corporation, Roderick MacLeish, Robert Sherman, and Robert Griffin jointly move that the Court continue the hearing scheduled for April 13, 2005, to a convenient date, as the Court's schedule may permit, during the following month of May.  As grounds therefore the parties state that, between March 9 and March 23, 2005, the plaintiff filed three motions, three oppositions, and several amendments to those oppositions, accompanied by voluminous attachments.  The defendants' responses to these motions and oppositions have yet to be filed pursuant to

2

Local Rule 7.1, either because they are not due or because the parties have so agreed. (See attached Schedule A listing outstanding filings and filing dates.) The Court's consideration of the parties' motions would benefit from a plenary hearing, rather than two or more separate ones, since several of the motions are interrelated and the plaintiff's motion for leave to amend his complaint, were it allowed, would affect the course further proceedings substantially.

WHEREFORE, the parties request that the Court grant their motion for a continuance and set a convenient date in May, as the Court's schedule permits, for a hearing on all of the parties' pending motions.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Roderick MacLeish and | Greater Lynn Mental Health & |
| Robert Sherman | Retardation Association, Inc. |
| by their attorneys, | by its attorneys, |
| | |
| s/ David G. Thomas | s/ Garrick F. Cole |
| David G. Thomas | Garrick F. Cole |
| BBO No. 640854 | BBO No. 091340 |
| Allison K. Jones | Christina Schenk-Hargrove |
| BBO No. 654804 | BBO No. 645164 |
| | |
| Greenberg Traurig, LLP | Smith & Duggan LLP |
| One International Pl., 20 fl | Two Center Plaza, Suite 620 |
| Boston, Massachusetts 02110 | Boston, Massachusetts 02108-1906 |
| (617) 310-6000 | (617) 228-4400 |

3

Respectfully submitted,

Eastern Massachusetts
 Housing Corporation

by its attorneys,


s/ Garrick F. Cole
Garrick F. Cole
BBO No. 019340
Christina Schenk-Hargrove
BBO No. 645164

Smith & Duggan LLP
Two Center Plaza, Suite 620
Boston, Massachusetts 02108-1906
(617) 228-4400



| Respectfully submitted, | Respectfully submitted,<br>Robert J. Griffin<br>by his attorney, |
|---|---|
| s/ Albert W. Bleau, Jr.<br>Albert William Bleau, Jr.<br><br>505 Paradise Road<br>Apt. 208<br>Swampscott, Massachusetts<br>                01907<br>(781) 962-2662 | s/ Donald K. Stern<br>Donald K. Stern<br>BBO No. 479420<br>Bingham McCutchen<br>101 Federal Street<br>Boston, Massachusetts<br>                02110-1726<br>(617) 951-8000 |

Dated: 5 April 2005

**Schedule A**

| | DOCUMENT | DATE FILED |
|---|---|---|
| 1. | Motion to Dismiss by Roderick MacLeish and Robert Sherman | 1/28/05 |
| 2. | Motion for Entry of Separate and Final Judgment by Robert Griffin | 2/1/05 |
| 3. | Motion for Summary Judgment by Greater Lynn Mental Health | 2/8/05 |
| 4. | Motion to Prevent Further Retaliation and Defamation by Albert Bleau | 3/9/05 |
| 5. | Motion for Summary Judgment by Albert Bleau | 3/9/05 |
| 6. | Opposition by Albert Bleau to: Motion to Dismiss by MacLeish and Sherman; Motion for Entry of Separate and Final Judgment By Griffin, and Motion for Summary Judgment of Greater Lynn Mental Health | 3/9/05 |
| 7. | Amended Opposition by Albert Bleau to Motion to Dismiss; Motion for Entry of Separate and Final Judgment; and Motion for Summary Judgment AND Motion to Amend Complaint to Add RICO Claim | 3/22/05 |