UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Albert William Bleau, Jr., | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| | : | |
| vs. | : | Civil Action No. |
| | : | 04-10469 JLT (REK) |
| | : | |
| | : | |
| Greater Lynn Mental Health | : | |
| & Retardation Association, Inc., | : | |
| et al., | : | |
| | : | |
| Defendants | : | |

**MOTION OF EASTERN MASSACHUSETTS HOUSING CORPORATION**
**<u>FOR ENTRY OF SEPARATE AND FINAL JUDGMENT</u>**

Pursuant to Fed. R. Civ. P. 54(b) and Local Rule 7.1, defendant Eastern Massachusetts Housing Corporation (Eastern Mass.) moves that the Court enter separate and final judgment dismissing all of the plaintiff's claims against Eastern Mass. In support of its motion, Eastern Mass. relies upon its accompanying memorandum of law.

**Request for Oral Argument**

Believing that oral argument would be of assistance to the Court, Eastern Mass. respectfully requests the opportunity to be heard.

by its attorneys,

s/ Garrick F. Cole

_____
Garrick F. Cole
BBO No. 091340
Christina Schenk-Hargrove
BBO No. 645164

Smith & Duggan LLP
Two Center Plaza, Suite 620
Boston, Massachusetts 02108-1906
(617) 228-4400

Dated:   27 April 2005