```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS
```

Albert William Bleau, Jr.,            :
                                      :
          Plaintiff                   :
                                      :
                                      :
vs.                                   :     Civil Action No.
                                      :     04-10469 JLT (REK)
                                      :
                                      :
Greater Lynn Mental Health            :
& Retardation Association, Inc.,      :
et al.,                               :
                                      :
          Defendants                  :

### [PROPOSED FORM OF ORDER]

### Motion Of Defendant
### Eastern Massachusetts Housing Corporation
### For Entry Of Separate And Final Judgment

The Court finds as follows:

1.  There is no just reason for delay in the entry of separate and final judgment as to defendant Eastern Massachusetts Housing Corporation.  No claims remain against Eastern Massachusetts Housing Corporation following the Court's order of December 8, 2004, allowing Eastern Massachusetts Housing Corporation's motion to dismiss.

2.  There is no substantial overlap between any issues that might be decided on appeal and those that remain for trial.

3.   It is in the interest of judicial economy to enter separate and final judgment as to Eastern Massachusetts Housing Corporation since there is no potential prejudice to any remaining party and no reason to require Eastern Massachusetts Housing Corporation to await the disposition of the claims that remain against the other defendants.

It is therefore ORDERED THAT final judgment enter directly pursuant to Fed. R. Civ. P. 54(b) dismissing all of the plaintiff's claims against defendant Eastern Massachusetts Housing Corporation.

                    by the Court,

                    _____
                    Robert E. Keeton, U.S.D.J.

Dated:          2005