UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Albert William Bleau, Jr., : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | Civil Action |
| : | No. 04-10469 |
| : | JLT(REK) |
| : | |
| Greater Lynn Mental Health : | |
| & Retardation Association, Inc., : | |
| et al. : | |
| : | |
| Defendants. : | |

**REQUEST FOR LEAVE TO FILE REPLY OF DEFENDANT
GREATER LYNN MENTAL HEALTH & RETARDATION ASSOCIATION, INC.**

Defendant Greater Lynn Mental Health & Retardation Association, Inc., (Greater Lynn) respectfully requests leave to file the attached reply to plaintiff Albert Bleau's "Motion In Opposition To Defendants' Greater Lynn Mental Health & Retardation Association (GLMHRA), Et al, Motions For Summary Judgment, Dismissal And Entry Of Separate And Final Judgment & Memorandum Of Plaintiff Albert W. Bleau Jr. In Support Of His Motion For Summary Judgment," and "Amendment Of Plaintiff's Motion." Mr. Bleau's opposition, initially due to be filed by March 1, 2005, was not filed or served until March 8, 2005. Upon being notified of the delay, Greater Lynn filed a request to extend the time to reply. Mr. Bleau then filed the amendment to his opposition on March 22, 2005.

For the reasons set forth in its reply, Greater Lynn's motion for summary judgment should be allowed, and Mr. BLeau's motion for summary judgment should be denied.

        by its attorneys

        s/ Garrick F. Cole
        _____
        Garrick F. Cole
        BBO No. 091340
        Christina Schenk-Hargrove
        BBO No. 645164

        Smith & Duggan LLP
        Two Center Plaza, Suite 620
        Boston, Massachusetts 02108-1906
        (617) 228-4400

Dated:    4 May 2005