UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Albert William Bleau, Jr., : | |
| : | |
| Plaintiff : | |
| : | |
| vs. : | Civil Action |
| : | No. 04-10469 JLT(REK) |
| : | |
| Greater Lynn Mental Health : | |
| & Retardation Association, Inc., : | |
| et al., : | |
| : | |
| Defendant : | |

### Opposition Of Defendant Robert Griffin To Plaintiff's Motion Requesting Relief To Prevent Continuing Retaliation And Defamation By The Defendants

Defendant Robert Griffin opposes the plaintiff Albert W. Bleau's "Motion Requesting Relief To Prevent Continuing Retaliation And Defamation By The Defendants." In support of this opposition, Griffin adopts the arguments advanced by the other defendants.

Respectfully submitted,

Robert Griffin

By his attorney,

/s/ Donald Stern
Donald K. Stern
BBO No. 479420
BINGHAM MCCUTCHEN LLP
101 Federal Street
Boston, MA  02110-1726
(617) 951-8250

```
DATED:   4 May 2005
```