UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALBERT WILLIAM BLEAU JR., )<br>    Plaintiff )<br>)<br>v. )<br>)<br>GREATER LYNN MENTAL HEALTH & )<br>RETARDATION ASSOCIATION, )<br>EASTERN MASS HOUSING CORPORATION, )<br>RODERICK MacLEISH, )<br>ROBERT SHERMAN, and )<br>ROBERT J. GRIFFIN, )<br>    Defendants ) | CIVIL ACTION<br>NO. 04-10469-REK |

**Separate and Final Judgment**
June 3, 2005

For the reasons stated in the Memorandum and Order of this date, it is

ORDERED:

Judgment for the defendant, Eastern Massachusetts Housing Corporation, and against the plaintiff, Albert William Bleau Jr., each party to bear its own costs.

Approved:                                                                 By the Court:


   /s/Robert E. Keeton                                             /s/Karen Folan   
      Robert E. Keeton                                              Karen Folan, Deputy Clerk
Senior United States District Judge