UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERT WILLIAM BLEAU, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>GREATER LYNN MENTAL HEALTH &<br>RETARDATION ASSOCIATION, et al.,<br><br>    Defendants. | Civil Action No.: 04-10469REK |

### DEFENDANTS RODERICK MACLEISH, JR. AND ROBERT A. SHERMAN'S MOTION FOR ENTRY OF SEPARATE AND FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 54(b), Defendants Roderick MacLeish and Robert A. Sherman ("MacLeish and Sherman") hereby move the Court to enter separate and final judgment dismissing all of the plaintiff's claims against them. In support of this motion, MacLeish and Sherman rely upon their accompany memorandum of law.

**WHEREFORE**, MacLeish and Sherman respectfully request that the Court enter a separate and final judgment dismissing all of the plaintiff's claims against them and in the form of the attached Proposed Order.

### Request for Oral Argument

Believing that oral argument would be of assistance to the Court, MacLeish and Sherman respectfully request the opportunity to be heard at the hearing scheduled for June 6, 2005 at 11:00 a.m.

Respectfully submitted,

RODERICK MACLEISH, JR., and
ROBERT A. SHERMAN,

By their attorneys:

/s/ Allison K. Jones
Allison K. Jones, BBO# 654804
GREENBERG TAURIG, LLP
One International Place, 20th Floor
Boston, MA  02110
Tel:  (617) 310-6000
Fax:  (617) 310-6001

Dated:  June 27, 2005

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

MacLeish and Sherman, by and through counsel, hereby certify that they have conferred with the Plaintiff in a good faith attempt to resolve or narrow the issues raised in this motion.

/s/ Allison K. Jones
Allison K. Jones

### CERTIFICATE OF SERVICE

I, Allison K. Jones, hereby certify that on this 27th day of June, 2005, I served a copy of the foregoing by U.S. mail, postage prepaid, upon the Plaintiff, Albert W. Bleau, Jr., 505 Paradise Road, #208, Swampscott, Massachusetts 01907 and the attorney of record for each other party via the Court's electronic filing system.

/s/ Allison K. Jones
Allison K. Jones