PROPOSED ORDER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ALBERT WILLIAM BLEAU, JR.,

      Plaintiff,

v.

GREATER LYNN MENTAL HEALTH &
RETARDATION ASSOCIATION, et al.,

      Defendants.

**Civil Action No.:  04-10469REK**

## DEFENDANTS RODERICK MACLEISH, JR. AND ROBERT A. SHERMAN'S MOTION FOR ENTRY OF SEPARATE AND FINAL JUDGMENT

The Court finds as follows:

1.     There is no just reason for delay in the entry of separate and final judgment as to defendants Roderick MacLeish and Robert A. Sherman ("MacLeish and Sherman").  No claims remain against MacLeish and Sherman following the Court's December 8, 2005 order allowing MacLeish and Sherman's Motion to Dismiss and the Court's June 3, 2005 Order allowing MacLeish and Sherman's Motion to Dismiss Additional Claims.

2.     There is no substantial overlap between any remaining issues against any remaining defendants that remain for trial and those that might be decided on appeal.

3.     It is in the interest of judicial economy to enter separate and final judgment as to defendants MacLeish and Sherman because there is no potential prejudice to any remaining party and no reason why MacLeish and Sherman need wait for the final disposition of the plaintiff's claims against the remaining defendants in the case.

It is therefore ordered that final judgment enter pursuant to Fed. R. Civ. P. 54(b) in favor of MacLeish and Sherman.

By the Court,

_____

Robert E. Keeton
United States District Judge

Dated: This _____ day of _____, 2005