# UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

Albert William Bleau Jr.        :

    Plaintiff                  :

                              :

vs.                             :   Civil Action
                                    No. 04 – 10469REK
                              :

Greater Lynn Mental Health      :
& Retardation Association, et al,

    Defendants

## MOTION REQUESTING A CONTINUANCE AND AN EXTENSION TO FILE RESPONSE TO VARIOUS MOTIONS FOR FINAL JUDGEMENT

    Plaintiff Albert W. Bleau Jr. respectfully requests that the hearing scheduled for 11:00AM July 6, 2005 be rescheduled for either July 19 or July 26, 2005. All parties are available on these dates.

    Counsel for Defendants Roderick MacLeish and Robert Sherman have agreed not to oppose this motion. Counsel for Attorney Robert Griffin has been given leave by the Court from attending future hearings including the hearing scheduled for July 6, 2005. Counsel for Defendant Greater Lynn Mental Health & Retardation Association has also agreed not to oppose the request.

    The Plaintiff received a motion for Final Judgment from Defendants MacLeish and Sherman on Thursday, June 30, 2005 and requires additional time to respond to these motions. The plaintiff also had thought that the Court had scheduled the hearing for July 11, 2005 and had so entered this date in his calendar.

    Thank you for your consideration.

Respectfully submitted,

*[signature]*

Albert W. Bleau Jr.
505 Paradise Rd. #208
Swampscott, MA 01907
(781) 962-2662

Dated: 5th, July 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was faxed upon defendants' counsel on July 5, 2005.

*[signature]*