```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS


Albert William Bleau, Jr.,         :
                                   :
          Plaintiff                :
                                   :
                                   :
vs.                                :   Civil Action
                                   :   No. 04-10469JLT(REK)
                                   :
Greater Lynn Mental Health         :
& Retardation Association, Inc.,   :
 et al.,                           :
                                   :
          Defendants               :
```

## Motion Of Defendant Greater Lynn Mental Health & Retardation Association, Inc., To Dismiss Plaintiff's Breach Of Contract Claim Or For Partial Summary Judgment

Pursuant to Fed. R. Civ. P. 12(b)(6) and Local Rule 7.1, defendant Greater Lynn Mental Health & Retardation Association, Inc., (Greater Lynn) moves to dismiss the breach of contract claim of plaintiff Albert William Bleau, Jr. (Mr. Bleau). Alternatively, Greater Lynn moves, pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, for partial summary judgment in its favor dismissing the claim.

In support of its motion, Greater Lynn relies upon its accompanying memorandum of law and Local Rule 56.1 Concise Statement of Material Facts.

**Request for Oral Argument**

Believing that oral argument would be of assistance to the Court, Greater Lynn respectfully requests the opportunity to be heard.

by its attorneys,

s/ Garrick F. Cole

_____
Garrick F. Cole
BBO No. 091340
Christina Schenk-Hargrove
BBO No. 645164

Smith & Duggan LLP
Two Center Plaza, Suite 620
Boston, Massachusetts 02108-1906
(617) 228-4400

Dated: 9 August 2005

Certificate of Service

I certify that a true and accurate copy of the above document was served upon each party of record or the party's counsel by first class mail, postage prepaid, this _____ day of _____, 200_.

    s/ Garrick F. Cole