# EXHIBIT 3

# ALBERT W. BLEAU JR

Dr. Gerald Morrissey
Commissioner DMR
160 North Washington St.
Boston, Mass.

April 13, 2001

Dear Dr. Morrissey,

I have enclosed correspondence that I recently sent to the GLMHRA and EMHC Boards.

I am concerned as a professional who once worked for these companies. I am also concerned since I have a brother who resides in one of their DMR funded programs. Other parents, consumers and staff are concerned as well.

We are concerned for the life safety of the individuals. We are also concerned for the preservation of the corporate assets. They have misdirected and misappropriated millions of dollars of corporate assets that we took over thirty years to accumulate. The loss of these assets has and will continue to affect GLMHRA's and EMHC's ability to provide quality, safe services to the individuals needing support.

GLMHRA needs to be put into immediate receivership. I have enclosed my resume since I am available and highly qualified to take over as the receiver of this corporation.

I realize that this is a difficult decision for you since you worked with Paul Cote when he was Assistant Commissioner at DMH and you may well be friends. You also may well have recommended him to be hired by GLMHRA. Additionally, Atty. Gray worked with you for years and he is now a partner with Attys. McLeish and Sherman.

However, the situation can not continue; the status quo has to change; GLMHRA and EMHC have been too important to the communities and the families and the individuals to be destroyed by Cote and company.

Sincerely,

Albert W. Bleau Jr.

# ALBERT W. BLEAU JR

Ms. Mary Lou Sudder
Commissioner DMH
25 Saniford St.
Boston, Mass.

April 13, 2001

Dear Ms. Sudder,

I have enclosed correspondence that I recently sent to the GLMHRA and EMHC Boards.

I am concerned as a professional who once worked for these companies. I am also concerned since I have a brother who resides in one of their DMR funded programs. Other parents, consumers and staff are concerned as well.

We are concerned for the life safety of the individuals. We are also concerned for the preservation of the corporate assets. They have misdirected and misappropriated millions of dollars of corporate assets that we took over thirty years to accumulate. The loss of these assets has and will continue to affect GLMHRA's and EMHC's ability to provide quality, safe services to the individuals needing support.

GLMHRA needs to be put into immediate receivership. I have enclosed my resume since I am available and highly qualified to take over as the receiver of this corporation.

I realize that this is a difficult decision for you since you worked with Paul Cote when he was Assistant Commissioner at DMH and you may well be friends. You also may well have recommended him to be hired by GLMHRA. Additionally, Atty. Gray worked with you for years and he is now a partner with Attys. McLeish and Sherman.

However, the situation can not continue; the status quo has to change; GLMHRA and EMHC have been too important to the communities and the families and the individuals to be destroyed by Cote and company.

Sincerely,

Albert W. Bleau Jr.