# EXHIBIT 4

# ALBERT W BLEAU JR

I was very disappointed to learn of your termination/demotion from GLMHRA.

You dedicated yourself to GLMHRA and to the individuals that we support. Your termination was unjustified and totally unnecessary. Do not believe for one minute that it was in any way a reflection of your dedication and competence.

Your termination is a reflection of their incompetence and lack of sensitivity and greed.

Please feel free to use me as a reference in Lynn and in the Human Services Community and in the private sector as well.

I understand that you were only given two weeks notice. The personnel practices require a sixty- day notice. I would suggest that you all go to the Attorney General's Wage and Hour Division on Friend St. in Boston and file a complaint for these lost wages.

I wish you well and believe me there is a life after GLMHRA. Many companies out there really care for their employees. We use to be like that, remember? They will jump at the chance to hire ex GLMHRA employees especially if they have been terminated. If you "see what I'm saying?"  Good Luck!

Sincerely,

Albert W. Bleau Jr.