UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Albert William Bleau Jr. :

    Plaintiff :

 :

Vs. :     Civil Action
    No. 04 – 10469REK

 :

Greater Lynn Mental Health :
& Retardation Association, et al,

    Defendants

**Objection Of Plaintiff Albert W. Bleau Jr, To Defendant Greater Lynn Mental Health & Retardation Association, Inc Motion of August 9, 2005 To Dismiss Plaintiff's Breach Of Contract Claim or For Partial Summary Judgment**

And

**Plaintiff Albert W. Bleau Jr. Motion for Summary Judgment Of Breach Of Contract Claim & To Continue And Expand Discovery To Include Damages and Rescission**

    Plaintiff Albert W. Bleau Jr. objects to defendant Greater Lynn Mental Health & Retardation Association's motion for dismissal or partial summary judgment of plaintiff's claim for breach of contract.

    Plaintiff Albert W. Bleau Jr., in the alternative moves that the court grant the Plaintiff's motion for summary judgment on his breach of contract claim.

    Plaintiff Albert W. Bleau Jr. requests that discovery be ordered to assess damages on the breach of contract claim and on a possible claim for rescission and that discovery expand to include grounds for contract rescission and continue on all outstanding issues and that discovery include pre November 2000 actions of the defendants to determine claims and damages on all outstanding issues including defamation and ADA and justification for rescission.

    In support of his objection and his motion, Albert W. Bleau Jr. relies upon his

1

accompanying memorandum of law and Local Rule 56.1 Concise Statement of Material Facts and his objection to Defendant's August 9, 2005 Local Rule 56.1 Statement.

                                              Respectfully submitted,

*/s/ Albert W. Bleau Jr.*
Albert W. Bleau Jr.
505 Paradise Rd. #208
Swampscott, MA 01907
(781) 962-2662

Dated: August 29, 2005                            **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon all counsel of record by First Class Mail on August 29, 2005.

*/s/ Albert W. Bleau Jr.*
Albert W. Bleau Jr.

2