UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERT WILLIAM BLEAU, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>GREATER LYNN MENTAL HEALTH &<br>RETARDATION ASSOCIATION, et al.,<br><br>    Defendants. | Civil Action No.:  04-10469REK |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Allison K. Jones as counsel for Defendants Roderick MacLeish, Jr. and Robert A. Sherman in the above-captioned matter.

/s/ Allison K. Jones
Allison K. Jones, BBO # 654804
GREENBERG TRAURIG, LLP
One International Place, 20th Floor
Boston, MA  02110
Tel:  (617) 310-6000
Fax:  (617) 310-6001

Dated:  September 23, 2005

## CERTIFICATE OF SERVICE

I, Allison K. Jones, hereby certify that on this 23rd day of September, 2005, I served a copy of the foregoing by U.S. mail, postage prepaid, upon the Plaintiff, Albert W. Bleau, Jr., 505 Paradise Road, #208, Swampscott, Massachusetts 01907 and the attorney of record for each other party via the Court's electronic filing system.

/s/ Allison K. Jones
Allison K. Jones