UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERT WILLIAM BLEAU, JR., <br><br> Plaintiff, <br><br> v. <br><br> GREATER LYNN MENTAL HEALTH & RETARDATION ASSOCIATION, et al., <br><br> Defendants. | **Civil Action No.: 04-10469REK** |

## NOTICE OF APPEARANCE

Please enter an appearance in the above referenced case for Salo L. Zelermyer, Esq., as counsel for Roderick MacLeish Jr. and Robert A. Sherman..

                                                  Respectfully submitted,

                                                  RODERICK MACLEISH, JR., and
                                                  ROBERT A. SHERMAN,

                                                  /s/ Salo L. Zelermyer
                                                  Salo L. Zelermyer  BBO #661228
                                                  GREENBERG TRAURIG, LLP
                                                  One International Place, 20th Floor
                                                  Boston, MA 02110
                                                  (617) 310-6000
                                                  (617) 310-6001 (fax)

Dated: September 28, 2005