UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Albert William Bleau Jr.

    Plaintiff

vs.

Greater Lynn Mental Health
& Retardation Association, et al,

:
:
:
:
:
:
:
:
:

Civil Action
No. 04 – 10469REK

**AFFIDAVIT OF ALBERT W BLEAU JR.**

My name is Albert W. Bleau Jr.

I live at 60R Humphrey St. Swampscott, MA  01907

I am over 18 years of age.

I hereby depose and swear as follows

    That the plaintiff, Albert W. Bleau Jr., has moved five times during the past five years and as result, many personal papers have been in boxes in the plaintiff's basement.

    Following the filing of plaintiff's recent motions and objections of August 29, 2005, the plaintiff found a box of papers in his basement that contained various correspondence and documents related to his claim for breach of contract. These documents included four additional draft severance agreements prepared by

given to the plaintiff from August 2000 to November 8, 2000 as well as e-mail correspondence between the plaintiff and GLMHRA.

That the plaintiff believes that these new documents support his motions for summary judgment and to expand discovery and his objection to GLMHRA's motions for dismissal or partial summary judgment.

That all attachments included in the September 26, 2005 amended local Rule 56.1 Statement of Facts are true copies of originals that were in the plaintiff's possession prior to November 8, 2000 and that the plaintiff has submitted to the Court all original copies that are in his possession.

I certify that the above statement is true. I sign this statement under the pains and penalties of perjury.

Date: 10/3/05

_____
Signature of Affiant

Typed name and address of affiant:
Albert W. Bleau Jr.
60R Humphrey St.
Swampscott, MA 01907



VANLAYA VANVIT-CARY
Notary Public
Commonwealth of Massachusetts
My Commission Expires Sept. 20, 2007