UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2005 NOV 23 P 2: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

Albert William Bleau Jr.       :

    Plaintiff       :

                                         :

vs.       :       Civil Action
                                                   No. 04 – 10469REK

                                         :

Greater Lynn Mental Health       :
& Retardation Association, et al,

### AFFIDAVIT OF ALBERT W BLEAU JR.

My name is Albert W. Bleau Jr.

I live at 60R Humphrey St. Swampscott, MA  01907

I am over 18 years of age.

I hereby depose and swear as follows:

    That the plaintiff, Albert W. Bleau Jr., has received new financial information relating to Eastern Mass Housing Corporation (EMHC) and Greater Lynn Mental Health & Retardation Association (GLMHRA) from the Massachusetts' Attorney General's Charitable Division and from the Massachusetts' Office of Administration and Finance/ Division of Purchase of Services.

    In October, the plaintiff reviewed the file of the EMHC at the Attorney General's Office. Although it is the policy of the Attorney General's Office to purge files after five years, there were EMHC financials and Form PC-15's going

back to 1997.

GLMHRA files however had been purged and did not include financials for fiscal years 2000 and 2001. There was, however, documentation that GLMHRA had recently changed their corporate name to Bridgewell, Inc. and is now doing business as Bridgewell, Inc.

The corporate name change was also confirmed by the Division of Purchase of Services. I visited their offices in October and filed an application under the Freedom of Information Act. I was able to receive from their archives the audited financial statements for GLMHRA (Bridgewell) for the years 2000 and 200. I also received the Uniform Financial Report (UFR) that is filed annually by all Massachusetts' non profits that do business with the Division.

All copies of audit reports and financials that will be submitted to this court with the plaintiff's motions for reconsideration of the Court's Memorandum and Orders of October 25, 2005 and with the plaintiff's motion to restrict Bridgewell assets are copies of originals from the Attorney General's Office or from the archives of the Division of Purchase of Services.

I certify that the above statement is true. I sign this statement under the pains and penalties of perjury.

Date: 11/23/05

Signature of Affiant

Typed name and address of affiant:
Albert W. Bleau Jr.
60R Humphrey St.
Swampscott, MA 01907

VANLAYA VAIVIT-CARY
Notary Public
Commonwealth of Massachusetts
My Commission Expires Sept. 20, 2007

Respectfully submitted,

_[signature]_

Albert W. Bleau Jr.
505 Paradise Rd. #208
Swampscott, MA 01907
(781) 962-2662

Dated: November 23, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon all counsel of record by either hand or First Class Mail on November 25, 2005.

_[signature]_
Albert W. Bleau Jr.