UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Albert William Bleau, Jr.,       :
                                 :
        Plaintiff,               :
                                 :
                                 :
vs.                              :   Civil Action
                                 :   No. 04-10469
                                 :   JLT(REK)
                                 :
Greater Lynn Mental Health       :
& Retardation Association, Inc., :
et al.                           :
                                 :
        Defendants.              :

**JOINT MOTION OF THE PARTIES TO POSTPONE CONSIDERATION OF
PLAINTIFF'S MOTION TO EXPAND DISCOVERY**

The plaintiff Albert Bleau, Jr., and the defendant Greater Lynn Mental Health and Retardation Association, Inc., request that the Court postpone consideration of the "Motion Of Plaintiff Albert W. Bleau Fr., To Expand Discovery . . ." (filed 23 November 2005, document no. 94) until further notice from the plaintiff. As grounds therefore the parties state that they have agreed to hold a conference as required by Local Rule 37.1. The parties anticipate that they will meet on or about 6 January 2006 to discuss discovery and attempt to narrow the areas of disagreement.

Nothing in this motion prevents the plaintiff from re-filing this or any other discovery motion in the future.

Respectfully submitted,

_____
Albert W. Bleau

505 Paradise Road
Apt. 208
Swampscott, MA 01907

(781) 962-2662

Respectfully submitted,
Greater Lynn Mental Health &
Retardation Association, Inc.
by its attorneys

_____
Garrick F. Cole
BBO No. 091340
Christina Schenk-Hargrove
BBO No. 645164

Smith & Duggan LLP
Two Center Plaza, Suite 620
Boston, Massachusetts 02108-1906
(617) 228-4400

Dated: 16 December 2005