UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN CLERKS OFFICE

2005 DEC 27 P 1: 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

Albert William Bleau Jr.

    Plaintiff

Vs.

    Civil Action
    No. 04 – 10469REK

Greater Lynn Mental Health
& Retardation Association, et al,

    Defendants

### Plaintiff Albert W. Bleau Jr.'s Motion for Reconsideration Of The Court's Memorandum And Order Of October 25, 2005 and An Amended Motion For Summary Judgment.

Plaintiff Albert W. Bleau Jr. respectfully requests reconsideration of the Court's Memorandum and Order of October 25, 2005.

The October 25, 2005 Memorandum and Order stated: "that the following claims survived: (i) plaintiff's ADA and Rehabilitation Act claims that arose after the execution of the Separation Agreement in November 2000; (ii) plaintiff's defamation claims that arose after the execution of the Separation Agreement in November 2000; and (iii) plaintiff's claim for breach of Paragraph 2 of the Separation Agreement between November 2000 and April 11, 2001. ... also allowed plaintiff's motion for Summary Judgment for his claim for breach of Paragraph 5 of the Separation Agreement between November 2000 and April 11, 2001.

The plaintiff requests that plaintiff's obligations under Sections 4 be voided and that Section 7 of the Severance Agreement be rescinded and that the Court's order granting Summary Judgment on plaintiff's claim for breach of Paragraph 2 of the Separation Agreement between November 2000 and April 11, 2001 be

1

amended to grant Summary Judgment between April 24, 1999 and until such future time that the defendant GLMHRA issues a letter "informing employees, consumers and friends of the Corporations that Mr. Bleau has resigned his employment with the corporations to pursue other interests." as required by Section 2 of the Severance Agreement or if plaintiff's motion for Summary Judgment from April 24, 1999 to a future time is not granted, that Summary Judgment be granted from November 8, 2000 until such future time that the defendant GLMHRA issues a letter as required in Section 2 of the Severance Agreement.

Plaintiff now submits an accompanying Memorandum of Law that supports plaintiff's Motion for Reconsideration and his Amended Motion for Summary Judgment.

Respectfully submitted,

*[signature]*

Albert W. Bleau Jr.
505 Paradise Rd. #208
Swampscott, MA 01907
(781) 962-2662

Dated: December 27, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon all counsel of record by First Class Mail on December 29, 2005.

*[signature]*

Albert W. Bleau Jr.

2