# ALBERT W BLEAU JR

# Examples of Receivership and Relevant Property Management and Social Services Experience

## Receivership and Related Experience

### CURRENT – RECENT

**A) One Stop Business Services- Swampscott, MA & Peaks Island Maine – CEO Founder 2000-Present**

A business -consulting service offering expertise to business, non-profits, families, and individuals. Areas of expertise range from Strategic Planning, Receivership Services, Property Management Consultation, Resident Service Coordinator Implementation, Training and Consultation, Life Planning, Clinical Consultation, Grant Writing and Financial & Contract Management.

Company currently is providing strategic planning services for a $6 Million dollar non profit in Maine and for a private fishing/tackle/fishing tournament business in Massachusetts; life planning for family members suffering from addictions; consultation and advocacy for families with autistic and emotionally disturbed children. It also, provides supervision, consultation, training and quality assurance, HUD grant writing and management consultation to seven apartment complexes serving over 1,500 tenants in Connecticut and Massachusetts.

**B) Hotel Hooker LLC-Willimantic CT. – Court Appointed Receiver of building declared a public nuisance by the Court and the State of CT.** Responsible for hiring staff, accounting, finance, renovations, social services, marketing and public relations. I reported to the Chief Justice of the Danielson Superior Court and to the Chief State's Atorney's office. The Hotel problems and drug trafficking were reported on CBS's 60 Minutes and the Receivership was extensively reported in the New York Times, the Hartford Courant and by many local and area radio and TV stations and newspapers.

### PAST

**A) Health-Net – Associated Group Homes – Health Net was a holding company for North Shore Children's Hospital in Salem as well as Associated Group Homes, a $2.8 Million Dollar health care and residential handicapped Housing Corporation.** I was recommended by the Department of Retardation and the State Attorney General's Office under Attorney General Harsh burger as a court appointed receiver from 1988 to 1992. I was able to successfully secure Mortgage and working capital financing, hire staff, oversee over $750,000 of renovations to three facilities, secure Public Health Licensing and eventually transfer the facilities to a new entity.

<u>2</u>

B) **Hegner Center** – **A $700,000 Medicaid funded rehabilitation facility for eight developmentally disabled – physically handicapped individuals.** I was responsible for the merger of this facility with another business entity.

C) **Lowell Mental Health Clinic** – **A million dollar mental health clinic in Lowell, Massachusetts.** I took control of this program and facility at the request of the Department of Mental Health. I was responsible for purchasing and renovating a new $1.5 Million Dollar building that I acquired in foreclosure from the Lowell Institution for Savings. I obtained financing, hired staff, designed the program and services and secured Public Health and Managed Care licensing and approvals for the program and the facility.

D) **Lynn Rooming House Apartment Complex** – **A four building complex in two sites, with 128 units and apartments.** Acquired the properties as a result of a foreclosure auction in cooperation with the Cambridge Savings Bank. Arranged financing and directed over $One Million dollars in renovations. Converted the properties to a combination of affordable, below market and market housing. Received over 2 $Million Dollars in HUD grants for renovations and rental subsidies.

# Examples of Consultation and Management Experience of Rooming Houses, Hotels and Apartment Buildings with a known Drug, Prostitution Criminal and Social Services Problem.

A) **560 Washington St., Lynn, MA** – **A 40 room hotel - rooming house** that had a reputation for drug dealing, prostitution and crime for over twenty years. Prior to my involvement with this property, there were two deaths and numerous arrests at this building. It was actually featured twice in the TV series "COPS". I helped a non-profit company acquire the building in foreclosure from a Cambridge based bank. I was able to apply for a Federal Home Loan Bank Grant of $400,000, a HUD 202 grant of over $2Million dollars for renovation and rent subsidies, and private bank financing. The building was converted to affordable housing for 40 adult mentally ill individuals and homeless individuals.

The property was renovated to include full kitchen facilities and provides two meals each day to the tenants, has state of the art security, handicapped bathrooms and rooms, and a recreation and job training center in the basement of the building.

