ALBERT W. BLEAU, JR.

# Presentation Of Qualifications

## ALBERT W BLEAU JR

- ***Chief Executive Officer and Chief Financial Officer:***
Mr. Bleau has been the CEO and CFO of four companies with annual revenues of $600,000 to $30,000,000. He developed GLMHRA from a $12,000 company to over $ 30 Million Dollars and EMHC from $0 Dollars in assets to over $29 Million Dollars

- ***Strategic Planning-Reengineering (Customer Centered Strategic Planning):***
Mr. Bleau implemented Strategic Planning initiatives at the Sovner Clinic, Lowell Adult Day Treatment and at GLMHRA that resulted in increased quality, cost savings, new business and increased revenue. At GMMHRA, an additional $ 1.6 Million dollar profit was realized in the first eighteen months of the process.

- ***Financial Solutions for Businesses:***
Mr. Bleau has negotiated hundreds of Real Estate and business working capital loans including three revenue bonds totaling well over $50 Million Dollars. He has successfully worked with over twenty banks, financial institutions and private lenders. He has successfully submitted grant applications and organized fundraising events that generated over $200 Million Dollars in revenues over the past twenty years.

- ***Development of Self-Insured Plans for Businesses:***
Mr. Bleau developed one of the first Self-Insured Employee Benefit/Business Programs in Massachusetts saving the company over $500,000 annually. He self-insured: medical, dental, disability, workmen's compensation, unemployment compensation, building contents, and vehicles.

- ***Human Resources Management & Training Programs:***
Mr. Bleau has designed and implanted over thirty training programs ranging from Crisis Intervention, Business Reengineering, and Sexual Harassment to Relaxation Techniques and Stress Reduction.

- ***Residential and Commercial Real Estate Management & Development:***
Mr. Bleau has developed and managed over eighty properties including residences, apartment buildings, commercial offices and educational centers, commercial & residential condominiums, rooming houses, hotels and vacation resorts.

- ***Individualized Clinical Services and Trainings for High- Risk Complex Individuals:***
Mr. Bleau has designed environments, buildings and has developed treatment plans and social event trainings (weddings, bar mitzvahs, etc.) for multiply- handicapped individuals with developmental disabilities and/or mental illness as well as forensics & addictions. He has developed screening guidelines and consulted to landlords and MHF and HUD Developers and Housing Authorities.

ALBERT W. BLEAU, JR.

# Presentation Of Qualifications

## ALBERT W BLEAU JR

- **Chief Executive Officer and Chief Financial Officer:**

Mr. Bleau has been the CEO and CFO of four companies with annual revenues of $600,000 to $30,000,000. He developed GLMHRA from a $12,000 company to over $ 30 Million Dollars and EMHC from $0 Dollars in assets to over $29 Million Dollars

- **Strategic Planning-Reengineering (Customer Centered Strategic Planning):**

Mr. Bleau implemented Strategic Planning initiatives at the Sovner Clinic, Lowell Adult Day Treatment and at GLMHRA that resulted in increased quality, cost savings, new business and increased revenue. At GMMHRA, an additional $ 1.6 Million dollar profit was realized in the first eighteen months of the process.

- **Financial Solutions for Businesses:**

Mr. Bleau has negotiated hundreds of Real Estate and business working capital loans including three revenue bonds totaling well over $50 Million Dollars. He has successfully worked with over twenty banks, financial institutions and private lenders. He has successfully submitted grant applications and organized fundraising events that generated over $200 Million Dollars in revenues over the past twenty years.

- **Development of Self-Insured Plans for Businesses:**

Mr. Bleau developed one of the first Self-Insured Employee Benefit/Business Programs in Massachusetts saving the company over $500,000 annually. He self-insured: medical, dental, disability, workmen's compensation, unemployment compensation, building contents, and vehicles.

- **Human Resources Management & Training Programs:**

Mr. Bleau has designed and implanted over thirty training programs ranging from Crisis Intervention, Business Reengineering, and Sexual Harassment to Relaxation Techniques and Stress Reduction.

