## UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

Albert William Bleau Jr.                    :

      Plaintiff                            :

                                        :

Vs.                                         :        Civil Action
                                                     No. 04 – 10469REK
                                            :

Greater Lynn Mental Health                  :
& Retardation Association, et al,

      Defendants

FILED
IN CLERKS OFFICE

2006 JAN -6  P 12: 40

U.S. DISTRICT COURT
DISTRICT OF MASS.

### Plaintiff Albert W. Bleau Jr. Motion To Order GLMHRA Now Doing Business As Bridgewell, Inc. to Reestablish The EMHC As A Charitable Corporation And To Reappoint Their Board Of January 1, 2000 With The Exception Of Samuel Vitali

Plaintiff respectfully requests that the Court order defendant Greater Lynn Mental Health and Retardation Association, Inc., (GLMHRA) now doing business as Bridgewell, Inc. to reestablish EMHC as an independent 501 C 3 charitable corporation with its former Board of Directors of January 1, 2000 with the exception of Attorney Samuel Vitali.

Plaintiff additionally requests that the Court order defendant Greater Lynn Mental Health and Retardation Association, Inc., (GLMHRA) now doing business as Bridgewell, Inc. to transfer all real estate assets and financial assets that were transferred from EMHC to GLMHRA now doing business as Bridgewell, Inc. to the newly reestablished EMHC.

Plaintiff now submits an accompanying Memorandum of Law that supports plaintiff's Motion.

1

2

Respectfully submitted,

Albert W. Bleau Jr.
505 Paradise Rd. #208
Swampscott, MA 01907
(781) 962-2662

Dated:  January 6, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy
of the above document was
served upon all counsel of record
by First Class Mail on January 9,
2006.

Albert W. Bleau Jr.

2