UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Albert William Bleau Jr.  :

    Plaintiff  :

  :

Vs.  :      Civil Action
        No. 04 – 10469REK

  :

Greater Lynn Mental Health  :
& Retardation Association, et al,

    Defendants

## Plaintiff Albert W. Bleau Jr. Motion To Bar The Defendants, Their Associates And Certain Past And Current Board Members Of EMHC And GLMHRA Now Doing Business As Bridgewell, Inc. From Serving On Any 501 C 3 or C4 Non-Profit Corporation Or Foundation

Plaintiff respectfully requests that this Court issue an order preventing the Defendants, their associates identified in the plaintiff's RICO complaint filed with this Court and past and current board members of GLMHRA (Bridgewell, Inc) and EMHC from August 1, 1999 to the present with the exception of Martena Fallon, Charles Comeau, Joanne George, Paul Tremblay, Norman Thibodeau, Peter McGuinn and Stephan Speropolous from serving on any 501 C 3 or C 4 charitable corporation or on the board of any charitable foundation.

Plaintiff now submits an accompanying Memorandum of Law supporting plaintiff's Motion.

1

Respectfully submitted,

*[signature]*

Albert W. Bleau Jr.
505 Paradise Rd. #208
Swampscott, MA 01907
(781) 962-2662

Dated: January 6, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon all counsel of record by First Class Mail on January 9, 2006.

*[signature]*

Albert W. Bleau Jr.