```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS

Albert William Bleau, Jr.,           :
                                     :
          Plaintiff                  :
                                     :
                                     :
vs.                                  :    Civil Action
                                     :    No. 04-10469JLT(REK)
                                     :
Greater Lynn Mental Health           :
& Retardation Association, Inc.,     :
 et al.,                             :
                                     :
          Defendants                 :
```

**Suggestion Of Change Of Corporate Name By Defendant**
**Greater Lynn Mental Health & Retardation Association, Inc.**

Defendant Greater Lynn Mental Health & Retardation Association, Inc., (Greater Lynn) suggests that its corporate name has changed to Bridgewell, Incorporated. This change of name was effective as of 7 September 2005. A copy of the Articles of Amendment to the Articles of Organization of Greater Lynn as filed with the Secretary of the Commonwealth of Massachusetts is attached to this suggestion as an exhibit and marked "A."

                                    by its attorneys,

                                    s/ Christina Schenk-Hargrove
                                    _____
                                    Garrick F. Cole
                                    BBO No. 091340
                                    Christina Schenk-Hargrove
                                    BBO No. 645164

                                    Smith & Duggan LLP
                                    Two Center Plaza, Suite 620
                                    Boston, Massachusetts 02108-1906
                                    (617) 248-1900

Dated:  20 January 2006