FEDERAL IDENTIFICATION
no. 04-2296940

Fee: $15.00

# The Commonwealth of Massachusetts

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## ARTICLES OF AMENDMENT
(General Laws, Chapter 180, Section 7)

Examiner

Name Approved

We, _____ James Purdy _____ , *President / ~~Vice-President~~,

and _____ Arthur P. Clifford _____ , *Clerk / ~~Assistant Clerk~~,

of __Greater Lynn Mental Health and Retardation Association, Inc.__ ,
(Exact name of corporation)

located at __37 Friend Street, Lynn, Mass. 01903__ ,
(Address of corporation in Massachusetts)

do hereby certify that these Articles of Amendment affecting articles numbered:

_____1_____
(Number those articles ①, 2, 3, and/or 4 being amended)

of the Articles of Organization were duly adopted at a meeting held on __August 16__ 20 __05__, by vote of:

_____ ~~members~~, ____9____ directors, or _____ ~~shareholders~~**,

[X] Being at least two-thirds of its members legally qualified to vote in meetings of the corporation; OR

[ ] Being at least two-thirds of its directors where there are no members pursuant to General Laws, Chapter 180, Section 3; OR

[ ] In the case of a corporation having capital stock, by the holders of at least two-thirds of the capital stock having the right to vote therein.

To amend Article I such that it shall read:

I. Name

Bridgewell, Incorporated

C  [ ]
P  [ ]
M  [ ]
R.A. [ ]

*Delete the inapplicable words.
**Check only one box that applies.
Note: If the space provided under any article or item on this form is insufficient, additions shall be set forth on one side only of separate 8 1/2 x 11 sheets of paper with a left margin of at least 1 inch. Additions to more than one article may be made on a single sheet so long as each article requiring each addition is clearly indicated.

P.C.

180amen 1/21/04

The foregoing amendment(s) will become effective when these Articles of Amendment are filed in accordance with General Laws, Chapter 180, Section 7 unless these articles specify, in accordance with the vote adopting the amendment, a *later* effective date not more than *thirty days* after such filing, in which event the amendment will become effective on such later date.

Later effective date: _____ N/A _____ .

SIGNED UNDER THE PENALTIES OF PERJURY, this _____ day of _____ August _____ , 20 05 _____

_____ , *President / *~~Vice President~~,
James Purdy

_____ , *Clerk / *~~Assistant Clerk~~.
Arthur P. Clifford

*Delete the inapplicable words.

THE COMMONWEALTH OF MASSACHUSETTS

## ARTICLES OF AMENDMENT
(General Laws, Chapter 180, Section 7)

I hereby approve the within Articles of Amendment and, the filing fee in the amount of $ 15.00 having been paid, said articles are deemed to have been filed with me this _____ day of August 20 05 .

*Effective date:*_____

**WILLIAM FRANCIS GALVIN**
*Secretary of the Commonwealth*

### TO BE FILLED IN BY CORPORATION
Contact information:

Thomas D. Herman, Esq.

Smith & Duggan, LLP

Two Center Plaza, Boston, MA 02108

Telephone: (617) 228-4400

Email: therman@smithduggan.com

A copy this filing will be available on-line at www.state.ma.us/sec/cor once the document is filed.