UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Albert William Bleau Jr.         :

    Plaintiff                :

                         :

Vs.                              :      Civil Action
                                             No. 04 – 10469REK
                         :

Greater Lynn Mental Health       :
& Retardation Association, et al,

    Defendants

### Plaintiff's Initial Disclosures Under Rule 26(a) (1)

    Plaintiff Albert W. Bleau Jr. respectfully presents disclosures under Rule (a) (1).

1. Various correspondence regarding the conversion of the Marquis Resort into condominiums and financial forecasts and reports on the Resort.

2. GLMHRA contracts for EFIP with John Papathanassiou

3. Financial reports of the EFIP prepared by GLMHRA accountant Paul Tempesta

4. Med Tac patient reports and financial reports of GLMHRA's self insured medical plan.

5. UFR's for GLMHRA for Fiscal Years 2000 and 2001 without attachments and UFR's that are on line with the Division of Purchase of Services for Fiscal Years 2002, 2003, 2004 and 2005

6. Plaintiff's HUD complaint against Van Kampen American Capital dated on or about May 1999.

7. Investigation of the Attorney General's Office of EMHC's activities in New

1

Hampshire and EMHC' purchase of the Marquis Resort dated prior to the purchase of the Resort.

Respectfully submitted,

*[signature]*

Albert W. Bleau Jr.
505 Paradise Rd. #208
Swampscott, MA 01907
(781) 962-2662

Dated: February 7, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon all counsel of record by First Class Mail on February 7, 2006.

*[signature]*

Albert W. Bleau Jr.

2