# UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Albert William Bleau Jr. : | |
| Plaintiff : | |
| : | |
| Vs. : | Civil Action |
| : | No. 04 – 10469REK |
| : | |
| Greater Lynn Mental Health : | |
| & Retardation Association, et al, | |
| Defendants | |

### Plaintiff's Motion Opposing Defendant's Motion To Plaintiff's Motion For Leave To Conduct Additional Discovery And Defendant's Cross-Motion For A Protective Order And Plaintiff's Motion Clarifying Plaintiffs' Motion For Discovery

The plaintiff requests that the Court deny the defendant's motion opposing plaintiff's motion for expanded discovery and that the Court deny the defendant's cross-motion for a protective order. The plaintiff has acted in bad faith and its motion should be denied for not being timely filed under the Federal Rules. Additionally, the defendant's motion would prejudice the plaintiff's claims, cause undo delays, and place unnecessary costs on the plaintiff and the Court.

Plaintiff now submits an accompanying Memorandum of Law supporting plaintiff's Motion.

Respectfully submitted,

*[signature: Albert W. Bleau Jr.]*

Albert W. Bleau Jr.
505 Paradise Rd. #208
Swampscott, MA 01907
(781) 962-2662

Dated: February 16, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon all counsel of record by First Class Mail on February 16, 2006.

*[signature]*
Albert W. Bleau Jr.

2