# UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

Albert William Bleau Jr. :

    Plaintiff :

:

Vs. :     Civil Action
    No. 04 – 10469REK

:

Greater Lynn Mental Health :
& Retardation Association, et al,

    Defendants

### Correction of Plaintiff's Memorandum of February 16, 2006 And Request For Electronic Filing

    The plaintiff has attached a corrected page 7 of his Memorandum of February 16, 2006.

    The plaintiff respectfully requests electronic filing privileges. The drive to Boston and the plaintiff's expense of tolls and parking, lost work time and income would be avoided with electronic filing privileges.

                                Respectfully submitted,

                                Albert W. Bleau Jr.
                                505 Paradise Rd. #208
                                Swampscott, MA 01907
                                (781) 962-2662

Dated: February 17, 2006           **CERTIFICATE OF SERVICE**

                                            I hereby certify that a true copy of the above document was served upon all counsel of record by First Class Mail on February 16, 2006.

                                            Albert W. Bleau Jr.

1