UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2006 MAR 31 A 7:58

Albert William Bleau Jr.          :

    Plaintiff                 :

                              :

Vs.                               :          Civil Action
                                             No. 04 – 10469REK
                                  :

Greater Lynn Mental Health        :
& Retardation Association, et al,

    Defendants

**Correction To Plaintiff's Motion For Extension Of Time To File An Appeal Of The February 8, 2006 Order of the Court Pursuant To Federal Rule 4 (5) (A)(i) (ii) and Federal Rule 4 (5) (C)**

Albert W. Bleau Jr., the plaintiff, respectfully requests a correction to his motion of March 29, 2006.

Defendant, Robert Griffin, sent his response to the incorrect address. See Attachment I.

The third sentence of paragraph 2 states, "In addition, defendants MacKleish, Sherman and Griffin have refused voluntary service for the production of documents …." should be corrected to state, "In addition, defendants MacKleish and Sherman have refused voluntary service for the production of documents …."

For the aforementioned reason, the plaintiff requests that his motion for an extension of time to file an appeal of the February 8, 2006 order of the court is corrected.

1

Respectfully submitted,

*[signature: Albert Bleau]*

Albert W. Bleau Jr.
505 Paradise Rd. #208
Swampscott, MA 01907
(781) 962-2662

Dated: March 31, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon all counsel of record by First Class Mail on March 31, 2006.

*[signature: Albert Bleau]*

Albert W. Bleau Jr.

# BINGHAM McCUTCHEN

Donald K. Stern
Direct Phone: (617) 951-8250
Direct Fax: (617) 951-8736
donald.stern@bingham.com

*VIA FIRST CLASS MAIL AND*
*FEDERAL EXPRESS*

Bingham McCutchen LLP
150 Federal Street
Boston, MA
02110-1726

617.951.8000
617.951.8736 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington

March 27, 2006

Mr. Albert W. Bleau, Jr.
505 Paradise Road, #208
Swampscott, Massachusetts 01907

Re: Bleau v. Bridgewell, Inc.
    Civil Action No. 04-10469 REK
    United States District Court
    for the District of Massachusetts

Dear Mr. Bleau:

Enclosed please find a copy of a letter I sent to you on Friday, March 24, 2006. Federal Express, however, was unable to deliver that letter due to an incorrect street address. Erroneously, it was addressed to "50 Paradise Road" instead of "505 Paradise Road". Additional copies were mailed first class as well and faxed to the number listed on that letter. I apologize for any inconvenience this error may have caused. I have taken the appropriate measures to ensure that this will not happen again.

Very truly yours,

Donald K. Stern

Enclosure

LITDOCS/635466.1