# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2006 MAY 30 P 4:29
U.S. DISTRICT COURT
DISTRICT OF MASS.

**Plaintiff: Albert W. Bleau Jr.**

V.

**Defendant: Bridgewell (Greater Lynn Mental Health and Retardation Association), Et al**

CASE NO. 10-10469 REK

## NOTICE OF APPEAL

Notice is hereby given that __Albert W Bleau Jr.__ above named, hereby appeals from the __Order of the Court__ entered in the above entitled action on __February 8, 2006__.

By the Court,

May 30, 2006
Date

Deputy Clerk

505 Paradise Rd #208
Swampscott, MA 01907
781 962-2662

(NoticeofAppeal.wpd - 12/98)