**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

IN CLERKS OFFICE

Albert William Bleau Jr.        :

    Plaintiff        :        2006 MAY 30  P 4:32

                            U.S. DISTRICT COURT
                          :     DISTRICT OF MASS.

Vs.        :        Civil Action
                                 No. 04 – 10469REK

                          :

Greater Lynn Mental Health        :
& Retardation Association, et al,

    Defendants

**Certification Of Transcript Rule 10.(b) (1) (B)**

    Albert W. Bleau Jr., the plaintiff, respectfully states that no transcript will be ordered in the Appeal of the US District Court Order of February 8, 2006 filed by the plaintiff on May 30, 2006.

                                                Respectfully submitted,

                                                Albert W. Bleau Jr.
                                                505 Paradise Rd. #208
                                                Swampscott, MA 01907
                                                (781) 962-2662

Dated: May 30, 2006                        **CERTIFICATE OF SERVICE**

                                                I hereby certify that a true
                                                copy of the above document
                                                was served upon all counsel of
                                                record by First Class Mail on
                                                May 31, 2006.

                                                Albert W. Bleau Jr.

1