UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN CLERKS OFFICE

Albert William Bleau Jr.                      2006 MAY 30  P 4: 32

    Plaintiff                          U.S. DISTRICT COURT
                                 DISTRICT OF MASS.

Vs.                                                    :        Civil Action
                                                                No. 04 – 10469REK

Greater Lynn Mental Health
& Retardation Association, et al,

    Defendants

## Plaintiff's Motion For A Stay Of The Court's February 8, 2006 Order Pursuant To Federal Rule 8 (a) (1) (A)

    Albert W. Bleau Jr., the plaintiff, respectfully requests a stay of the Court's February 8, 2006 Order pending appeal with the exception of the discovery allowed by the Court.

    Should the Court of Appeals rule that there was fraud and or misrepresentation in the preparation, negotiation and signing of the severance agreement by Bridgewell (GLMHRA) or that discovery should be permitted to determine if fraud or misrepresentation did occur, the plaintiff has submitted sufficient documentation that he believes would warrant by rule of law a summary judgment for his claims under ADA, Breach of Contract and Defamation.

    The plaintiff requests that discovery continue as planned in order to save time and expense for the Court, the plaintiff and the defendants.

1

Respectfully submitted,

*[signature]*

Albert W. Bleau Jr.
505 Paradise Rd. #208
Swampscott, MA 01907
(781) 962-2662

Dated: May 30, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon all counsel of record by First Class Mail on May 31, 2006.

*[signature]*

Albert W. Bleau Jr.