**UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

IN CLERKS OFFICE

2006 MAY 30  P 4: 29

U.S. DISTRICT COURT
DISTRICT OF MASS.

Albert William Bleau Jr.

    Plaintiff

Vs.                                                                    Civil Action
                                                                     No. 04 – 10469REK

Bridgewell, Inc. (Greater Lynn Mental Health
& Retardation Association), et al,

    Defendants

## Motion To Proceed Forma Pauperis In Appeal of the February 8, 2006 order of the Court Pursuant To Rule 24 (a) (1) (2) (3)

    Albert W. Bleau Jr., the plaintiff, respectfully requests to proceed Forma Pauperis.

    Albert W. Bleau Jr., the plaintiff, is requesting that seven issues be considered by the US Circuit Court of Appeals:

    1. Should the US District Court have granted the plaintiff's motion for reconsideration of the Court's October 25, 2005 Order?

    2. Should the US District Court have granted the plaintiff's motion for reconsideration of the plaintiff's request for reconsideration of the February 8, 2006 Order?

    3. Once the US District Court had received the plaintiff's motion for reconsideration February 7, 2006 requesting reconsideration, should the Circuit Court have amended or reversed its February 8, 2006 Order?

    4. Did the plaintiff comply with Federal Rule 59 (e) in that he had found newly discovered evidence that was not easily obtainable that demonstrated fraud, misrepresentation and cover up by the defendants in the negotiation and

1

signing of the severance agreement?

5   Should the US District Court have granted the plaintiff's motions for summary judgment on plaintiff's claims under ADA, breach of contract and defamation?

6.   Should special consideration of the rules be given to the plaintiff since he is a pro se plaintiff and has limited resources to investigate and conduct discovery and works full time in a non legal profession?

7.   Should special consideration of the rules be given to the plaintiff to assure that justice is served and that the public interest is served?

Respectfully submitted,

_____
Albert W. Bleau Jr.
505 Paradise Rd. #208
Swampscott, MA 01907
(781) 962-2662

Dated: May 30, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon all counsel of record by First Class Mail on May 31, 2006.

_____
Albert W. Bleau Jr.

47            FEDERAL RULES OF APPELLATE PROCEDURE            Form 4

# Form 4. Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis

Form 4. Affidavit to Accompany Motion for Leave to Appeal in Forma Pauperis

United States District Court for the _US_ District of _Massachusetts_

A.B., Plaintiff _Albert W Bleau,_
v.                                          Case No. _10-10469 REK_
C.D., Defendant _Bridgewell, Inc._
_et al_

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C § 1621.)  Signed: _[signature]_ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.  Date: _5/30/06_ |

My issues on appeal are:

_See Motion For Forma Pauperis_

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
|  | You | Spouse | You | Spouse |
| Employment | $300 | $1,400 | $2,400 | $2,600 |
| Self-employment | $2,000 | $— | $1,000 | $— |
| Income from real property (such as rental income) | $— | $— | $— | $— |
| Interest and dividends | $— | $— | $— | $— |
| Gifts | $— | $— | $— | $— |
| Alimony | $— | $— | $— | $— |
| Child support | $— | $— | $— | $— |
| Retirement (such as social security, pensions, annuities, insurance) | $— | $— | $— | $— |
| Disability (such as social security, insurance payments) | $— | $— | $— | $— |
| Unemployment payments | $— | $300 | $— | $— |
| Public-assistance (such as welfare) | $— | $— | $— | $— |
| Other (specify): | $— | $— | $— | $— |
| Total monthly income: | $2,300 | $1,700 | $3,400 | $2,600 |

**Form 4**   FEDERAL RULES OF APPELLATE PROCEDURE                 48

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Harbor Lgt Apts. | 7 Liberty Sq | 4/1/06-Current | 2500 |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Peaks Island Inn | Peaks Is. | 8/05-Current | 1200 = Average |
| Lutheran Social Ser. | Westbrook ME. | 12/03-8/05 | 2,300 |

4. How much cash do you and your spouse have? $ 0
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| No Bank Acct | | $ 0 | $ |
| Keys OK | | $ | $500 or less |

If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | (Value) | Other real estate | (Value) | Motor vehicle #1 | (Value) |
|---|---|---|---|---|---|
| | | Condo in Finland, Mort. Loan 30,000 | 50,000 | Make & year: 1987 Model: Porsche Registration #: To Pats | |

| Motor vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: 1992 Model: Honda Civic Registration #: MINNA | | 1997 Ford Expedition 7887 TA | 0 dollars | Furnishings | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Woodfords Family Services | 500 | — |
| Elliot Cul Cir. | 320 | — |

49        FEDERAL RULES OF APPELLATE PROCEDURE        Form 4

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| Monique Clay | Daughter | 14 |
| Michelle Clay | Daughter | 19 |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $1100 | $ |
| Are real-estate taxes included? ☐Yes ☐No |  |  |
| Is property insurance included? ☐Yes ☐No |  |  |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $400 | $ |
| Home maintenance (repairs and upkeep) | $100 | $ |
| Food | $800 | $50 |
| Clothing | $50 | $50 |
| Laundry and dry-cleaning | $20 | $ |
| Medical and dental expenses | $100 | $ |
| Transportation (not including motor vehicle payments) | $ — | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) |  |  |
| Homeowner's or renter's | $25 | $ |
| Life | $6 | $65 |
| Health | $ | $ |
| Motor Vehicle | $200 | $80 |
| Other: | $ — | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ — | $ |
| Installment payments |  |  |
| Motor Vehicle  Capital Bank of N.Y. | $ | $ |
| Credit card (name): Discover | $ | $400 |
| Department store (name): | $ | $ |
| Other: Bank loans | $ | $1800 |
|  | $615 | $ |
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) |  |  |
| Other (specify): | $ | $ |
| Total monthly expenses: | $4410 | $6595 |

**Form 4**　　　FEDERAL RULES OF APPELLATE PROCEDURE　　　50

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?
   ☐Yes ☒No    If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? ☐Yes ☒No
    If yes, how much? $_____
    If yes, state the attorney's name, address, and telephone number:

    _____
    _____
    _____

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
    ☐Yes ☒No
    If yes, how much? $_____
    If yes, state the person's name, address, and telephone number:

    _____
    _____
    _____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.
    *We barely make it month to month & currently have $2,000 in unpaid bills & over $5,000 in unpaid alimony*

13. State the address of your legal residence.
    *60 R Humphrey St*
    *Swampscott, MA 01907*
    Your daytime phone number: *(781) 962-2662*
    Your age: *62*   Your years of schooling: *10*
    Your social-security number: *011 32 6783*

(As amended Apr. 24, 1998, eff. Dec. 1, 1998.)