UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Albert William Bleau Jr.       :

    Plaintiff                 :

                                     :

Vs.                            :        Civil Action
                                               No. 04 – 10469REK
                                     :

Bridgewell, Inc. (Greater Lynn Mental Health   :
& Retardation Association), et al,

    Defendants

## Issues For Appeal And Identification of The Record for Appeal

    Albert W. Bleau Jr., the plaintiff, respectfully requests that the entire record and all attachments be considered the record for appeal.

    Albert W. Bleau Jr., the plaintiff, respectfully requests that seven issues be considered by the US Circuit Court of Appeals:

    1. Should the US District Court have granted the plaintiff's motion for reconsideration of the Court's October 25, 2005 Order?

    2. Should the US District Court have granted the plaintiff's motion for reconsideration of the plaintiff's request for reconsideration of the February 8, 2006 Order?

    3. Once the US District Court had received the plaintiff's motion for reconsideration February 7, 2006 requesting reconsideration, should the Circuit Court have amended or reversed its February 8, 2006 Order?

    4. Did the plaintiff comply with Federal Rule 59 (e) in that he had found newly discovered evidence that was not easily obtainable that demonstrated fraud, misrepresentation and cover up by the defendants in the negotiation and signing of the severance agreement?

1

5   Should the US District Court have granted the plaintiff's motions for summary judgment on plaintiff's claims under ADA, breach of contract and defamation?

6.   Should special consideration of the rules be given to the plaintiff since he is a pro se plaintiff and has limited resources to investigate and conduct discovery and works full time in a non legal profession?

7.   Should special consideration of the rules be given to the plaintiff to assure that justice is served and that the public interest is served?

Respectfully submitted,

_____

Albert W. Bleau Jr.
505 Paradise Rd. #208
Swampscott, MA 01907
(781) 962-2662

Dated: May 30, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon all counsel of record by First Class Mail on May 31, 2006.

_____
Albert W. Bleau Jr.