APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-10469-WGY

Bleau v. Bridgewell, Inc. et al
Assigned to: Judge William G. Young
Demand: $170,000
Cause: 28:1331 Fed. Question: Employment Discrimination

Date Filed: 03/08/2004
Jury Demand: None
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Albert William Bleau, Jr.**	represented by	**Albert William Bleau, Jr.**
505 Paradise Road
#208
Swampscott, MA 01907
781-962-2662
PRO SE

V.

**Defendant**

**Bridgewell, Inc.**	represented by	**Garrick F. Cole**
Smith & Duggan, L.L.P.
Suite 620
Two Center Plaza
Boston, MA 02108
617-248-1900
Fax: 617-248-9320
Email: gcole@smithduggan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christina M. Schenk-Hargrove**
Smith & Duggan, LLP
Two Center Plaza
Suite 620
Boston, MA 02108
617-248-1900
Fax: 617-248-3920
Email: cschenkhargrove@smithduggan.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eastern Mass Housing Corporation**
*TERMINATED: 12/08/2004*

represented by	**Garrick F. Cole**
Smith & Duggan, L.L.P.
Two Center Plaza

Boston, MA 02108  
617-248-1900  
Fax: 617-248-9320  
Email: gcole@smithduggan.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Roderick MacKleish** represented by **Allison K. Jones**  
Berman DeValerio Pease Tabacco Burt & Pucillo  
One Liberty Square  
8th Floor  
Boston, MA 02109  
617-542-8300  
Fax: 617-542-1194  
Email: ajones@bermanesq.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**David G. Thomas**  
Greenberg Traurig, LLP  
One International Place  
Boston, MA 02110  
617-310-6000  
Fax: 617-310-6001  
Email: thomasda@gtlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Salo L. Zelermyer**  
Greenberg Traurig LLP  
One International Place  
Twentieth Floor  
Boston, MA 02110  
617-310-6296  
Fax: 617-310-6001  
Email: zelermyers@gtlaw.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Sherman** represented by **Allison K. Jones**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**David G. Thomas**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

Salo L. Zelermyer
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert J. Griffin**     represented by    **Donald K. Stern**
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
617-951-8250
Fax: 617-951-8736
Email: donald.stern@bingham.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/08/2004 | 1 | COMPLAINT against Eastern Mass Housing Corporation, Greater Lynn Mental Health & Retardation Association, Robert J. Griffin, Roderick MacKleish, Robert Sherman Filing fee: $ 150, receipt number 54374, filed by Albert William Bleau Jr..(Folan, Karen) (Entered: 03/11/2004) |
| 03/08/2004 | | Summons Issued as to Eastern Mass Housing Corporation, Greater Lynn Mental Health & Retardation Association, Robert J. Griffin, Roderick MacKleish, Robert Sherman. (Folan, Karen) (Entered: 03/11/2004) |
| 03/08/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Folan, Karen) (Entered: 03/11/2004) |
| 03/16/2004 | 2 | NOTICE of Appearance by Garrick F. Cole on behalf of Greater Lynn Mental Health & Retardation Association (Folan, Karen) (Entered: 03/18/2004) |
| 03/17/2004 | 3 | SUMMONS Returned Executed Robert J. Griffin served on 3/8/2004, answer due 3/29/2004. (Folan, Karen) (Entered: 03/22/2004) |
| 03/17/2004 | 4 | SUMMONS Returned Executed Eastern Mass Housing Corporation served on 3/8/2004, answer due 3/29/2004. (Folan, Karen) (Entered: 03/22/2004) |
| 03/17/2004 | 5 | SUMMONS Returned Executed Greater Lynn Mental Health & Retardation Association served on 3/8/2004, answer due 3/29/2004. (Folan, Karen) (Entered: 03/22/2004) |
| 03/17/2004 | 6 | SUMMONS Returned Executed Robert Sherman served on 3/8/2004, answer due 3/29/2004. (Folan, Karen) (Entered: 03/22/2004) |
| 03/17/2004 | 7 | SUMMONS Returned Executed Roderick MacKleish served on 3/8/2004, answer due 3/29/2004. (Folan, Karen) (Entered: 03/22/2004) |
| 03/25/2004 | 8 | Objection to Appointment of Defendants' Counsel. (Folan, Karen) (Entered: 03/29/2004) |

| | | |
|---|---|---|
| 03/29/2004 | 9 | WAIVER OF SERVICE Returned Executed Greater Lynn Mental Health & Retardation Association waiver sent on 3/8/2004, answer due 5/7/2004. (Folan, Karen) (Entered: 04/01/2004) |
| 03/29/2004 | 10 | WAIVER OF SERVICE Returned Executed Eastern Mass Housing Corporation waiver sent on 3/8/2004, answer due 5/7/2004. (Folan, Karen) (Entered: 04/01/2004) |
| 05/03/2004 | 11 | STIPULATION regarding the filing of responses to the plaintiff's complaint by Albert William Bleau Jr., Robert J. Griffin. (Folan, Karen) (Entered: 05/11/2004) |
| 05/07/2004 | 12 | MOTION to Dismiss by Roderick MacKleish, Robert Sherman.(Abaid, Kim) (Entered: 05/11/2004) |
| 05/07/2004 | 13 | MEMORANDUM in Support re 12 MOTION to Dismiss filed by Roderick MacKleish, Robert Sherman. (Abaid, Kim) (Entered: 05/11/2004) |
| 05/24/2004 | 14 | MOTION to Dismiss *or for Summary Judgment* by Greater Lynn Mental Health & Retardation Association. (Attachments: # 1 Affidavit Declaration of Robert F. Tucker# 2 Exhibit Ex. 1 to Tucker Declaration# 3 Exhibit Ex. 2 to Tucker Declaration)(Cole, Garrick) (Entered: 05/24/2004) |
| 05/24/2004 | 15 | MEMORANDUM in Support re 14 MOTION to Dismiss *or for Summary Judgment* filed by Greater Lynn Mental Health & Retardation Association. (Attachments: # (1) Supplement Local Rule 56.1 Concise Statement of Undisputed Facts)(Cole, Garrick) (Entered: 05/24/2004) |
| 05/24/2004 | 16 | MOTION to Dismiss by Robert J. Griffin.(Cole, Garrick) (Entered: 05/24/2004) |
| 05/24/2004 | 17 | MEMORANDUM in Support re 16 MOTION to Dismiss filed by Robert J. Griffin. (Cole, Garrick) (Entered: 05/24/2004) |
| 05/24/2004 | 18 | Local Rule 56.1 STATEMENT re 14 MOTION to Dismiss *or for Summary Judgment* by Greater Lynn Mental Health & Retardation Association. (Folan, Karen) (Entered: 05/25/2004) |
| 05/25/2004 | 19 | NOTICE of Appearance by Donald K. Stern on behalf of Robert J. Griffin (Stern, Donald) (Entered: 05/25/2004) |
| 05/25/2004 | 20 | MOTION to Dismiss by Eastern Mass Housing Corporation.(Cole, Garrick) (Entered: 05/25/2004) |
| 05/25/2004 | 21 | MEMORANDUM in Support re 20 MOTION to Dismiss filed by Eastern Mass Housing Corporation. (Cole, Garrick) (Entered: 05/25/2004) |
| 05/25/2004 | 22 | AFFIDAVIT in Support re 20 MOTION to Dismiss *(Thomas D. Herman)* filed by Eastern Mass Housing Corporation. (Attachments: # 1 Exhibit Articles of Merger)(Cole, Garrick) (Entered: 05/25/2004) |
| 06/18/2004 | | Pro Se Plaintiff called clerk to say a motion to extend time to respond to |

