UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
ALBERT WILLIAM BLEAU, JR.,           )
        Plaintiff                    )
                                    )          CIVIL ACTION
v.                                   )          NO. 04-10469-WGY
                                    )
BRIDGEWELL, INC., et al,             )
        Defendants                   )
_____)


**NOTICE OF APPEARANCE**

    I, William T. Harrington, hereby file my appearance on behalf of defendant Bridgewell, Inc.


    Respectfully submitted,


    /s/ William T. Harrington
    William T. Harrington (BBO No 564445)
    Glynn, Landry, Harrington, & Rice, LLP
    10 Forbes Road, Suite 270
    Braintree, MA 02184
    (781) 356-1749

Dated: July 12, 2006


CERTIFICATE OF SERVICE

    I, William T. Harrington, hereby certify that, on July 12, 2006, I filed this document with the Court electronically via the Court's CM/ECF system and that I served a copy of this documents upon each counsel and party who has appeared in the action but who has not signed up to received electronic notice, serving a copy by first class mail.


    /s/ William T. Harrington
    William T. Harrington