UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERT WILLIAM BLEAU, JR., )<br>Plaintiff )<br> )<br>v. )<br> )<br>BRIDGEWELL, INC., et al, )<br>Defendants )<br> ) | CIVIL ACTION<br>NO. 04-10469-WGY |

### NOTICE OF APPEARANCE

I, Edward P. Harrington, hereby file my appearance on behalf of defendant Bridgewell, Inc.

Respectfully submitted,

*/s/ Edward P. Harrington*
Edward P. Harrington (BBO No. 559482)
8 Winter Street, 12th Floor
Boston, MA 02108
(617) 423-5959

Dated: July 12, 2006

### CERTIFICATE OF SERVICE

I, Edward P. Harrington, hereby certify that, on July 12, 2006, I filed this document with the Court electronically via the Court's CM/ECF system and that I served a copy of this documents upon each counsel and party who has appeared in the action but who has not signed up to receive electronic notice, serving a copy by first class mail.

*/s/ Edward P. Harrington*
Edward P. Harrington