# United States Court of Appeals
## For the First Circuit

No. 06-1936

ALBERT WILLIAM BLEAU, JR.,

Plaintiff, Appellant,

v.

BRIDGEWELL, INC. et al.,

Defendants, Appellees,

EASTERN MASS HOUSING CORPORATION,

Defendant.

Before

Torruella, Selya, and Howard, Circuit Judges.

JUDGMENT

Entered: September 29, 2006

We reject plaintiff's argument that the orders denying reconsideration of the October 25, 2005 partial grant and partial denial of summary judgment or the restrictions on discovery are immediately appealable either under 28 U.S.C. § 1292(a)(1) or the collateral order doctrine. If there were any errors in either of those regards, correction must wait until all claims against all parties have been finally adjudicated.

Appeal dismissed, without prejudice for want of appellate jurisdiction.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

/s/ Deputy Clerk

Date: 10/26/06

By the Court:
Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____
    Chief Deputy Clerk.

[cc: Albert William Bleau, Jr., Garrick F. Cole, Esq., Christina M. Schenk-Hargrove, Esq., William T. Harrington, Esq., Edward P. Harrington, Esq., Allison K. Jones, Esq., David G. Thomas, Esq., Salo L. Zelermyer, Esq., Donald K. Stern, ESq.]