UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Albert William Bleau Jr.

    Plaintiff

Vs.                                        Civil Action
                                            No. 04 – 10469WGY

Bridgewell, Inc. (Greater Lynn Mental Health
& Retardation Association), et al,

    Defendants

## Motion To Sanction Defendant Bridgewell, Inc.

    Pursuant to Rule 37.1, the Plaintiff respectively requests that this honorable court sanction defendant Bridgewell, Inc. for refusing to comply with the original time lines in the discovery plan of January 6, 2006; for refusing to allow the plaintiff access to their premises to copy files pursuant to Rule 34 and for refusing to meet with the plaintiff to develop a new discovery plan pursuant to Rule 26.

    The plaintiff requests sanctions to include what the court considers just including payment to the plaintiff for lost work and expense, summary judgment on all plaintiff's claims for ADA, Defamation and Breach of Contract and or restricted discovery and timelines applied to the defendant.

    The plaintiff relies on the record and plaintiff's motion for reconsideration of November 30, 2006 with its accompanying attachments.

    The plaintiff requests a hearing to present and discuss this motion.

1

For the fore mentioned facts and arguments the plaintiff respectfully requests that this motion be granted.

Dated: November 29, 2006

          Respectfully submitted,

*[signature]*

Albert W. Bleau Jr.
505 Paradise Rd. #208
Swampscott, MA 01907
(781) 962-2662

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon all counsel of record by First Class Mail on November 30, 2006.

*[signature]*
Albert W. Bleau Jr.

Garrick Cole
Smith & Duggan LLP
Two Center Plaza
Boston, MA 02108-1906
(617) 248-1900

Donald K. Stern
Bingham McCutchen LLP
150 Federal St.
Boston, MA 02110
(617) 951-8250

Salo Zelemeyer
Greenberg Traurig, LLP
One International Place, 20th floor
Boston, MA 02110

William T. Harrington
Glynn, Landry, Harrington,
& Rice, LLP
10 Forbes Rd.,
Suite 270
Braintree, MA 02184

2