UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Albert William Bleau Jr.　　　　　　　　　:

　　Plaintiff　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　Vs.　　　　　　　　　　　　　　　　　:　　Civil Action
　　　　　　　　　　　　　　　　　　　　　:　　No. 04 – 10469WGY
　　　　　　　　　　　　　　　　　　　　　:

Bridgewell, Inc. (Greater Lynn Mental Health　　:
& Retardation Association), et al,

　　Defendants

## Motion To Delay Trial for Ninety Days To Allow Additional Time For Discovery

　　The Plaintiff respectively requests that this honorable court delay trial for ninety days to allow additional time for discovery.

　　The plaintiff relies on his November 29, 2006 motion for reconsideration with its accompanying attachments as well as plaintiff's motion of May 30, 2006 and its accompanying arguments and facts.

　　1. Additionally, the plaintiff has planned a vacation to his wife's homeland in Europe during the upcoming holidays from December 19, 2006 to January 5, 2007. Plaintiff's wife has not been home for the holidays for over ten years and this trip has been planned for over a year and the tickets have been purchased. See attached itinerary.

　　2. The plaintiff will have limited opportunity to conduct discovery during the

1

next sixty days due to demands from his work to perform extra hours of consultation and reports to compensate for the vacation time off.

    3.  The plaintiff is a pro se plaintiff and the discovery process is complicated and unknown to the plaintiff and the plaintiff has received limited cooperation from the defendants. Federal Rules for written questions allow the defendant fourteen days to respond and the plaintiff an additional seven days to respond and this does not include expected court challenges from the defendant.

    4.  The Attorney General has sixty days to respond to the subpoena and the plaintiff expects various challenges from his office.

    5.  Three of the individuals critical to the plaintiff's claim for Defamation reside in Northern Maine and one resides in New Hampshire.

    6.  The plaintiff has no resources to pay for discovery and needs to rely on earned income as the discovery process goes forward to pay for the costs of depositions. The plaintiff has no knowledge of the written question and deposition process or how to serve a federal subpoena in Maine.

    For the fore mentioned facts and arguments the plaintiff respectfully requests that this motion be granted.

Dated:  November 29, 2006                        Respectfully submitted,

                                                        Albert W. Bleau Jr.
                                                        505 Paradise Rd. #208
                                                        Swampscott, MA 01907
                                                        (781) 962-2662

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon all counsel of record by First Class Mail on November 30, 2006.

_Albert W. Bleau Jr._

Garrick Cole
Smith & Duggan LLP
Two Center Plaza
Boston, MA 02108-1906
(617) 248-1900

Donald K. Stern
Bingham McCutchen LLP
150 Federal St.
Boston, MA 02110
(617) 951-8250

Salo Zelemeyer
Greenberg Traurig, LLP
One International Place, 20th floor
Boston, MA 02110

William T. Harrington
Glynn, Landry, Harrington,
& Rice, LLP
10 Forbes Rd.,
Suite 270
Braintree, MA 02184