UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Albert William Bleau Jr.                    :

    Plaintiff                              :
                                             :

    Vs.                                    :       Civil Action
                                                      No. 04 – 10469WGY
                                           :

Bridgewell, Inc. (Greater Lynn Mental Health       :
& Retardation Association), et al,

    Defendants

## ATTACHMENTS

## TO

## Motion To Reconsider Court's Order Supporting Defendant's Motion to Compel Plaintiff's Deposition On December 13, 2006

1. Plaintiff's motion to continue discovery and for sanctions dated: May 30, 2006

2. Plaintiff's November 16, 2006 letter requesting a meeting to develop a joint discovery plan.

3. Joint Discovery proposal dated January 6, 2006.

4. Plaintiff's motion of March 10, 2006 requesting a sixty day extension for discovery and the order of the court granting the motion dated: May 17, 2006

5. Defendant's correspondences from January 25 through July 25, 2006, a total of thirteen correspondences.

6. Chronology of Discovery Motions, Orders and related motions and orders

7. District Court Order of July 19, 2006 to postpone discovery during the appeal process