*A̶ ⅱ a̶ c̶ h̶.h̶l̶.*
*Ⅱ*

Albert W. Bleau Jr.
505 Paradise Rd. #208
Swampscott, MA 01907
781 962-2662
Deadalus@peoplepc.com

November 11, 2006

William T. Harrington
Glen, Landry, Harrington & Rice LLP
10 Forbes Rd.
Suite 270
Braintree, MA 02184

Dear Mr. Harrington,

I received your telephone call on November 9, 2007 requesting a time for my deposition. You are new to this case and perhaps a review of discovery would be helpful.

You seem to be putting the cart ahead of the horse. I think it is important that we meet to develop a new time table for discovery. Depositions should follow all receipts of documents and resolution of any motions to compel or Orders and following your response to my Interrogatories. Then a plan for depositions, written questions should take place between the parties. I expect to depose Defendants Griffin, Sherman and MacKleish, past prospective employers and numerous past employees and board members prior to scheduling my deposition and the deposition of current board members and employees.

Our prior plan was not sufficient since Bridgewell took almost sixty days, versus the fourteen days, that was agreed to respond to my request for documents and then submitted only a partial submission. Actually, they sent me their Interrogatories prior to the documents in violation of our agreed plan. I honored their request for documents a full month before they had honored my request.

Bridgewell's auditor refused to furnish me with any information without Bridgewell's consent and Bridgewell has not given them consent or the addresses of former auditors James Mecone and John Sanella. Defendants Griffin and MacKleish have indicated that they will not comply with any of my requests and a motion to compel will be necessary. This is also the case for the Attorney General's Office.

Discovery was put on hold during the appeal and prior to the appeal the only discovery completed was a partial submission by Bridgewell of my request for

1

documents, my submission of your requests for documents and my response to your Interrogatory that still has some news articles that need to be submitted.

I am available Friday morning or early afternoon on November 17, 2006 to meet at the offices of Garrick Cole. Please contact me to confirm a time to meet.

I certify that a copy of this correspondence was mailed to the following individuals on November 13, 2006:

Garrick Cole
Smith & Duggan LLP
Two Center Plaza
Boston, MA 02108-1906
(617) 248-1900

Donald K. Stern
Bingham McCutchen LLP
101 Federal St.
Boston, MA 02110-1726
(617) 951-8250

Salo Zelemeyer
Greenberg Traurig, LLP
One International Place, 20th floor
Boston, MA 02110

William T. Harrington
Glynn, Landry, Harrington,
 & Rice, LLP
10 Forbes Rd.,
Suite 270
Braintree, MA 02184

Respectfully,

Albert W. Bleau Jr.