*Attachments I*

# SMITH & DUGGAN LLP
### ATTORNEYS AT LAW

TWO CENTER PLAZA
SIXTH FLOOR
BOSTON, MA 02108-1906
TEL 617.228.4400
FAX 617.248.9320

CHRISTINA SCHENK-HARGROVE
CSchenkHargrove@SmithDuggan.com
DIRECT DIAL: 617.228.4409
BOSTON OFFICE

LINCOLN NORTH
55 OLD BEDFORD ROAD
LINCOLN, MA 01773-1125
TEL 617.228.4400
FAX 781.259.1112

25 January 2006

Albert W. Bleau, Jr.
505 Paradise Road
Apt. 208
Swampscott, MA 01907

Re: Albert William Bleau, Jr.
vs. Greater Lynn Mental Health
    & Retardation Association et al
    Civil Action No. 04-10469REK

Dear Mr. Bleau:

Enclosed please find copies of two motions recently filed with the Court.

Sincerely,

Christina Schenk-Hargrove

Enclosures

# SMITH & DUGGAN LLP
### ATTORNEYS AT LAW

TWO CENTER PLAZA
SIXTH FLOOR
BOSTON, MA 02108-1906
TEL 617.228.4400
FAX 617.248.9320

CHRISTINA SCHENK-HARGROVE
CSchenkHargrove@SmithDuggan.com
DIRECT DIAL: 617.228.4409
BOSTON OFFICE

LINCOLN NORTH
55 OLD BEDFORD ROAD
LINCOLN, MA 01773-1125
TEL 617.228.4400
FAX 781.259.1112

27 January 2006

*By Facsimile and First Class Mail*

Albert W. Bleau, Jr.
505 Paradise Road
Apt. 208
Swampscott, MA 01907

> Re: Albert William Bleau, Jr.
> vs. Greater Lynn Mental Health
>     & Retardation Association et al
>     Civil Action No. 04-10469REK

Dear Mr. Bleau:

Enclosed please find a copy of the joint discovery plan, which we discussed at our meeting on January 6, 2006. Please let me know if you think this is accurate, and I will file it immediately.

Thank you for your attention to this matter.

Sincerely,

Christina Schenk-Hargrove

Enclosure

# SMITH & DUGGAN LLP
### ATTORNEYS AT LAW

TWO CENTER PLAZA
SIXTH FLOOR
BOSTON, MA 02108-1906
TEL 617.228.4400
FAX 617.248.9320

CHRISTINA SCHENK-HARGROVE
CSchenkHargrove@SmithDuggan.com
DIRECT DIAL: 617.228.4409
BOSTON OFFICE

LINCOLN NORTH
55 OLD BEDFORD ROAD
LINCOLN, MA 01773-1125
TEL 617.228.4400
FAX 781.259.1112

30 January 2006

Albert W. Bleau, Jr.
505 Paradise Road
Apt. 208
Swampscott, MA 01907

Re: Albert William Bleau, Jr.
vs. Greater Lynn Mental Health
   & Retardation Association et al
   Civil Action No. 04-10469REK

Dear Mr. Bleau:

This letter is in response to your settlement demand made during our discovery conference on 6 January. We have conveyed your demand to our client and are instructed not to pursue settlement discussions on those terms.

Sincerely,

Christina Schenk-Hargrove

# SMITH & DUGGAN LLP
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| TWO CENTER PLAZA<br>SIXTH FLOOR<br>BOSTON, MA 02108-1906<br>TEL 617.228.4400<br>FAX 617.248.9320 | CHRISTINA SCHENK-HARGROVE<br>CSchenkHargrove@SmithDuggan.com<br>DIRECT DIAL: 617.228.4409<br>BOSTON OFFICE | LINCOLN NORTH<br>55 OLD BEDFORD ROAD<br>LINCOLN, MA 01773-1125<br>TEL 617.228.4400<br>FAX 781.259.1112 |

3 February 2006

Albert W. Bleau, Jr.
505 Paradise Road
Apt. 208
Swampscott, MA 01907

    Re: Albert William Bleau, Jr.
    vs. Greater Lynn Mental Health
        & Retardation Association et al
        <u>Civil Action No. 04-10469REK</u>

Dear Mr. Bleau:

Enclosed please find copies of Bridgewell's opposition to your motion for additional discovery and motion for a protective order, filed with the Court today.

