United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Smith, Bonnie entered on 7/19/2006 at 9:55 AM EDT and filed on 7/19/2006
Case Name: Bleau v. Bridgewell, Inc. et al
Case Number: 1:04-cv-10469
Filer:
Document Number:

Docket Text:
Judge William G. Young : Electronic ORDER entered. The case is ordered administratively closed due to the filing of the appeal. No discovery until the case is returned to the district court. cc/cl(Smith, Bonnie)

The following document(s) are associated with this transaction:


1:04-cv-10469 Notice will be electronically mailed to:

Garrick F. Cole     gcole@smithduggan.com

Edward P. Harrington     epharringtonlaw@yahoo.com

William T. Harrington     wharrington.glhr@verizon.net

Allison K. Jones     ajones@bermanesq.com, bdentremont@bermanesq.com

Christina M. Schenk-Hargrove     cschenkhargrove@smithduggan.com

Donald K. Stern     donald.stern@bingham.com

David G. Thomas     thomasda@gtlaw.com

Salo L. Zelermyer     zelermyers@gtlaw.com

1:04-cv-10469 Notice will not be electronically mailed to:

Albert William Bleau, Jr
505 Paradise Road
#206
Swampscott, MA 01907