UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERT WILLIAM BLEAU, JR., ) | |
| Plaintiff, ) | |
| ) | Civil Action. NO. 04-10469WGY |
| v. ) | |
| BRIDGEWELL, INC. et. al, ) | |
| Defendants. ) | |

## ATTORNEY GENERAL'S MOTION TO ENLARGE TIME

The Massachusetts Attorney General respectfully moves this Honorable Court, pursuant to F. R. Civ. P. 6(b)(2), to enlarge the time in which to file the Attorney General's Opposition to Plaintiff's Motion to Compel Discovery, filed herewith, from December 5, 2006 to December 11, 2006. In support of this Motion, the Attorney General states that:

1. The Attorney General received a third party subpoena from plaintiff Albert William Bleau, Jr. ("Plaintiff") on March 21, 2006. Attachment I to Document 133.

2. On April 3, 2006, the Attorney General mailed Plaintiff a letter objecting to the subpoena pursuant to F. R. Civ. P. 45(c) (2)(B) on the grounds that the subpoena had not been properly issued and served. The Attorney General also objected on the grounds of relevance and a number of privileges. Attachment II to Document 133.

3. The Attorney General received a letter from Plaintiff dated April 8, 2006, objecting to the Attorney General's April 3, 2006 Rule 45(c) (2)(B) letter. See Attachment 1 to Attorney General's Opposition to Plaintiff's Motion to Compel, filed herewith.

1

4. On July 6, 2006, Plaintiff filed a motion for an order for the Attorney General to respond to his subpoena. Document 133. Plaintiff never served a copy of his motion on the Attorney General.

5. Plaintiff has never sought a discovery conference concerning the Attorney General's objections to his subpoena pursuant to Local Rule 37.1. Nor has Plaintiff sought to resolve or narrow the issues raised by the Attorney General's objections to his subpoena pursuant to Local Rule 7.1 A (2).

6. Plaintiff served a motion to compel discovery on the Attorney General on November 21 (Document 140-1) along with a new subpoena (Document 140-2). He did not attach to the motion to compel either a copy of his March 21, 2006 subpoena (Attachment I to Document 133) or a copy of the Attorney General's responsive April 3, 2006 Rule 45(c) (2)(B) letter (Attachment II to Document 133).

7. After the passage of seven months since Plaintiff's April 8, 2006 letter, the Attorney General's office had assumed that the matter was closed.

8. The under-signed Assistant Attorney General has been delayed, for cause, by: (1) the need to retrieve and review the Attorney General's files and the docket in this matter, as a result of Plaintiff's seven month delay in pursuing his motion to compel discovery; and (2) the press of other business for the Commonwealth.

WHEREFORE, the Attorney General respectfully requests that this Honorable Court grant his motion to enlarge time.

RESPECTFULLY SUBMITTED,

THOMAS REILLY
ATTORNEY GENERAL

By: *[signature]*

Eric Carriker, BBO # 075820
Assistant Attorney General
Acting Chief, Public Charities Division
One Ashburton Place, Room 1813
Boston, MA 02108
Tel: (617) 727-2200, Ext. 2113
Fax: (617) 727-2920

Dated: December 11, 2006

### CERTIFICATE OF SERVICE

I, Eric Carriker, hereby certify that on this 11th day of December, 2006, I served a copy of the foregoing by U.S. mail, postage prepaid, upon the plaintiff, Albert W. Bleau, Jr., 505 Paradise Road, # 208, Swampscott, Massachsusetts 01907 and upon the attorney of record for each other party.

*[signature]*
Eric Carriker