## Helsinki 12/19/06

FILED
IN CLERKS OFFICE

2006 DEC 15 P 2: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

Learn more about OrbitzTLC Alerts
Send OrbitzTLC alerts to others for this trip
Don't send alerts to any recipients for this trip
minna sorellbleau
Mobile phone - voice (781-962-2662)
Change alert preferences
Don't send alerts to this contact for this trip

## Flight reservation

Orbitz record locator: AP1101014MY8YFP6
Airline record locator: American Airlines - GGLHGT
Ticket numbers:     not yet available
Total flight cost: $1,462.04 USD
**Security update**:
Airports require that each traveler obtain a boarding pass before entering the security checkpoint.

**Traveler(s)**          **Frequent flier details**
MINNA SORELLBLEAU
ALBERT BLEAU
**Leave**

**Tuesday, December 19, 2006**
American Airlines 108
Depart: **7:10pm Boston, MA**
        evening Boston Logan International (BOS)
Arrive: **6:35am London, United Kingdom**
        morning London Heathrow (LHR)
Economy | Boeing 777 (777) | Dinner | 6hr 25min | 3267 miles

Seats: 44G, 44F

Seats are confirmed.

   **Change planes.** Time between flights: **4hr 45min**

American Airlines 6538
Operated by: BRITISH AIRWAYS -- BA 794
Please check in with the operating carrier.

Depart: **11:20am London, United Kingdom**
        morning  London Heathrow (LHR)
Arrive: **4:20pm  Helsinki, Finland**
        afternoon Helsinki-Vantaa (HEL)
Economy | Boeing 757 Passenger (757) | 3hr 0min | 1134 miles

Your flight is confirmed. The airline is assigning seats at check-in.

**This is an overnight flight.**

Total duration: 14hr 10min | Total miles: 4401 miles

**Return**

## Thursday, January 4, 2007

British Airways 6031
Operated by: FINNAIR -- AY 831
Please check in with the operating carrier.

Depart: **8:00am Helsinki, Finland**
morningHelsinki-Vantaa (HEL)
Arrive: **9:10am London, United Kingdom**
morningLondon Heathrow (LHR)
Economy | Airbus Industrie A321 (321) | 3hr 10min | 1134 miles

Seats: 28F

Seats are pending airline approval.

**Change planes.** Time between flights: **1hr 20min**

American Airlines 109
Depart: **10:30am London, United Kingdom**
morning London Heathrow (LHR)
Arrive: **12:55pm Boston, MA**
afternoonBoston Logan International (BOS)
Economy | Boeing 777 (777) | Lunch | 7hr 25min | 3267 miles

Seats: 32J, 32H

Seats are confirmed.

Total duration: 11hr 55min | Total miles: 4401 miles

## Ticket information

The ticket type for this reservation is an e-ticket. No ticket will be mailed to you. More about e-tickets

**Important fare notes**
This ticket is non-refundable.*
Changes to this ticket will incur change fees.
This is an international trip requiring special travel documentation for each traveler. Please read the fare rules and ticket terms and conditions in My Stuff for more information.