UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Albert William Bleau Jr.           :

   Plaintiff                          :

                                :

Vs.                                :        Civil Action
                                         No. 04 – 10469WGY

                                :

Bridgewell, Inc. (Greater Lynn Mental Health        :
& Retardation Association), et al,

   Defendants

## Motion For Protective Oder

   The plaintiff respectfully requests a protective order pursuant to federal rule 34.1 (c) (e) and 45.1 to deny defendant Bridgewell's subpoena of Citizens Bank requesting plaintiff's checking account records from January 2000. See attachment.

   The records are confidential and releasing them is a violation of plaintiff's privacy Rights. The request is overly broad and the records are not a public record and have no relevance to the plaintiff's claims. This is nothing but a "fishing expedition". How plaintiff spent his income for rent, utilities etc. are not relevant.

   The release of the records would be a violation of the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., and in violation of Title II of the Americans with Disabilities Act of 1990 (ADA) as amended, 42 U.S.C. §§ 12131-12165 and 42 U.S.C §§ 12101, et seq., and the United States Federal Confidentiality Regulations including 42.CFR part 2 DHHS and the United States Federal Standards for Privacy of Individually Identifiable Health Information, final rule (Privacy Rule), of December 2000

pursuant to the Administrative Simplification provisions of the Health Insurance Portability and Accountability Act of 1996 (HIPPA) and 45 CFR Parts 160 and 164, Subparts, 164, Subparts A and E. 6 and State and federal banking regulations.

The defendant has already requested information from plaintiff's employer regarding plaintiff's income. The plaintiff has refused to offer a settlement in this proceeding and has additionally refused to release any financials regarding GLMHRA and EMHC from January 1999 to the present time stating that they were not relevant to the case. These records were a public record until they were destroyed by the Attorney General's Office and EOHS.

The plaintiff has refused to offer a settlement in this proceeding and has additionally refused to release any financials regarding GLMHRA and EMHC from January 1999 to the present time stating that they were not relevant to the case.

The plaintiff has called the defendant and has been unsuccessful in resolving this dispute.

Plaintiff respectfully requests that plaintiff's motion is granted.

Dated: January 8, 2007

Respectfully submitted,

Albert W. Bleau Jr.
505 Paradise Rd. #208
Swampscott, MA 01907
(781) 962-2662

**CERTIFICATE OF SERVICE**

          I hereby certify that a true copy of the above document was served upon all counsel of record by First Class Mail on January 9, 2007.

          Albert W. Bleau Jr.

Garrick Cole  
Smith & Duggan LLP  
Two Center Plaza  
Boston, MA 02108-1906  
(617) 248-1900

Donald K. Stern  
Bingham McCutchen LLP  
150 Federal St.  
Boston, MA 02110  
(617) 951-8250

Salo Zelemeyer  
Greenberg Traurig, LLP  
One International Place, 20th floor  
Boston, MA 02110

William T. Harrington  
Glynn, Landry, Harrington,  
& Rice, LLP  
10 Forbes Rd.,  
Suite 270  
Braintree, MA 02184

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF  **MASSACHUSETTS**

ALBERT W. BLEAU, JR.

V.

BRIDGEWELL, INC., et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  04-CV-10469-WGY

TO: Keeper of Records
Citizens Financial Group
28 State Street
Boston, MA 02109

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

All records respecting any current or closed account held individually or jointly by Albert W. Bleau, DOB 5/2/1944, that relates to any activity from January 1, 2000 to the present, and including all bank or account statements, copies of checks drawn, and deposit slips.

| PLACE Glynn, Landry, Harrington & Rice, LLP<br>10 Forbes Rd., Suite 270, Braintree, MA 02184 | DATE AND TIME<br>Jan. 11, 2007 at 10:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>[signature] counsel for defendant Bridgewell | DATE<br>12/27/06 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
William T. Harrington Glynn, Landry, Harrington & Rice, LLP
10 Forbes Rd., Suite 270, Braintree, MA 02184; 781-356-1749

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.