

# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

December 8, 2006

Albert Bleau
505 Paradise Road # 208
Swampscott, MA 01907

   Re: Bleau v. Bridgewell, Inc., Civil Action No. 04-10469-WGY

Dear Mr. Bleau:

  Pursuant to Rule 45(c) (2)(B) of the Federal Rules of Civil Procedure, the Attorney General objects to the subpoena for documents which you have served on the Attorney General in the above-captioned matter. According to Fed. R. Civ. P. 45(c) (2)(B), the Attorney General is not required to produce the requested documents absent a court order.

  The Attorney General objects to the subpoena on the grounds that the subpoena request is overly broad, unduly burdensome, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. The request also encompasses law enforcement investigative and prosecutorial records and work product, as to which the Attorney General claims a privilege. The Attorney General also objects to the production of grand jury materials.

  Please call me if you have any questions.

                 Very truly yours,

                 Eric Carriker
                 Assistant Attorney General
                 Acting Chief, Public Charities Division
                 (617) 727-2200, ext. 2118

*Attachment 1*