# ALBERT W BLEAU JR

April 11, 2001

Dear GLMHRA and EMHC Board Members,

I believe I can be of assistance to your corporations.

I understand that GLMHRA has laid-off over thirty employees since September and that it continues to operate with a deficit. I have also learned that some consumer vacation, recreational and clinical services have been eliminated. Also, eliminated have been various staff and consumer training programs, Future's planning funding, and employee benefits. Employee morale is the lowest in the company's history. Facility maintenance and renovations have been cut back as well.

Eastern Mass Housing Corporation (EMHC) is slated to loose money this year due to delays in the marketing and sale of the Marquis Resort in NH. and due to GLMHRA's poor management of EMHC's market and affordable housing units. Also, GLMHRA has confiscated some of its cash assets. GLMHRA is deficit spending as well because of overspending on legal, consultant, and administrative salaries and because of the negative growth in company operations.

Additionally, GLMHRA, upon the recommendation of Paul Cote, illegally transferred over $600,000 from EMHC to pay GLMHRA fringe costs. Incorrect financial reports were presented to the EMHC Board by Mr. Cote to justify the transfer of funds. Upon the recommendation of agency monitor, Atty. Bob Griffin and Mr. Cote, GLMHRA took over EMHC and its assets without a vote of the EMHC Board. This is a violation of state and federal laws including IRS regulations. All 'votes of the present EMHC Board and all expenditures of funds by GLMHRA and EMHC have been illegal. The agency monitor, Atty. Bob Griffin and Carricker of the AG's office were aware of these actions and refused to intercede.

Recently, GLMHRA terminated seventeen employees. Many of them had worked for the company for fifteen or more years. Many had begun their careers as relief direct care workers and as live-in employees. They believed in GLMHRA and dedicated their lives to this company. They were loyal employees and they were living the American dream: " be an honest hard-working employee and you will be rewarded". They worked their way up the corporate ladder through hard work and dedication.

Well, times have changed under Cote, Tucker, Vitali, Rizzo, White, Cowdell, Johnson and others. What was worse, is that GLMHRA leadership did not have the decency to

talk to these employees. They sent them a "Dear John" letter and two weeks notice. They didn't even say "thank you" for all the years of dedicated work. They never brought the employees together to attempt to solve the financial problems at GLMHRA.

Thirteen of these seventeen employees were single parent moms; three were single parent grand parents. Two of these employees were minority women; one was the only minority senior manager and the other was one of only four minority administrative employees.

It is interesting that most if not all of GLMHRA Board members and its lawyers, consultants and senior staff are registered democrats and preach the Kennedy and Democratic tradition of the rights of the working person and of the single parent moms. They support affirmative action and the strengthening of the American family. They certainly have a funny way of showing it. John F. is "rolling in his grave." This action by GLMHRA was a disgrace.

You will note that many employees with less service and qualifications were not laid-off because they were friends or related to Association leadership staff or board members. Anyone with political connections in the city of Lynn through friendship or family was not laid-off as well. Some were actually promoted and given salary increases.

As these employees are being laid off, GLMHRA has created new Administrative positions paying over $70,000 a year. They approved a salary for the Executive Director making him the highest paid non-profit executive in the state earning over $200,000 annually and he is one of the least qualified to hold such a position. Their administrative overhead has climbed from 10.5% annually to over 13% in less than twelve months. In April 2000, the acting CEO and senior managers approved $200,000 in raises for themselves and their administrative employees. These raises were not included in the budgets submitted to DMH and DMR in Fy2000.

How did GLMHRA get into this mess? It started when the board under the leadership of Manning, Tucker, and Jackson and acting CEO, Elaine White, and company comptroller, Janine Brown Smith hired Attys. Eric McLeish and Robert Sherman and paid them and their consultants over $300,000. When it was brought to the board's attention that there were no funds to pay these expenses, the then President Tom Manning, past President Claire Jackson and Treasurer Bob Tucker ignored the advice to terminate their services. Other board members ignored the advice as well. They stated that the lawyers were friends of Atty. General Reilly and that Atty. Eric Carricker and Jamie Katz of the AG's office would get upset and "go after" GLMHRA and its individual board members.

In April 2000, when Elaine White and Senior managers authorized $200,000 in raises for themselves and for administrative and supervisory staff that were unbudgeted, it was brought to the attention of the officers and the full board. The EMHC board and I recommended that the raises be stopped. The GLMHRA board and Elaine White and senior staff ignored this advice. The raises were also rolled into the 2001 fiscal year as well despite our objections and with GLMHRA board's full knowledge that no funds were available to pay for these salary increases. Atty. Bob Griffin who was forced upon

the board by Eric Carricker at $220 per hour as the agency monitor was also made aware of this issue and he did not act and made no recommendations.