B) **75, 80, 85 Silsbee St., Lynn, MA** – **A hotel and apartment complex with three buildings; a 40 room hotel rooming house, a 35 room combination rooming house hotel with 11 efficiency units, and an eight unit one bedroom apartment house.** This was probably the most challenging project that I had ever undertaken. It was easily the largest drug operation in the area. It included wholesale cocaine distribution, retail and wholesale heroin sales, and heroin shoot- up parties. At least ten prostitutes operated out of one of the buildings. There was one murder associated with a rival drug gang shortly after I took control of the building. The elderly housing building, Silsbee Towers, adjacent to the operation suffered 26 robberies of elderly residents six months prior to my takeover of the buildings.

The first week that I took over the building, I replaced the security personnel, fired all the staff and on one Friday evening my security company was able to count 45 cars with out of state license plates pull up to the building and drive off with prostitutes and negotiate drug buys as well.

I was able to work with the state drug task force and applied and received Federal Home Loan Bank Funds and a HUD grant to renovate one of the buildings. The other two buildings were acquired and renovated using private funds and in collaboration with many Human Services Agencies (Battered Women's Shelters, Aids Action Committee, Vietnam Veteran's Groups, Project COPE, a drug rehabilitation program, The State Office of Human Services and many others, We converted one of the rooming houses to affordable, safe housing for special targeted populations. The other hotel - rooming house and apartment building were a combination of market and affordable housing.

4.

C) **119 No. Common St., Lynn, MA** – **A nineteen-unit apartment building** that had over sixty police visits in a six-month period including numerous arrests. A month before I took over the building residents were shooting from the second floor porch at a rival drug gang in a building on the opposite side of the city park. I was able to get the City Council to declare the building a public nuisance and to begin fining the owner. I subsequently, was able to convince the bank and the owner to transfer the building and the mortgage to a non- profit Human Services Agency that renovated the building and converted it to affordable housing for eighteen low- income individuals and families. I assisted in the eviction of the drug dealers and arranged financing for the non-profit to renovate and acquire the building.

D) **Additional Examples** – Purchased and renovated and managed three additional buildings: two six -unit buildings, and a twelve unit building converting them to subsidized and market rentals. Worked in conjunction with the Lynn Drug Task Force and the City Council Representative resulting in numerous arrests.

I was a property management consultant for two apartment buildings totaling 400 units of subsidized and below market apartments for elderly, disabled and working individuals and families.

In this capacity, I uncovered a heroin distribution ring in one building that had contributed to two deaths and a crack cocaine ring in another building that had contributed to several overdoses.

I assisted Management to improve tenant social services and recreational services, documented incidents to assist in eight evictions and have testified at eviction proceedings. I have also provided training to the security and management staff, developed new policies and procedures, including amendments to the leases and Rules and Regulations and I have assisted in the installation of state of the art security systems.

I also provided tenant screening services and developed a tenant marketing survey and marketing plan to reduce the vacancies, increase the waiting list and improve the image of the buildings.

# Additionally Relevant Management, Construction and Consultation Experience

A) **Eastern Mass Housing Corporation** – I founded this non-profit corporation in 1978 and was its Executive Director and Chief Financial Officer from 1978 to 2000. I acquired and renovated over seventy residential, and commercial properties across three states and twenty different cities and towns. Directed the financing, bids and construction of a $3.8 Million dollar office building in downtown Lynn, MA. The corporation grew from zero assets to over $Twenty Nine Million Dollars in assets.

Successfully negotiated three tax exempt bonds and worked successfully with over twenty private and public lending institutions and banks in three states.

B) **Greater Lynn Mental Health & Retardation Association** – Became its Executive Director and Chief Financial Officer in 1974 when the non-profit agency had an annual budget of $12,000. Directed its expansion to an annual budget of over $30 Million Dollars providing community based services to over three thousand children, adults and families with mental illness, developmental disabilities and physically handicaps. GLMHRA employed over six Hundred employees and was the fourth largest non - profit Human Services Agency in the state.

C) **New Britain Connecticut – Eastern Massachusetts** – Successfully wrote five HUD grants totaling over $4 Million dollars for five Elderly - Disabled housing developments providing tenancy for over one thousand individuals and families. I am responsible for the development and evaluation of the Social Service Coordinator Program including the hiring, consultation-supervision and training of three MSW social workers and seven Bachelors level social workers.