- **Residential and Commercial Real Estate Management & Development:**

Mr. Bleau has developed and managed over eighty properties including residences, apartment buildings, commercial offices and educational centers, commercial & residential condominiums, rooming houses, hotels and vacation resorts.

- **Individualized Clinical Services and Trainings for High- Risk Complex Individuals:**

Mr. Bleau has designed environments, buildings and has developed treatment plans and social event trainings (weddings, bar mitzvahs, etc.) for multiply- handicapped individuals with developmental disabilities and/or mental illness as well as forensics & addictions. He has developed screening guidelines and consulted to landlords and MHF and HUD Developers and Housing Authorities.

# ALBERT W. BLEAU, JR.

## OPENING STATEMENT

**Albert Bleau** is highly qualified as a senior executive in both the for- and non-profit arenas, with an extensive professional and educational background in business, education, social services, advocacy, and related fields. He has a consistent history of delivering significant results in key positions, reflecting a high degree of knowledge in organizational, business, and financial strategy. His diverse management and project development skills are applicable across a broad range of industries and markets.

## SUMMARY OF ACHIEVEMENTS

### FINANCIAL SUCCESSES

*Mr. Bleau's financial acumen resulted in consecutive profitable years at Greater Lynn Mental Health and Retardation Association (GLMHRA) and at Eastern Massachusetts Housing Corporation (EMHC), leading the industry in both quality as well as the lowest employee turnover rate. He is considered a leader in commercial and real estate financing and has designed innovative effective financing tools and strategies.*

- Led GLMHRA to become the fourth largest Human Services-Health Care Provider in Massachusetts, successfully increasing the annual operating budget from $12,000 to its current total of approximately $30 million.
- Negotiated the first stand-alone tax-exempt financing in Massachusetts in 1990, as well as over $20 million in financing for GLMHRA and EMHC.
- Successfully engaged 17 different New Hampshire, Massachusetts and Florida banks in real estate and working capital financing.
- Developed and successfully employed a unique and effective underwriting tool for non-profit financing that can by used by banks and other lenders.

### ORGANIZATIONAL DEVELOPMENT

*Mr. Bleau has solid experience in program, clinic and corporate re organization and restructuring. He has implemented two mergers and two major corporate reorganizations, applying his extensive experience in Financial Management and Investments, Business Plan Development, Fundraising and Public Relations. Finally, his innovative models for organizational development have led to demonstrated successes in several arenas.*

- Founded eight companies, drafting the by-laws and articles of organization and administering all appropriate filings to the state and IRS.
- Orchestrated and led mergers between Greater Lynn Mental Health and Retardation Association, Inc. and the Hegner Center, Inc., and between Greater Lynn Mental Health Retardation Association, Inc. and Associated Group Homes, Inc. Both the Hegner Center, Inc., and Associated Group Homes, Inc. are now subsidiary corporations.
- Successfully developed and applied the concepts of annual program and process unit business planning.
- Conceptualized and developed the dual processes of *Futures Planning* and *Customer Centered Strategic Planning*. *Futures Planning* integrates Total Quality Management Principles with holistic life planning, and has been used as both a fringe benefit for employees as well as a dynamic treatment-planning tool for consumers and to increase customer loyalty. *Customer Centered Strategic Planning combines Futures Planning and various principles such as cycle time, job function analysis and annual business plans to* develop strategic corporate planning and to guide the allocation of corporate resources.

### TRAINING

*Mr. Bleau has extensive expertise in conceptualizing, developing and administering training programs. His experience spans 3 decades and two continents.*

- Developed and taught numerous training programs to employees of GLMHRA and other agencies. Training programs include: Behavior modification, Crisis Prevention, Treatment planning, Relaxation, Guided Imagery (primarily for use with emotionally disturbed children), Financial Management and Financial Planning, Program and Non-Profit Budgeting, Corporate Reorganization, Cycle Time, Business Plans, and Customer Centered Planning.