| | | |
|---|---|---|
| | | motion to dismiss is forthcoming. (Folan, Karen) (Entered: 06/18/2004) |
| 06/28/2004 | 23 | STIPULATION for Extension of Time to August 13, 2004 for plaintiff to file responses to the defendants' responses to his complaint and to any motions for Dismissal and Summary Judgment by Albert William Bleau Jr., Eastern Mass Housing Corporation, Greater Lynn Mental Health & Retardation Association, Robert J. Griffin, Roderick MacKleish, Robert Sherman.(Folan, Karen) (Entered: 07/07/2004) |
| 07/07/2004 | | Judge Robert E. Keeton : ENDORSED ORDER entered granting 23 Stipulation regarding the filing of responses to the defendants' motions for dismissal and summary judgment. (Folan, Karen) (Entered: 07/07/2004) |
| 08/16/2004 | 24 | MOTION for Extension of Time to October 1, 2004 to file response to defendants' responses to his complaint and to their motions for dismissal and summary judgment by Albert William Bleau Jr..(Folan, Karen) (Entered: 08/30/2004) |
| 08/16/2004 | 25 | STIPULATION regarding the filing of responses to the defendants' motions for dismissal and summary judgment by Albert William Bleau Jr., Roderick MacKleish, Robert Sherman. (Folan, Karen) (Entered: 08/30/2004) |
| 09/07/2004 | | Judge Robert E. Keeton : ENDORSED ORDER entered granting 24 Motion for Extension of Time to October 1, 2004 to file responses. (Folan, Karen) (Entered: 09/07/2004) |
| 10/01/2004 | 26 | MEMORANDUM OF LAW by Albert William Bleau Jr. in opposition to 14 MOTION to Dismiss *or for Summary Judgment*, 20 MOTION to Dismiss, 12 motion to dismiss, 16 motion to dismiss. (Entered: 10/12/2004) |
| 11/19/2004 | 27 | MOTION for Leave to File reply to plaintiffs' memorandum of law in opposition to motions to dismiss and for summary judgment by Roderick MacKleish, Robert Sherman.(Folan, Karen) (Entered: 12/08/2004) |
| 12/08/2004 | 28 | Judge Robert E. Keeton : MEMORANDUM ANDORDER entered granting 12 Motion to Dismiss, granting in part and denying in part 14 Motion to Dismiss, granting 16 Motion to Dismiss, granting 20 Motion to Dismiss. A status conference is set for 11:00 a.m., January 18, 2005. (Folan, Karen) (Entered: 12/09/2004) |
| 01/18/2005 | | ElectronicClerk's Notes for proceedings held before Judge Robert E. Keeton : Status Conference held on 1/18/2005. (Court Reporter Marzilli.) Colloquy re plaintiff's motion filed earlier today regarding production of documents: For the reasons noted in the hearing, the motion is denied without prejudice to the plaintiff filing a timely motion that asks the court for an order that is appropriately limited. Colloquy re settlement release: The court will not sustain a motion to dismiss at this time. The defendant may file a motion for summary judgment on this issue. The defendant will file the motion by February 8, 2005. The plaintiff will resond by March 1, 2005. If the defendant seeks leave to file a reply, a request for |