Sincerely,

*Christina Schenk-Hargrove*
Christina Schenk-Hargrove

Enclosures

# SMITH & DUGGAN LLP
### ATTORNEYS AT LAW

TWO CENTER PLAZA
SIXTH FLOOR
BOSTON, MA 02108-1906
TEL 617.228.4400
FAX 617.248.9320

CHRISTINA SCHENK-HARGROVE
CSchenkHargrove@SmithDuggan.com
DIRECT DIAL: 617.228.4409
BOSTON OFFICE

LINCOLN NORTH
55 OLD BEDFORD ROAD
LINCOLN, MA 01773-1125
TEL 617.228.4400
FAX 781.259.1112

2 March 2006

Albert W. Bleau, Jr.
505 Paradise Road
Apt. 208
Swampscott, MA 01907

Re: Albert William Bleau, Jr.
vs. Greater Lynn Mental Health
& Retardation Association et al
Civil Action No. 04-10469REK

Dear Mr. Bleau:

Enclosed please find Bridgewell's initial disclosures. We apologize for the delay.

Sincerely,

Christina Schenk-Hargrove

Enclosures

# SMITH & DUGGAN LLP
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| TWO CENTER PLAZA<br>SIXTH FLOOR<br>BOSTON, MA 02108-1906<br>TEL 617.228.4400<br>FAX 617.248.9320 | CHRISTINA SCHENK-HARGROVE<br>CSchenkHargrove@SmithDuggan.com<br>DIRECT DIAL: 617.228.4409<br>BOSTON OFFICE | LINCOLN NORTH<br>55 OLD BEDFORD ROAD<br>LINCOLN, MA 01773-1125<br>TEL 617.228.4400<br>FAX 781.259.1112 |

7 March 2006

Albert W. Bleau, Jr.
505 Paradise Road
Apt. 208
Swampscott, MA 01907

Re:  Albert William Bleau, Jr.
vs.  Greater Lynn Mental Health
     & Retardation Association et al
     Civil Action No. 04-10469REK

Dear Mr. Bleau:

Enclosed please find Bridgewell's Opposition to your Motion for Reconsideration of 22 February 2006. This opposition was filed electronically today.

Sincerely,

Christina Schenk-Hargrove

Enclosures

# SMITH & DUGGAN LLP
### ATTORNEYS AT LAW

TWO CENTER PLAZA
SIXTH FLOOR
BOSTON, MA 02108-1906
TEL 617.228.4400
FAX 617.248.9320

CHRISTINA SCHENK-HARGROVE
CSchenkHargrove@SmithDuggan.com
DIRECT DIAL: 617.228.4409
BOSTON OFFICE

LINCOLN NORTH
55 OLD BEDFORD ROAD
LINCOLN, MA 01773-1125
TEL 617.228.4400
FAX 781.259.1112

5 April 2006

Albert W. Bleau, Jr.
505 Paradise Road
Apt. 208
Swampscott, MA 01907

Re: Albert William Bleau, Jr.
vs. Greater Lynn Mental Health
& Retardation Association et al
Civil Action No. 04-10469REK

Dear Mr. Bleau:

Enclosed please find Bridgewell's first set of interrogatories. I will await your response within 30 days of receipt as required by Fed. R. Civ. P. 33.

Thank you for your attention to this matter.

Sincerely,

Christina Schenk-Hargrove

Enclosures

## SMITH & DUGGAN LLP
### ATTORNEYS AT LAW

TWO CENTER PLAZA
SIXTH FLOOR
BOSTON, MA 02108-1906
TEL 617.228.4400
FAX 617.248.9320

CHRISTINA SCHENK-HARGROVE
CSchenkHargrove@SmithDuggan.com
DIRECT DIAL: 617.228.4409
BOSTON OFFICE

LINCOLN NORTH
55 OLD BEDFORD ROAD
LINCOLN, MA 01773-1125
TEL 617.228.4400
FAX 781.259.1112

11 April 2006

Albert W. Bleau, Jr.
505 Paradise Road
Apt. 208
Swampscott, MA 01907

   Re: Albert William Bleau, Jr.
   vs. Greater Lynn Mental Health
     & Retardation Association et al
     Civil Action No. 04-10469REK

Dear Mr. Bleau:

  Enclosed please find Bridgewell's first request for the production of documents. Please respond within the time permitted by Fed. R. Civ. P. 34.