Eric Carricker insisted that the board hire more consultants and that they hire Atty. Bob Griffin of Krokidas and Bluestein at over $200 per hour. Carricker, Griffin, and the Board knew that there were no funds in the budget to pay Griffin or any other consultants. Board members stated that they were afraid to upset Eric Carricker and Jamie Katz of the AG's Office.

GLMHRA stopped developing annual business plans in the spring of 2000. Consequently there was no business plan in place for FY 2001. Imagine a 30 million-dollar company without a business plan? McLeish and Sherman and their consultants didn't think that it was necessary. They, the board, and their handpicked senior managers had all the answers. The danger of this strategy was brought to the attention of Tucker, Manning, Vitali, Jackson, Rizzo and other board members. They did not act. It was also brought to the attention of the agency monitor, Atty. Bob Griffin. He did nothing.

Also, without employee input, they decided not to follow the already approved Fy2000 business plan. The plan had been developed with input from all Association staff and included: a freeze on administrative raises, the expansion of the Sovner Clinic, and the opening of three staffed apartment programs with the DMR. Attys. McLeish and Sherman and their consultants advised the board not to support the business plan. Despite my objections, the board went forward and canceled all expansion and as stated did nothing to stop the raises. This action cost GLMHRA over one million dollars in new contract revenue and over $150,000 dollars in additional funds that they would have received from administrative and supervisory lines in these contracts.

GLMHRA stopped the professional management of the self insured plans and eliminated the fringe incentive committee resulting in increases in premiums over the last two years that have surpassed increases that occurred over the previous ten years. They also ended the self- insurance of the furnishings and equipment and other areas resulting in increased insurance costs. They eliminated the job safety committees resulting in higher workers' compensation costs and ended the monitoring of staff turnover and strategies to curtail it. They curtailed the detailed monitoring of the disability claims, and vehicle accidents and all incentive plans and training to reduce these claims.

Financial reports have been consistently incorrect; some have been off by as much as $400,000. They have been untimely and in formats that are not useful for short term and long- term decision making.

Therefore on July 1, 2000, GLMHRA started the year with a built in deficit of $400,000 (Unfunded raises-$200,000; unfunded legal and consultant costs-$50,000; lost contract revenue-$150,000). They compounded this deficit by hiring high priced executives; additional consultants and lawyers, creating new administrative positions and giving raises to connected senior managers. In the past, raises to managers were based on

productivity; new revenue and cost reductions. The standard was changed to: "Who is favored by the board leadership and the CEO?"

The new leadership on the Board and in the corner office ignored rank and file employees and program managers and excluded them from all decision making. The result was that the least qualified and knowledgeable people: Board members: Bob Tucker, Sam Vitali, Tom Manning, Claire Jackson, Nancy Rizzo and others and a new board since January 1st that has continued with the same failed policies; the CEO and two to three senior managers (Elaine White, Kelly Johnson, and James Cowdell) have been making all the decisions.

The results have been disastrous.

It is obvious that there are some serious problems with the leadership and the decision making at these two corporations.

Specifically, I can be of assistance in the following areas: 1) Strategic Planning and especially in techniques to involve employees, family members, and your funding agencies to solve GLMHRA problems; 2) Interim CFO and CEO services; 3) Marketing of the Marquis. EMHC could generate up to $500,000 in profit if this is marketed promptly and properly. Delays have already cost EMHC over $70,000.

I can also develop the 13,000-sq. ft. of land in Swampscott donated to EMHC. This would be an ideal site for a group home for four physically handicapped retarded citizens. This could generate over $400,000 in annual revenue for GLMHRA and would provide a very needed community service.

I have over thirty years of experience as the CFO and CEO of GLMHRA and EMHC.

My expertise encompasses numerous business specialties including real estate management and development, financial services and investments, training, supervision, Human Resources, clinical services, public relations, CFO and CEO responsibilities, and Insurance.

I brought GLMHRA from a $12,000 annual business to a $30 million dollar company. I founded the EMHC in 1978 and grew it to over $29 million dollars in assets with over 70 properties. The companies finished each year with a profit and with additional net assets while maintaining the highest quality standards in the industry.

I am certain that I will be an asset to your companies and I look forward to meeting with a company representative as soon as possible. Thank you for your consideration.

Sincerely,

*Albert W. Bleau Jr.*

Albert W. Bleau Jr.