ALBERT W. BLEAU, JR.

- Founded the first early childhood accredited program at the community college level. The program is currently taught at North Shore Community College and is the combined result of six courses Mr. Bleau developed and taught at Head Start Offices.
- Provided consultation and training to rural elementary school teachers, and to various volunteers, as a Peace Corps Volunteer in a model community instituted by the state and federal governments of Brazil. The project successfully brought new concepts of agribusiness into the model community, strengthening the economy and introducing new business opportunities.

### COMMERCIAL AND RESIDENTIAL REAL ESTATE DEVELOPMENT AND HOUSING DEVELOPMENT FOR THE HANDICAPPED

- Founded EMHC to acquire and develop housing and commercial real estate for low income and handicapped citizens. Under Mr. Bleau's active leadership, EMHC has developed, renovated and currently manages over 80 residential and commercial properties; provides a car and van leasing business for the handicapped with a fleet of over 70 vehicles; and currently holds assets of over $29 million.
- Constructed a $3 million commercial office building in downtown Lynn, MA, a groundbreaking non-profit endeavor in construction and in financing. Mr. Bleau served as the general contractor and arranged for all private financing.
- Acquired and developed a $1 million vacation resort in New Hampshire, the first vacation resort to integrate market vacationers and severely handicapped, mentally ill, and mentally retarded vacationers.
- Acquired and supervised the $1.2 million renovation of the St. Francis Church, completing the renovation in nine months, from acquisition to occupancy. The church was converted to a three-story structure providing educational and day services for mentally retarded citizens, in addition to commercial offices and training rooms.
- As Court Appointed Receiver of Associated Group Homes, Inc., managed $600,000 of renovations to create handicapped access in three facilities, resulting in the licensure of all three by the Department of Public Health.

### ADVOCACY

*Mr. Bleau is a leading advocate for community-based programs for the mentally retarded and mentally ill. With extensive experience in social services, he is well versed in Program Development, Staff Supervision and Staff and Parent Training, Clinical Consultation, Group Counseling and Consultation, Individual Treatment Planning and Program Administration for mentally retarded and emotionally disturbed children and adults. He has presented before hundreds of community groups, civic organizations, city and town boards, and elected governmental officials at both the state and federal levels.*

- Founded the Sovner Clinic, the first specialty clinic and psychiatric halfway house in Eastern Massachusetts, as well as one of the first residences and day programs for individuals with a dual diagnosis (MR-MH).
- Established the first psycho-rehabilitation social club for the mentally ill.
- Through the successful filing of Fair Housing Complaints with HUD, served as a catalyst for the relaxation of conservation and historical commission regulations for building additions and renovations for the handicapped.
- Responsible for two precedent setting cases involving the handicapped:
    The Fanny Mae HUD complaint, resulting in the allotment of over $200 million secondary mortgage financing for the handicapped nationwide.
    The Massachusetts Supreme Court Winchester Case, resulting in permission to use a former carriage house on a non-conforming lot for a mentally retarded residence.
- Played a key role in establishing Lynn as the first Massachusetts city to fully implement Kindergarten and Chapter 766 programs.
- Integrated the first severely handicapped children, as well as the first non-English speaking children, into regular classrooms at Head Start. A federal grant was awarded to expand these initiatives into other Head Start programs in Massachusetts as a demonstration model for the Office of Child Development. Mr. Bleau's reported conclusions resulted in revision of Head Start admission and inclusion regulations, as well as revision of curriculum for handicapped and non-English speaking children.