| | | |
|---|---|---|
| | | leave to reply and a reply will be filed by March 8, 2005. The plaintiff indicates that the court should decide RICO and breach of contract issues before ruling on the settlement release. The court indicates that the arguments should be made in the plaintiff's response to any summary judgment motion. Colloquy re EMHC: The defendant will file a motion for separate judgment. Colloquy re Griffen: The defendant will file a motion for separate judgment. Colloquy re MacLeish and Sherman: The defendants will be filing a motion to dismiss on any defamation claims by January 28, 2005. They might also join defendant GLMHRA's motion for summary judgment. There is a dispute over which claims were dismissed in the court's previous memorandum and order. The defendant may file a motion for separate and final judgment. Colloquy re discovery: There will be no discovery pending a decision on defendant GLMHRA's motion for summary judgment. Colloquy re plaintiff's allegations of continuing retaliation: Court will not issue an order based on an oral motion. If the plaintiff seeks an order from the court, he can file a written motion that is appropriately limited. If the motion is not appropriately limited, it will be denied.(Leen) (Entered: 01/18/2005) |
| 01/18/2005 | 29 | MOTION regarding production of documents and a written reference for the plaintiff and delay to file RICO documentation by Albert William Bleau, Jr.(Folan, Karen) (Entered: 01/21/2005) |
| 01/18/2005 | 30 | ANSWER to Complaint by Greater Lynn Mental Health & Retardation Association.(Folan, Karen) (Entered: 01/21/2005) |
| 01/18/2005 | | Motions terminated: 29 MOTION regarding production of documents and a written reference for the plaintiff and delay to file RICO documentation filed by Albert William Bleau, Jr.. (Folan, Karen) (Entered: 01/27/2005) |
| 01/27/2005 | | Motion terminated as moot: 27 MOTION for Leave to File filed by Roderick MacKleish,, Robert Sherman,. (Folan, Karen) (Entered: 01/27/2005) |
| 01/28/2005 | 31 | MEMORANDUM in Support re 32 MOTION to Dismiss filed by Roderick MacKleish, Robert Sherman. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Abaid, Kim) Modified on 1/31/2005 (Folan, Karen). (Entered: 01/31/2005) |
| 01/28/2005 | 32 | MOTION to Dismiss by Roderick MacKleish, Robert Sherman.(Folan, Karen) (Entered: 01/31/2005) |
| 02/01/2005 | 33 | MOTION for entry of separate and final judgment by Robert J. Griffin. (Folan, Karen) (Entered: 02/02/2005) |
| 02/01/2005 | 34 | MEMORANDUM in Support re 33 MOTION for entry of separate and final judgment filed by Robert J. Griffin. (Folan, Karen) (Entered: 02/02/2005) |
| 02/08/2005 | 35 | MOTION for Summary Judgment by Greater Lynn Mental Health & Retardation Association.(Schenk-Hargrove, Christina) Additional attachment(s) added on 2/15/2005 (Folan, Karen). (Entered: 02/08/2005) |

| | | |
|---|---|---|
| 02/08/2005 | 36 | MEMORANDUM in Support re 35 MOTION for Summary Judgment filed by Greater Lynn Mental Health & Retardation Association. (Attachments: # 1 Rule 56.1 Statement of facts)(Schenk-Hargrove, Christina) (Entered: 02/08/2005) |
| 03/04/2005 | 37 | MOTION for Extension of Time to 03/15/2005 to File Response/Reply to *Plaintiff's Opposition to Motion for Summary Judgment* by Greater Lynn Mental Health & Retardation Association.(Schenk-Hargrove, Christina) (Entered: 03/04/2005) |
| 03/09/2005 | 38 | MOTION for Extension of Time to March 9, 2005 to file response brief by Albert William Bleau, Jr.(Folan, Karen) (Entered: 03/18/2005) |
| 03/09/2005 | 39 | MOTION requesting relief to prevent continuing retaliation and defamation by the defendants by Albert William Bleau, Jr.(Folan, Karen) (Entered: 03/18/2005) |
| 03/09/2005 | 40 | MOTION for Summary Judgment by Albert William Bleau, Jr.(Folan, Karen) (Entered: 03/18/2005) |
| 03/09/2005 | 41 | Opposition re 32 MOTION to Dismiss, 33 MOTION for Order to for separate and final judgment, 35 MOTION for Summary Judgment filed by Albert William Bleau, Jr. (Folan, Karen) (Entered: 03/18/2005) |
| 03/22/2005 | 42 | AMENDED DOCUMENT by Albert William Bleau, Jr. Amendment of 41 Opposition to Motion. (Attachments: # 1 Part 2)(Folan, Karen) (Entered: 03/24/2005) |
| 03/30/2005 | | ELECTRONIC NOTICE of Hearing: Motion Hearing set for 4/13/2005 02:00 PM before Judge Robert E. Keeton. (Folan, Karen) (Entered: 03/30/2005) |
| 03/30/2005 | 43 | JOINT EMERGENCY MOTION for Extension of Time to April 18, 2005 to respond to plaintiff's six motions by Albert William Bleau, Jr, Roderick MacKleish, Robert Sherman.(Folan, Karen) (Entered: 04/04/2005) |
| 04/05/2005 | 44 | Joint MOTION to Continue Hearing by Greater Lynn Mental Health & Retardation Association.(Cole, Garrick) (Entered: 04/05/2005) |
| 04/06/2005 | | Judge Robert E. Keeton : Electronic ORDER entered granting 43 Motion for Extension of Time, granting 44 Motion to Continue. Hearing RESET for Wednesday, May 11, 2005 at 2:00 p.m. (Folan, Karen) (Entered: 04/06/2005) |
| 04/13/2005 | 45 | JOINT MOTION for Extension of Time to April 20, 2005 to respond to plaintiffs motions by Albert William Bleau, Jr, Roderick MacKleish, Robert Sherman.(Folan, Karen) (Entered: 04/14/2005) |
| 04/20/2005 | 46 | MEMORANDUM in Opposition re 40 MOTION for Summary Judgment filed by Roderick MacKleish, Robert Sherman. (Attachments: # 1) (Thomas, David) (Entered: 04/20/2005) |
| 04/20/2005 | 47 | RESPONSE to Motion re 39 MOTION requesting relief to prevent |