  Thank you for your attention to this matter.

            Sincerely,

            Christina Schenk-Hargrove

Enclosures

# SMITH & DUGGAN LLP
## ATTORNEYS AT LAW

TWO CENTER PLAZA
SIXTH FLOOR
BOSTON, MA 02108-1906
TEL 617.228.4400
FAX 617.248.9320

CHRISTINA SCHENK-HARGROVE
CSchenkHargrove@SmithDuggan.com
DIRECT DIAL: 617.228.4409
BOSTON OFFICE

LINCOLN NORTH
55 OLD BEDFORD ROAD
LINCOLN, MA 01773-1125
TEL 617.228.4400
FAX 781.259.1112

12 May 2006

Albert W. Bleau, Jr.
505 Paradise Road
Apt. 208
Swampscott, MA 01907

Re: Albert William Bleau, Jr.
vs. Greater Lynn Mental Health
& Retardation Association et al
Civil Action No. 04-10469REK

Dear Mr. Bleau:

Enclosed please find Bridgewell's response to your requests for the production of documents.

Thank you for your attention to this matter.

Sincerely,

Christina Schenk-Hargrove

Enclosures

# SMITH & DUGGAN LLP
### ATTORNEYS AT LAW

TWO CENTER PLAZA
SIXTH FLOOR
BOSTON, MA 02108-1906
TEL 617.228.4400
FAX 617.248.9320

CHRISTINA SCHENK-HARGROVE
CSchenkHargrove@SmithDuggan.com
DIRECT DIAL: 617.228.4409
BOSTON OFFICE

LINCOLN NORTH
55 OLD BEDFORD ROAD
LINCOLN, MA 01773-1125
TEL 617.228.4400
FAX 781.259.1112

17 May 2006

Albert W. Bleau, Jr.
505 Paradise Road
Apt. 208
Swampscott, MA 01907

> Re: Albert William Bleau, Jr.
> vs. Greater Lynn Mental Health
> & Retardation Association et al
> Civil Action No. 04-10469REK

Dear Mr. Bleau:

Enclosed please find Bridgewell's supplemental response to your requests for the production of documents, request number 8.

Thank you for your attention to this matter.

Sincerely,

Christina Schenk-Hargrove

Enclosure

```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
Albert William Bleau, Jr.,          :
                                    :
         Plaintiff,                 :
                                    :
                                    :
vs.                                 :   Civil Action
                                    :   No. 04-10469JLT(REK)
                                    :
Bridgewell, Inc.,                   :
et al.                              :
                                    :
         Defendants.                :
```

**Supplemental Response Of Defendant Bridgewell, Inc., To
Plaintiff Albert William Bleau, Jr.'s
<u>Request For The Production Of Documents</u>**

**Exhibit 1**

Supplemental Response to Request No. 8

| | |
|---|---|
| Jim Cowdell<br>Bridgewell, Inc.<br>471 Broadway<br>Lynn, MA 01940 | Paul Lanzikos<br>35 High St.<br>Beverly, MA 01915 |
| Anita Shipman<br>38 Woodchester Dr.<br>Milton, MA 02186 | Jim Purdy<br>9 Larch Road<br>Wenham, MA 01984 |
| Keith Bransfield<br>17 Hilda Rd.<br>Lynn, MA 01904 | Debra O'Blenes<br>46 Glenwood Rd.<br>Lynn, MA 01904 |
| Sue Villett<br>12 Westview Cir.<br>Peabody, MA 01960 | Paul Sahovey<br>57 Seaview Ave.<br>Marblehead, MA 01945 |
| Robert Tucker<br>295 Lynn Shore Drive<br>Lynn, MA 01904 | |