## ALBERT W. BLEAU, JR.

### CAREER HIGHLIGHTS

**One Stop Business Services- Swampscott, MA**
*A business-consulting firm offering expertise to corporations, non-profits, families, and individuals. Areas of expertise range from Business Restructuring to Housing Development for the Handicapped.*
**Founder and CEO**

**Eastern Massachusetts Housing Corporation – Lynn, MA**
*A $29 million commercial and residential real estate corporation*
**Executive Director-Chief Financial Officer and Co-founder**

**Greater Lynn Mental Health and Retardation Association, Inc.- Lynn, MA**
*Company serving close to 2,000 individuals with disabilities in a variety of residential, educational and clinical settings and employing 900 full and part-time employees*
**Executive Director-Chief Financial Officer**

**Hegner Center, Inc.– Lynn, MA**
*A residential and educational organization for individuals with disabilities*
**Executive Director**

**Associated Group Homes, Inc.**
*A $2.4 million ICF-MR Corporation serving 24 multiply handicapped, developmentally disabled citizens.*
**Court Appointed Receiver**

**Lynn Head Start – Day Care, Inc. – Lynn, MA**
*The first existing comprehensive child development program in Eastern Massachusetts, employing up to 70 full time and part time employees*
**Director**

**Lynn Head Start – Lynn, MA**
*Social Services Coordinator*

**Peace Corps – Brazil**
*Peace Corps Volunteer and Trainer*

### ASSOCIATIONS AND AFFILIATIONS

PRESENT AND PAST

Who's Who Worldwide in Business

Who's Who in Professions
Lynn Lions Club
Massachusetts and National Associations of Social Workers
National Association of Forensic & Addiction Counselors
Soccer Coach, Swampscott Under 16 girls Select Team
Soccer Coach, Lynn English High School JV Soccer
Odd Fellows, Swampscott
Swampscott Yacht Club

Board Member "Power Options," a non-profit advisory group of HEFA (Healthcare and Educational Financing Authority). Organized to develop and market energy cooperative amongst Massachusetts non-profit businesses.
Board Member "Boston Risk Management Group," a self-insured Workman's Compensation Group for non-profits.
**American Management Association**
Member "Power Options," Bid and Review Selection Committee
Massachusetts and National Associations for Retarded Citizens
**Lynn School Committee**
Mass. Delegate National Association for Private Residential Facilities (Anchor) Massachusetts
Human Services Providers Council, Member Regulatory Committee
**Lynn Business Partnership**
Lynn Area Chamber of Commerce
**President, Massachusetts Association of ICF/MR Providers**
**Member, NAACP North Shore Branch**
**President, Massachusetts Child Development Director's Association)**
Member, Greater Lynn Council for Children
**Founder, National Head Start Director's Association**
Member Association of Bi-lingual Educators
Member Massachusetts and National Associations of Mental Health

ALBERT W. BLEAU, JR.

## PUBLICATIONS

*Guest Editorials*, Lynn Daily Item, Lynn Sunday Post, North Shore Sunday (syndicated).
*Founder and Editor*, GLMHRA *Wings* Newsletter,
*Editor*, two books of poetry (This Is Life-Books I and II by Albert W. Bleau).
*Poet*
*Author*, <u>Characteristics of Unsuccessful Retarded Adults In Three Community Based Facilities</u>. A Master's Thesis for Antioch University

## SPEAKING ENGAGEMENTS

*Sovner Mental Health Clinic,* Panel Leader at conference for Dually Diagnosed Mentally Ill/Mentally Retarded: "Community Based Clinics". Peabody, MA.

*Sovner Mental Health Clinic,* Panel Leader at conference for Dually Diagnosed Mentally Ill/Mentally Retarded: "Developing Community Based Support Networks". Peabody MA.

*Sovner Mental Health Clinic/Tufts*, Emcee and Panel Leader at conference for Dually Diagnosed Mentally Ill/Mentally Retarded. Peabody, MA.

*Sovner Mental Health Clinic/Tufts*, Emcee and Panel Leader at conference for Dually Diagnosed Mentally Ill: "Alcohol and Drug Addiction". Peabody, MA.

*Young Adult Institute*, Workshop: "Person Centered Strategic Planning". New York, NY.

*National Association of Mental Retardation*, Pre Conference Symposium: "Customer Centered Strategic Planning", for CEO's of non-profit companies. San Antonio, TX

*New England Association for Mental Retardation*, Workshop: "Customer Centered Strategic Planning". Burlington, MA.