| | | |
|---|---|---|
| | | continuing retaliation and defamation by the defendants filed by Roderick MacKleish, Robert Sherman. (Attachments: # 1 Exhibit)(Thomas, David) (Entered: 04/20/2005) |
| 04/20/2005 | 48 | MEMORANDUM in Opposition re 40 MOTION for Summary Judgment *and Plaintiff's Motion to Amend* filed by Roderick MacKleish, Robert Sherman. (Attachments: # 1 Exhibit # 2 Exhibit)(Thomas, David) (Entered: 04/20/2005) |
| 04/20/2005 | 49 | Amendment of Plaintiff's Motion to bring action under the Racketeer Influenced and Corrupt Organizations Act (RICO), filed. (Folan, Karen) (Entered: 04/21/2005) |
| 04/20/2005 | | Judge Robert E. Keeton : Electronic ORDER entered granting 45 Motion for Extension of Time until April 20, 2005 to respond to plaintiffs motions. (Folan, Karen) (Entered: 04/21/2005) |
| 04/21/2005 | 54 | AFFIDAVIT of Martena Fallon. (Folan, Karen) (Entered: 05/03/2005) |
| 04/27/2005 | 50 | Opposition re 39 MOTION requesting relief to prevent continuing retaliation and defamation by the defendants filed by Greater Lynn Mental Health & Retardation Association. (Schenk-Hargrove, Christina) (Entered: 04/27/2005) |
| 04/27/2005 | 51 | MOTION for Entry of Judgment under Rule 54(b) by Eastern Mass Housing Corporation. (Attachments: # 1 Text of Proposed Order) (Schenk-Hargrove, Christina) (Entered: 04/27/2005) |
| 04/27/2005 | 52 | MEMORANDUM in Support re 51 MOTION for Entry of Judgment under Rule 54(b) filed by Eastern Mass Housing Corporation. (Schenk-Hargrove, Christina) (Entered: 04/27/2005) |
| 04/29/2005 | 53 | MEMORANDUM in Opposition re 40 MOTION for Summary Judgment *and* 42 *Motion to Amend Complaint* filed by Greater Lynn Mental Health & Retardation Association. (Schenk-Hargrove, Christina) (Entered: 04/29/2005) |
| 05/04/2005 | 55 | REPLY to Response to Motion re 35 MOTION for Summary Judgment. (Attachments: # 1 Motion for Leave to File Reply)(Schenk-Hargrove, Christina) (Entered: 05/04/2005) |
| 05/04/2005 | 56 | MOTION to Amend *Complaint* by Albert William Bleau, Jr.(Stern, Donald) (Entered: 05/04/2005) |
| 05/04/2005 | 57 | MOTION *Requesting Relief To Prevent Continuing Retaliation and Defamation By The Defendants* by Robert J. Griffin.(Stern, Donald) (Entered: 05/04/2005) |
| 05/04/2005 | 58 | MOTION to Amend by Robert J. Griffin.(Stern, Donald) (Entered: 05/04/2005) |
| 05/06/2005 | 59 | MOTION to Strike 54 Affidavit *of Martena Fallon* by Roderick MacKleish, Robert Sherman.(Jones, Allison) (Entered: 05/06/2005) |
| 05/06/2005 | 60 | RESPONSE to Motion re 56 MOTION to Amend *Complaint* filed by |

| | | | |
|---|---|---|---|
| | | | Roderick MacKleish, Robert Sherman. (Thomas, David) (Entered: 05/06/2005) |
| 05/11/2005 | | ● | Electronic Clerk's Notes for proceedings held before Judge Robert E. Keeton : Motion Hearing held on 5/11/2005 re 37 MOTION for Extension of Time to 03/15/2005 to File Response/Reply *to Plaintiff's Opposition to Motion for Summary Judgment* filed by Greater Lynn Mental Health & Retardation Association,, 38 MOTION for Extension of Time to March 9, 2005 to file response brief filed by Albert William Bleau, Jr., 57 MOTION *Requesting Relief To Prevent Continuing Retaliation and Defamation By The Defendants* filed by Robert J. Griffin,, 51 MOTION for Entry of Judgment under Rule 54(b) filed by Eastern Mass Housing Corporation,, 59 MOTION to Strike 54 Affidavit *of Martena Fallon* filed by Roderick MacKleish,, Robert Sherman,, 32 MOTION to Dismiss filed by Roderick MacKleish,, Robert Sherman,, 39 MOTION requesting relief to prevent continuing retaliation and defamation by the defendants filed by Albert William Bleau, Jr., 33 MOTION for Order to for separate and final judgment filed by Robert J. Griffin,, 40 MOTION for Summary Judgment filed by Albert William Bleau, Jr., 35 MOTION for Summary Judgment filed by Greater Lynn Mental Health & Retardation Association,. Colloquy RE: 37 Motion for Extension of Time to File. REK allows. Colloquy RE: 38 Motion for Extension of Time to File. REK allows. Colloquy RE: 32 Motion to Dismiss filed by Defendants MacKleish and Sherman. Defendants speak. Plaintiff speaks. REK allows 32 Motion to Dismiss, but notes that this order does not constitute a final judgment, because a motion for separate and final judgment is not before him. Colloquy RE: 33 Motion for Entry of Separate and Final Judgment filed by Defendant Griffin. Defendant speaks. Plaintiff speaks. REK denies 33 Motion for Entry of Separate and Final Judgment without prejudice. REK also orders that Defendant Griffin and his counsel need not attend further conferences without notice by the court and that Defendant Griffin is not to be treated as a party to this litigation with respect to discovery. Colloquy RE: 35 Motion for Summary Judgment filed by Defendant GLMHRA. Defendant speaks. Plaintiff speaks. REK allows 35 Motion for Summary Judgment on the basis of the release, noting that this is not a separate and final judgment. Colloquy RE: 39 Plaintiff's Motion. REK denies 39 Plaintiff's Motion because the motion effectively seeks an injunction and no showing justifying such an injunction has been made. Colloquy RE: 40 Plaintiff's Motion for Summary Judgment. REK denies 40 Plaintiff's Motion for Summary Judgment. Colloquy RE: 49 Plaintiff's Motion to Amend 42. REK allows 49 Motion to Amend insofar as it seeks to Amend 42. Colloquy RE: 42 Plaintiff's Motion as amended by 49. REK denies 42 Plaintiff's Motion as amended by 49 as futile. Colloquy RE: 51 Motion for Entry of Separate and Final Judgment filed by Defendant EMHC. Defendant speaks. Plaintiff speaks. REK allows 51 Motion for Entry of Separate and Final Judgment because the entity no longer exists. Colloquy RE: 55 Defendant's Motion for Leave to File. REK allows 55 Motion for Leave to File. Colloquy RE: 59 Motion to Strike filed by Defendants MacKleish and Sherman. Defendant speaks. REK denies 59 |