*[Certificate of Service stamp, partially illegible]*

## SMITH & DUGGAN LLP
ATTORNEYS AT LAW

TWO CENTER PLAZA  
SIXTH FLOOR  
BOSTON, MA 02108-1906  
TEL 617.228.4400  
FAX 617.248.9320  

CHRISTINA SCHENK-HARGROVE  
CSchenkHargrove@SmithDuggan.com  
DIRECT DIAL: 617.228.4409  
BOSTON OFFICE  

LINCOLN NORTH  
55 OLD BEDFORD ROAD  
LINCOLN, MA 01773-1125  
TEL 617.228.4400  
FAX 781.259.1112  

30 May 2006

Albert W. Bleau, Jr.  
505 Paradise Road  
Apt. 208  
Swampscott, MA 01907  

Re: Albert William Bleau, Jr.  
vs. Greater Lynn Mental Health  
 & Retardation Association et al  
 Civil Action No. 04-10469REK  

Dear Mr. Bleau:

Your responses to Bridgewell's Rule 33 Interrogatories and Rule 34 Requests for Documents are overdue. To avoid having to resort to court intervention under Fed. R. Civ. P. 37, we would like to schedule a conference to discuss the issue.

Please let me know when you would be available for a telephone conversation.

Sincerely,

Christina Schenk-Hargrove

*[handwritten note: 4:45 Thursday Phone Conference]*

## SMITH & DUGGAN LLP
### ATTORNEYS AT LAW

TWO CENTER PLAZA
SIXTH FLOOR
BOSTON, MA 02108-1906
TEL 617.228.4400
FAX 617.248.9320

CHRISTINA SCHENK-HARGROVE
CSchenkHargrove@SmithDuggan.com
DIRECT DIAL: 617.228.4409
BOSTON OFFICE

LINCOLN NORTH
55 OLD BEDFORD ROAD
LINCOLN, MA 01773-1125
TEL 617.228.4400
FAX 781.259.1112

21 June 2006

Albert W. Bleau, Jr.
505 Paradise Road
Apt. 208
Swampscott, MA 01907

Re: Albert William Bleau, Jr.
vs. Greater Lynn Mental Health
& Retardation Association et al
Civil Action No. 04-10469REK

Dear Mr. Bleau:

Thank you for your telephone message yesterday, in which you stated that you did not call me last Thursday for our discovery conference because your cell phone had been stolen; that you had intended to rely on information from Bridgewell's document production in preparing your answers to interrogatories; and that your understanding was that the Court's 60-day extension of the deadline for a trial date also extended the time for responding to discovery. This is to confirm that you are working on your responses to Bridgewell's interrogatories and that your will serve them at the beginning of next week. If we do not receive them by Wednesday, June 28th, we will proceed with our motion to compel, as previously discussed.

Sincerely,

Christina Schenk-Hargrove

# SMITH & DUGGAN LLP
### ATTORNEYS AT LAW

TWO CENTER PLAZA
SIXTH FLOOR
BOSTON, MA 02108-1906
TEL 617.228.4400
FAX 617.248.9320

CHRISTINA SCHENK-HARGROVE
CSCHENKHARGROVE@SMITHDUGGAN.COM
DIRECT DIAL: 617.228.4409
BOSTON OFFICE

LINCOLN NORTH
55 OLD BEDFORD ROAD
LINCOLN, MA 01773-1125
TEL 617.228.4400
FAX 781.259.1112

25 July 2006

Albert W. Bleau, Jr.
505 Paradise Road
Apt. 208
Swampscott, MA 01907

Re: Albert William Bleau, Jr.
vs. Greater Lynn Mental Health
& Retardation Association et al
Civil Action No. 04-10469REK

Dear Mr. Bleau:

Enclosed please find the documents Bridgewell previously agreed to produce in its response to your requests for the production of documents. We received the notice from Judge Young on July 19 that all further activity in this matter, including discovery, is stayed pending your appeal. However, we are producing these documents to you now as a courtesy.

Thank you for your attention to this matter.

Sincerely,

Christina Schenk-Hargrove (all)

Christina Schenk-Hargrove

enclosures