*National Association of Mental Retardation*, Workshop: "Customer Centered Strategic Planning", for CEO's of non-profit companies. San Francisco, CA

*DIME*: "Business Processes and Re-engineering". Long Island, New York.

*Massachusetts Association of Intermediate Care Facilities*, Co-Conference Coordinator, Chairperson and Panel Leader in over 15 different workshops including Keynote "Clinical Issues", "Fiscal and Managerial Systems Affecting Non-Profits and ICF-MR's".

## LICENSURE

Licensed Certified Social Worker – Massachusetts
Masters Counselor Certification in Addiction and Forensics
Massachusetts Real Estate Brokers License
Massachusetts Life and Medical Insurance Brokers License
NASD Series 6 & 63 Licensed

## EDUCATION

**Northeastern University**
Pursuant to an MBA, 33 credits (3.71 GPA)
**Antioch University – Antioch, Ohio**
MEd. Organizational Development
**University of New Mexico**
Pursuant to a PhD, Latin American History, 16 credits.
**University of Massachusetts at Amherst – Amherst, MA**
B.A. Latin American History, Minor: Latin American Studies.

## FOREIGN LANGUAGES

**French, Spanish, and Portuguese-reading, some writing and survival conversational skills-At one time was fluent in Portuguese (4.5-5 score in Foreign Service conversational test in Portuguese and 3-3.5 in Spanish. Taught English and secondary math in Portuguese. 3 years of college Spanish; 2 years of French.) PhD qualified in Spanish and Portuguese, at UNM.**

# ALBERT W. BLEAU, JR.

## CLINICAL SERVICES AND INTEGRATION OF TECHNOLOGY

### CLINICAL SERVICES

*Mr. Bleau has experience developing individual and community based services for individuals diagnosed with MH/MR, substance addiction, mental illness, and other severe medical and mental disorders. His first program became one of the first in both the Commonwealth of Massachusetts and the United States. Mr. Bleau's expertise has proven beneficial to individuals requiring support, their families, private organizations, and governmental agencies.*

- **PROGRAM AND SERVICE DEVELOPMENT**
- **TRAINING** — Staff, Parents and Consumers
- **ENVIRONMENTAL DESIGN AND TURNKEY OPERATIONS.** — Assisting in the identification, purchase and renovation of apartments and homes for individuals needing support
- **EVENT PREPARATION** — Mr. Bleau provides services enabling handicapped individuals to participate in such family events as weddings, funerals, bar mitzvahs, and vacations. His comprehensive approach combines event desensitization through practice repetitions, counseling, and training.
- **CRISIS PREVENTION** — Training and Intervention
- **ADVOCACY** — Ensuring that those served by state (Chapter 766) and federal (Chapter 94142) legislation receive adequate and appropriate educational services. Mr. Bleau's approach trains and empowers individuals and families to decrease their dependence on his services.
- **TREATMENT PLANNING** — Person Centered Planning (Futures Planning)

### INTEGRATION OF TECHNOLOGY

*Throughout his career, Mr. Bleau has consistently and successfully applied technological advances to enhance clinical and community services, improve internal operations of organizations, and increase independence of handicapped individuals. Through media such as computers and the Internet, he has pioneered efforts to increase communication and networking capabilities of individuals and their families, as well as professionals in the industry.*

- In 1998, Mr. Bleau conceptualized, created and implemented the business plan for *Disability News Net*, the first website specifically designed to serve human service professionals and individuals and families. Disability News Net utilized chat groups and lists to provide an accessible forum for interaction and contact among families, as well as with regional authors and others offering insights on disability issues. Onsite, in-person training was also provided.

- Under Mr. Bleau's leadership, the Greater Lynn Mental Health and Retardation Association, Inc. (GLMHRA) became the first non-profit in 1998 to develop adaptive equipment for challenged individuals, allowing them to use communication and computer educational training programs, such as literacy and speech and language development.