| | | |
|---|---|---|
| | | Motion to Strike, as moot. Colloquy RE: discovery. REK orders that no discovery shall take place until the next conference. Colloquy RE: scheduling. Conference set for Wednesday, July 6, 2005, at 11:00 a.m. (Court Reporter Marzilli.) (Caffrey) (Entered: 05/11/2005) |
| 05/23/2005 | 61 | TRANSCRIPT of Hearing held on May 11, 2004 before Judge Keeton. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 05/23/2005) |
| 06/03/2005 | 62 | Judge Robert E. Keeton : ORDER entered. MEMORANDUM AND ORDER(Diblasi, Lily) (Entered: 06/03/2005) |
| 06/03/2005 | 63 | Judge Robert E. Keeton : ORDER entered. MEMORANDUM AND OPINION(Diblasi, Lily) (Entered: 06/03/2005) |
| 06/03/2005 | 64 | Judge Robert E. Keeton : ORDER entered. AMENDED MEMORANDUM AND ORDER(Diblasi, Lily) (Entered: 06/03/2005) |
| 06/03/2005 | 65 | Judge Robert E. Keeton : ORDER entered. SEPARATE AND FINAL JUDGMENT in favor of Eastern Massachusetts Housing Corporation against Albert William Bleau Jr.(Diblasi, Lily) (Entered: 06/03/2005) |
| 06/27/2005 | 66 | MOTION for Entry of Judgment under Rule 54(b) by Roderick MacKleish, Robert Sherman. (Attachments: # 1 Text of Proposed Order)(Jones, Allison) (Entered: 06/27/2005) |
| 06/27/2005 | 67 | MEMORANDUM in Support re 66 MOTION for Entry of Judgment under Rule 54(b) filed by Roderick MacKleish, Robert Sherman. (Jones, Allison) (Entered: 06/27/2005) |
| 07/05/2005 | 68 | MOTION to Continue conference and extend time to file response to various motions for final judgment by Albert William Bleau, Jr.(Folan, Karen) (Entered: 07/05/2005) |
| 07/05/2005 | | Judge Robert E. Keeton : Electronic ORDER entered granting 68 Motion to Continue conference and extend time to file response. Conference RESET for JULY 19, 2005 AT 11:00 A.M. (Folan, Karen) (Entered: 07/05/2005) |
| 07/05/2005 | 69 | MOTION for Partial Summary Judgment by Greater Lynn Mental Health & Retardation Association.(Schenk-Hargrove, Christina) (Entered: 07/05/2005) |
| 07/05/2005 | 70 | MEMORANDUM in Support re 69 MOTION for Partial Summary Judgment filed by Greater Lynn Mental Health & Retardation Association. (Attachments: # 1 Affidavit of Tucker)(Schenk-Hargrove, Christina) (Entered: 07/05/2005) |
| 07/19/2005 | | Clerk's Notes for proceedings held before Judge Robert E. Keeton : Case Management Conference held on 7/19/2005. (Court Reporter Cloonan.) Plaintiff is not present. Colloquy re rescheduling: Conference reset for Wednesday, July 27, 2005, at 2:15 pm. (Leen) (Entered: 07/19/2005) |

| | | |
|---|---|---|
| 07/19/2005 | | ELECTRONIC Notice Resetting Hearing. Hearing rescheduled : Conference of July 19, 2005 rescheduled to: Wednesday, July 27, 2005 at 2:15 p.m. (Folan, Karen) (Entered: 07/19/2005) |
| 07/20/2005 | 71 | Opposition re 66 MOTION for Entry of Judgment under Rule 54(b) filed by Albert William Bleau, Jr. (Folan, Karen) (Entered: 07/25/2005) |
| 07/20/2005 | 72 | AFFIDAVIT of Albert W. Bleau Jr.. (Folan, Karen) (Entered: 07/25/2005) |
| 07/20/2005 | 73 | Opposition re 69 MOTION for Partial Summary Judgment filed by Albert William Bleau, Jr. (Folan, Karen) (Entered: 07/25/2005) |
| 07/20/2005 | 74 | AFFIDAVIT of Albert W. Bleau Jr. re 73 Opposition to Motion. (Folan, Karen) (Entered: 07/25/2005) |
| 07/27/2005 | 75 | REPLY to Response to Motion re 69 MOTION for Partial Summary Judgment filed by Greater Lynn Mental Health & Retardation Association. (Schenk-Hargrove, Christina) (Entered: 07/27/2005) |
| 07/27/2005 | | Clerk's Notes for proceedings held before Judge Robert E. Keeton : Case Management Conference held on 7/27/2005. (Court Reporter Joyce.) Colloquy re form of plaintiff's opposition filings: Court would appreciate it if objections be filed as objections not motions. Court orders that term motion be striken from the caption of docket numbers 71 and 73 and replaced with the term objection. Colloquy re docket number 66: Court explains that it has an independent obligation to avoid duplicative appeals and unnecessary delays and not to act foolishly. Court allows counsel for MacKleish and Sherman to present argument: counsel speaks; plaintiff speaks. Court denies motion (docket no. 66) but orders that MacKleish, Sherman, and their counsel do not need to attend future conferences without notice by the court, and that MacKleish and Sherman are not to be treated as parties to the case for purposes of discovery without prior notice and opportunity to be heard being offered by the court. Court explains that the same is true for trial purposes. Colloquy re docket number 69: GLMHRA's counsel speaks. Court denies motion (docket number 69) and indicates that it cannot allow this motion at this time. Colloquy re severence agreement. Colloquy re contract claim: Plaintiff submits copy of severance agreement to the court. Court finds that stipulation by counsel for GLMHRA that letter was not sent is a prima facie breach of contract. Defendant has leave to argue that plaintiff breached the contract first. Court orders that discovery commence on all remaining issues. Colloquy re scheduling: Close of discovery is on July 31, 2006; final pre-trial conference is on October 11, 2006, at 11:00 a.m. Parties may file motions before this time and the court will set matters for hearing.(Leen) (Entered: 07/27/2005) |
| 08/02/2005 | 76 | Judge Robert E. Keeton : MEMORANDUM AND ORDER entered denying 66 Motion for Entry of Judgment under Rule 54(b), denying 69 Motion for Partial Summary Judgment. "...Discovery is to proceed on all remaining claims according to the timetable established during the July 27, 2005, hearing." (Folan, Karen) (Entered: 08/03/2005) |