- Mr. Bleau initiated and coordinated the development of 18 residences equipped with individually adapted and equipped computers, to include speech-to-text and voice recognition technologies. On-site training was also provided for staff, parents and consumers.

- GLMHRA became the first non-profit to fully integrate all computer software programs, linking over 80 program sites to the central computer network, integrating fiscal and Solomon systems with Microsoft Excel, automating all business processes, and mandating computer training for each employee.

- As Executive Director of GLMHRA, Mr. Bleau oversaw the Sovner Clinic, leading the provision of video consultations via the Internet between consulting agencies for high-risk individuals, in-house therapists and clinicians, and external therapists and clinics. Video consultations were provided to state agencies throughout Canada and the United States. The Sovner Clinic pursued and received a private foundation grant to implement the program.

- Mr. Bleau established social clubs in Beverly and Lynn, MA, designed as work/learning programs through which participants learned and used computer applications, allowing them to earn an income providing support to small businesses.

## Examples of Social Work Practice

### A) Children's Services

1)   I was the Social Service's Coordinator for one year and then the Social Service's Coordinator/Program Director for the Lynn Head Start – Day Care – After School - Summer Program for three years. Supervised two social workers and one parent involvement specialist. Worked under the supervision of William Lott, LICSW, Lynn Family and Children Services and Dr. Welchel, MD, Child Psychiatrist. I also supervised seven classroom teachers and developed an after school program for 100 school aged children and provided direct supervision of the program director.

2)   Responsible for the integration of severely mentally ill and developmentally disabled children into early childhood day care and Head Start programs. Wrote an Early Childhood Grant and was funded by the US Office of Child Development to establish a demonstration project in Head Start programs in Essex County. The Project assisted other Head Start programs integrate special needs children into Head Start Classrooms. The Project contributed to changes in Head Start selection and mainstream policies nationwide.

3)   Developed a five- course off-sight accredited early childhood program at Lynn Head Start Offices. Drafted the curriculum, hired teachers, taught one course and presented program and curriculum to the North Shore Community College Curriculum Committee and President for approval and accreditation. Raised funds and grants to provide full scholarships for Head Start Parents.

4)   Expanded and supervised the Program Director of a specialized six- week summer program (Camp Pinecrest) for emotionally disturbed children ages six to fourteen. Wrote grants and supervised the expansion of the program to include year-round parental support groups and parent effectiveness training and a year round after-school summer program for high -risk teens, 15 to 17 years old. Camp expanded from forty children to 112 children under my direction.

5)   Provided yearly training to summer camp staff for over fifteen years. Trainings included sensitivity training for staff to work with low- income youth. Relaxation training, and guided imagery training, and story telling techniques were also taught to staff to incorporate into their activity and support groups with the children. Provided staff and group observations and feedback sessions to camp staff. Developed a "train the trainers" program for these trainings as well.

6) Developed after school program for high-risk boys ages 14-17 years old who had history of court involvement, poor school attendance and achievement. Responsible for securing private and public funding, program design, staff hiring and supervision and activity development. Operated program for five years.

7) Organized Special Needs Parent Advisory Committees in four cities and towns and trained parents as Parent Advocates. At one point I had trained and was supervising over fifteen trained parent advocates. Helped parents of special needs children organize three yearly conferences in conjunction with local school departments and private and public children's agencies and the courts.

8) Founding member of the Lynn, MA area of the Office of Children and was an active participant in the Department of Mental Health Area Board Children's Committee and assisted in the draft of their annual plan from 1974-1980.

9) Past president of the Massachusetts' Child Development Directors' Association and one of five individuals to organize the New England Association and the National Head Start Directors Association and planned its first National Conference. Organized three Regional Conferences for the New England Association.

10) Opened one of the first group homes for dually diagnosed children with developmental disabilities and mental illness/behavioral problems in 1977. Set up program design and policies; screened institutionalized individuals for placement; hired, trained and supervised staff; provided clinical support and family social work services.

11) Served for three years as the board member and chairman of the nominating committee of the Lynn Child Guidance Clinic.