| | | |
|---|---|---|
| 08/09/2005 | 77 | MOTION to Dismiss *Claim for Breach of Contract or*, MOTION for Partial Summary Judgment by Greater Lynn Mental Health & Retardation Association.(Cole, Garrick) (Entered: 08/09/2005) |
| 08/09/2005 | 78 | MEMORANDUM in Support re 77 MOTION to Dismiss *Claim for Breach of Contract or* MOTION for Partial Summary Judgment filed by Greater Lynn Mental Health & Retardation Association. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(Cole, Garrick) (Entered: 08/09/2005) |
| 08/09/2005 | 79 | STATEMENT of facts re 77 MOTION to Dismiss *Claim for Breach of Contract or* MOTION for Partial Summary Judgment. (Cole, Garrick) (Entered: 08/09/2005) |
| 08/29/2005 | 80 | Objection to motion to dismiss and for partial summary judgment and Plaintiff's MOTION for Summary Judgment by Albert William Bleau, Jr. (Folan, Karen) (Entered: 08/31/2005) |
| 08/29/2005 | 81 | MEMORANDUM in Support re 80 Plaintiff's MOTION for Summary Judgment and Memorandum objecting to 77 Greater Lynn's Motion to dismiss filed by Albert William Bleau, Jr. (Folan, Karen) (Entered: 08/31/2005) |
| 08/29/2005 | 82 | Objection to 79 Statement of facts by Albert William Bleau, Jr. and Plaintiffs Local Rule 56.1 statement in support of his motion for summary judgment and for discovery (Attachments: # 1 Exhibits)(Folan, Karen) (Entered: 08/31/2005) |
| 09/19/2005 | 83 | TRANSCRIPT of Hearing held on July 27, 2005 before Judge Keeton. Court Reporter: Debra M. Joyce. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-4410 or the Clerk's Office. (Scalfani, Deborah) (Entered: 09/20/2005) |
| 09/23/2005 | 84 | NOTICE of Withdrawal of Appearance by Allison K. Jones (Jones, Allison) (Entered: 09/23/2005) |
| 09/28/2005 | 85 | NOTICE of Appearance by Salo L. Zelermyer on behalf of Roderick MacKleish, Robert Sherman (Zelermyer, Salo) (Entered: 09/28/2005) |
| 10/04/2005 | 86 | Amendment to plaintiff's objection to defendant Greater Lynn Mental Health and Retardation Association, Inc. Motion of August 9, 2005 to dismiss plaintiff's breach of contract claim or for partial summary judgment and plaintiff Albert W. Bleau Jr. Motion for summary judgment of breach of contract claim and to continue and expand discovery to include damages and rescission, filed.(Folan, Karen) (Entered: 10/11/2005) |
| 10/04/2005 | 87 | AFFIDAVIT by Albert William Bleau, Jr. (Folan, Karen) (Entered: 10/11/2005) |
| 10/04/2005 | 88 | AMENDED MEMORANDUM by Albert William Bleau, Jr. (Folan, Karen) (Entered: 10/11/2005) |

| | | |
|---|---|---|
| 10/04/2005 | [89](#) | Additional Local Rule 56.1 STATEMENT of Material facts filed by plaintiff. (Folan, Karen) (Entered: 10/11/2005) |
| 10/11/2005 | [90](#) | Additional Local Rule 56.1 STATEMENT of material facts. (Attachments: # 1 Exhibits)(Folan, Karen) (Entered: 10/14/2005) |
| 10/11/2005 | [91](#) | Additional Amendment to plaintiffs objection to motion to dismiss by Albert William Bleau, Jr. (Folan, Karen) (Entered: 10/14/2005) |
| 10/11/2005 | [92](#) | Amended MEMORANDUM in Opposition re 77 MOTION to Dismiss *Claim for Breach of Contract or* MOTION for Partial Summary Judgment filed by Albert William Bleau, Jr. (Folan, Karen) (Entered: 10/14/2005) |
| 10/25/2005 | [93](#) | Judge Robert E. Keeton : MEMORANDUM AND ORDER entered granting in part and denying in part 77 Motion to Dismiss or for Partial Summary Judgment, granting in part and denying in part 80 Motion for Summary Judgment. (Folan, Karen) (Entered: 10/25/2005) |
| 11/23/2005 | [94](#) | MOTION to expand discovery to include all present and past board members and relevant sub-contractors and senior managers of the former Eastern Mass Housing corporation and Greater Lynn Mental Health and retardation Association now named Bridgewell, Inc. by Albert William Bleau, Jr.(Folan, Karen) (Entered: 11/28/2005) |
| 11/23/2005 | [95](#) | AFFIDAVIT of Albert Bleau re 94 MOTION to expand discovery to include all present and past board members and relevant sub-contractors and senior managers of the former Eastern Mass Housing corporation and Greater Lynn Mental Health and retardation Association now named Bridgewell, In. (Folan, Karen) (Entered: 11/28/2005) |
| 12/16/2005 | [96](#) | Joint MOTION for Discovery *Postpone Consideration of Bleau's Discovery Motion* by Greater Lynn Mental Health & Retardation Association.(Schenk-Hargrove, Christina) (Entered: 12/16/2005) |
| 12/19/2005 | | E-Mail Notice returned as undeliverable. Name of Addressee: Allison Jones. The Clerk's Office contacted Greenberg Taurig, which advised that this attorney is no longer with that firm. Further review found that the attorney's e-mail address was updated in the system, but not for this docket. That has been repaired, and the notice resent to the appropriate e-mail address. (Hurley, Virginia) (Entered: 12/19/2005) |
| 12/21/2005 | | Judge Robert E. Keeton : Electronic ORDER entered granting 96 Joint Motion to postpone consideration of plaintiff's motion to expand Discovery. (Folan, Karen) (Entered: 12/21/2005) |
| 12/27/2005 | [97](#) | MOTION for Reconsideration re 93 Memorandum and Order and An Amended motion for summary judgment by Albert William Bleau, Jr. (Folan, Karen) (Entered: 12/28/2005) |
| 12/27/2005 | [98](#) | MEMORANDUM in Support re 97 MOTION for Reconsideration re 93 Order on Motion to Dismiss, Order on Motion for Partial Summary Judgment, Order on Motion for Summary Judgment filed by Albert William Bleau, Jr. (Folan, Karen) (Entered: 12/28/2005) |

| | | |
|---|---|---|
| 01/06/2006 | 99 | MOTION for an injunction to restrict the sale transfer, mortgaging or pledging of certain assets of defendant Greater Lynn Mental Health & Retardation Association Inc. now known and doing business as Bridgewell, Inc. of 471 Broadway, Lynnfield, Massachusetts and for the appointment of a receiver by Albert William Bleau, Jr. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Folan, Karen) (Entered: 01/11/2006) |
| 01/06/2006 | 100 | MOTION to Order GLMHRA now doing business as Bridgwell, Inc. to reestablish the EMHC as a charitable corporation and to reappoint their board of January 1, 2000 with the exception of Samuel Vitali by Albert William Bleau, Jr.(Folan, Karen) (Entered: 01/11/2006) |
| 01/06/2006 | 101 | MOTION to bar the defendants, their associates and certain past and current board members of the EMHC and GLMHRA now doing business as Bridgewell, Inc. from serving on any 501 C3 or C4 non-profit corporation or foundation by Albert William Bleau, Jr.(Folan, Karen) (Entered: 01/11/2006) |
| 01/06/2006 | 102 | MEMORANDUM in Support re 99 MOTION for an injunction to restrict the sale transfer, mortgaging or pledging of certain assets of defendant Greater Lynn Mental Health & Retardation Association Inc. now known and doing business as Bridgewell, Inc. of 471 Broadway, Lynnfield, Massach, 100 MOTION for Order to GLMHRA now doing business as Bridgwell, Inc. to reestablish the EMHC as a charitable corporation and to reappoint their board of January 1, 2000 with the exception of Samuel Vitali, 101 MOTION to bar the defendants, their associates and certain past and current board members of the EMHC and GLMHRA now doing business as Bridgewell, Inc. from serving on any 501 C3 or C4 non-profit corporation or foundation filed by Albert William Bleau, Jr. (Folan, Karen) (Entered: 01/11/2006) |
| 01/10/2006 | 103 | Additional information and attachments referenced in his memorandum of December 27, 2005 and in plaintiff's memorandum of January 6, 2006, filed by Albert Bleau. (Attachments: # 1 Exhibit) (Folan, Karen) (Entered: 01/18/2006) |
| 01/20/2006 | 104 | MOTION to Correct *Corporate Name* by Greater Lynn Mental Health & Retardation Association. (Attachments: # 1 Exhibit Articles of Amendment)(Schenk-Hargrove, Christina) (Entered: 01/20/2006) |
| 01/20/2006 | 105 | Opposition re 97 MOTION for Reconsideration re 93 Order on Motion to Dismiss, Order on Motion for Partial Summary Judgment, Order on Motion for Summary Judgment filed by Greater Lynn Mental Health & Retardation Association. (Schenk-Hargrove, Christina) (Entered: 01/20/2006) |
| 01/31/2006 | | Motions terminated: 94 MOTION to expand discovery to include all present and past board members and relevant sub-contractors and senior managers of the former Eastern Mass Housing corporation and Greater Lynn Mental Health and retardation Association now named Bridgewell, In filed by Albert William Bleau, Jr. (Filo, Jennifer) (Entered: 01/31/2006) |

| 02/02/2006 | 106 | JOINT SUBMISSION pursuant to Local Rule 16.1 by Greater Lynn Mental Health & Retardation Association. (Attachments: # 1 Exhibit Settlement Demand)(Schenk-Hargrove, Christina) (Entered: 02/02/2006) |
|---|---|---|
| 02/03/2006 | 107 | MOTION for Protective Order by Greater Lynn Mental Health & Retardation Association.(Schenk-Hargrove, Christina) (Entered: 02/03/2006) |
| 02/03/2006 | 108 | MEMORANDUM in Opposition re 94 MOTION to expand discovery to include all present and past board members and relevant sub-contractors and senior managers of the former Eastern Mass Housing corporation and Greater Lynn Mental Health and retardation Association now named Bridgewell, In, 107 MOTION for Protective Order *(In Support Of)* filed by Greater Lynn Mental Health & Retardation Association. (Schenk-Hargrove, Christina) (Entered: 02/03/2006) |
| 02/07/2006 | 110 | Document disclosure by Albert William Bleau, Jr.(Filo, Jennifer) (Entered: 02/22/2006) |
| 02/07/2006 | 111 | REPLY to Response to Motion re 99 MOTION for an injunction to restrict the sale transfer, mortgaging or pledging of certain assets of defendant Greater Lynn Mental Health & Retardation Association Inc. now known and doing business as Bridgewell, Inc. of 471 Broadway, Lynnfield, Massach, 100 MOTION for Order to GLMHRA now doing business as Bridgwell, Inc. to reestablish the EMHC as a charitable corporation and to reappoint their board of January 1, 2000 with the exception of Samuel Vitali, 101 MOTION to bar the defendants, their associates and certain past and current board members of the EMHC and GLMHRA now doing business as Bridgewell, Inc. from serving on any 501 C3 or C4 non-profit corporation or foundation filed by Albert William Bleau, Jr. (Filo, Jennifer) (Entered: 02/22/2006) |
| 02/07/2006 | 112 | Additional Proposal for Settlement Pursuant to Federal Rules of Civil Procedure by Albert William Bleau, Jr (Filo, Jennifer) Additional attachment(s) added on 2/22/2006 (Filo, Jennifer). (Entered: 02/22/2006) |
| 02/08/2006 |  | Judge Robert E. Keeton: Electronic ORDER entered denying 97 Motion for Reconsideration, denying 99 Motion for an Injunction to restrict the sale, transfer, mortgaging or pledging of certain assets, denying 100 Motion to Order GLMHRA now doing business as Bridgewell, Inc. to Reestablish the EMHC as a Charitable Corporation and to Reappoint their Board of January 1, 200, denying 101 Motion to bar the defendants, granting 104 Motion to correct name. (Filo, Jennifer) (Entered: 02/08/2006) |
| 02/08/2006 | 109 | Senior Judge Robert E. Keeton: MEMORANDUM AND ORDER entered.(Filo, Jennifer) (Entered: 02/08/2006) |
| 02/16/2006 | 113 | Plaintiff's Motion Opposing Defendant's Motion to Plaintiff's Motion for Leave to Conduct additional Discovery and Defendant's Cross-Motion for a Protective Order and Plaintiff's Motion Clarifying Plaintiffs' Motion for Discovery by Albert William Bleau, Jr. (Filo, Jennifer) (Entered: 02/24/2006) |

| | | |
|---|---|---|
| 02/16/2006 | 114 | MEMORANDUM OF LAW by Albert William Bleau, Jr in support 113 Plaintiff's Motion Opposing Defendant's Motion to Plaintiff's Motion for Leave to Conduct additional Discovery and Defendant's Cross-Motion for a Protective Order and Plaintiff's Motion Clarifying Plaintiffs' Motion for Discovery. (Filo, Jennifer) (Entered: 02/24/2006) |
| 02/17/2006 | 115 | Correction of Plaintiff's Memorandum of February 16, 2006 and Request for Electronic Filing by Albert William Bleau, Jr. (Filo, Jennifer) Additional attachment(s) added on 2/28/2006 (Filo, Jennifer). (Entered: 02/24/2006) |
| 02/22/2006 | 116 | MOTION for Reconsideration re 109 Memorandum & ORDER by Albert William Bleau, Jr. (Attachments: # 1 Exhibit)(Filo, Jennifer) (Entered: 02/24/2006) |
| 03/07/2006 | 117 | Opposition re 116 MOTION for Reconsideration re 109 Memorandum & ORDER filed by Bridgewell, Inc.. (Cole, Garrick) (Entered: 03/07/2006) |
| 03/10/2006 | 118 | MOTION to Delay Trial for Sixty Days to December 8, 2006 to Allow Two additional months for discovery by Albert William Bleau, Jr.(Filo, Jennifer) (Entered: 03/16/2006) |
| 03/10/2006 | 119 | Additional Document disclosure by Albert William Bleau, Jr.(Filo, Jennifer) (Entered: 03/16/2006) |
| 03/10/2006 | 120 | Documents Requested from Bridgewell, Inc. (Greater Lynn Mental Health & Retardation Association, Inc. & Eastern Massachusetts Housing Corporation), Pursuant to Rule 34, Federal Rules of Civil Procedure by Albert William Bleau, Jr.(Filo, Jennifer) (Entered: 03/16/2006) |
| 03/27/2006 | | Reopen Document 94 MOTION to expand discovery to include all present and past board members and relevant sub-contractors and senior managers of the former Eastern Mass Housing corporation and Greater Lynn Mental Health and retardation Association now named Bridgewell, In (Filo, Jennifer) (Entered: 03/27/2006) |
| 03/29/2006 | | Senior Judge Robert E. Keeton: Electronic ORDER entered granting 118 Motion to Delay Trial for Sixty Days to December 8, 2006 to Allow Two Additional Months for Discovery. (Filo, Jennifer) (Entered: 03/29/2006) |
| 03/29/2006 | 121 | MOTION for Extension of Time to File an Appeal of the February 8, 2006 Order of the Court by Albert William Bleau, Jr. (Attachments: # 1 Exhibit)(Filo, Jennifer) (Entered: 04/05/2006) |
| 03/31/2006 | 122 | NOTICE of Correction by Albert William Bleau, Jr re 121 MOTION for Extension of Time to File an Appeal. (Filo, Jennifer) (Entered: 04/05/2006) |
| 04/06/2006 | | Senior Judge Robert E. Keeton: Electronic ORDER entered denying 94 Motion to expand discovery to include all present and past board members and relevant sub-contractors and senior managers of the former Eastern Mass Housing corporation and Greater Lynn Mental Health and retardation Association now named Bridgewell, Inc, denying 107 Motion for Protective Order, denying 116 Motion for Reconsideration (Filo, |

| | | |
|---|---|---|
| | | Jennifer) (Entered: 04/06/2006) |
| 04/06/2006 | 123 | Senior Judge Robert E. Keeton: ORDER entered;MEMORANDUM AND ORDER.(Filo, Jennifer) (Entered: 04/06/2006) |
| 05/17/2006 | | Senior Judge Robert E. Keeton: Electronic ORDER entered granting 121 Plaintiff's Motion for Extension of Time to File an Appeal. (Filo, Jennifer) (Entered: 05/18/2006) |
| 05/30/2006 | 124 | NOTICE OF APPEAL as to 109 Memorandum & ORDER by Albert William Bleau, Jr. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/19/2006. (Folan, Karen) (Entered: 06/01/2006) |
| 05/30/2006 | 125 | Certification of Transcript Rule 10.(b)(1)(B), filed by plaintiff. (Folan, Karen) (Entered: 06/01/2006) |
| 05/30/2006 | 126 | MOTION for a Stay of the Court's February 8, 2006 Order pursuant to Federal Rule 8(a)(1)(A) filed by Albert William Bleau, Jr.(Folan, Karen) (Entered: 06/01/2006) |
| 05/30/2006 | 127 | MOTION for Leave to Appeal in forma pauperis by Albert William Bleau, Jr.(Folan, Karen) (Entered: 06/01/2006) |
| 05/30/2006 | 128 | Issues for appeal and identification of the record for appeal, filed by plaintiff. (Folan, Karen) (Entered: 06/01/2006) |
| 06/15/2006 | | ELECTRONIC NOTICE of Reassignment. Judge William G. Young added. Judge Robert E. Keeton no longer assigned to case. From this date forward the case number on all pleadings should be followed by the initials WGY. (Folan, Karen) (Entered: 06/15/2006) |
| 06/15/2006 | | ELECTRONIC NOTICE of Hearing : Scheduling Conference set for 7/6/2006 02:00 PM in Courtroom 18 before Judge William G. Young. (Smith, Bonnie) (Entered: 06/15/2006) |