UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                    )
**ALBERT WILLIAM BLEAU, JR.,**       )
       Plaintiff                              )
                                                    )         CIVIL ACTION
v.                                                 )         NO. 04-10469-WGY
                                                    )
**BRIDGEWELL, INC., et al,**              )
       Defendants                         )
_____)

**AFFIDAVIT OF WILLIAM T. HARRINGTON
IN SUPPORT OF DEFENDANT BRIDGEWELL'S
MOTION FOR SUMMARY JUDGMENT**

     I, William T. Harrington, hereby depose and state as follows:

     1.    I am a member of the bar of the Supreme Judicial Court of Massachusetts and of this Court. Since July 12, 2006, I have represented the defendant, Bridgewell, Inc., in this matter.

     2.    I make this affidavit on my own personal knowledge, except where otherwise indicated.

     3.    On December 22, 2006, I accessed through PACER the docket of the plaintiff's bankruptcy in the United States Bankruptcy Court for the District of Massachusetts, *In re: Albert W. Bleau, Jr.,* Chapter 7, Case No. 03-1559(Hillman, J.) (hereinafter referred to as the "Bankruptcy Matter").

     4.    Attached hereto as Exhibits A through D are true and accurate copies of the documents that I printed off of PACER respecting the Bankruptcy Matter. Upon information and belief, they are true and accurate copies of the documents on file with the United States Bankruptcy Court for the District of Massachusetts.

     5.    Attached hereto as Exhibit A is a true and accurate copy of the Docket Report for

the Bankruptcy Matter.

6. Attached hereto as Exhibit B are true and accurate copies of the plaintiff's bankruptcy petition, dated July 2, 2003, along with plaintiff's Statement of Financial Affairs; Summary of Schedules; Schedule B – Personal Property; and Schedule C – Property Claims as Exempt. Not attached are plaintiff's Schedule F – Creditors Holding Unsecured Non-Priority Claims; Schedule I - Current Income of Individual Debtor(s); schedule J – Current Expenditures of Individual Debtor(s), and Matrix of Creditors.

7. On August 1, 2003, per order of the Bankruptcy Court, the plaintiff filed additional Schedules. Attached hereto as Exhibit C is a true and accurate copy of Schedule G – Executory contracts and Unexpired Leases and Debtor's Statement of Intention. Not attached are plaintiff's Schedule A – Real Property; Schedule D – Creditors Holding Secured Claims; Schedule E – Creditors Holding Unsecured Priority Claims; and Schedule H- CoDebtors.

8. Attached hereto as Exhibit D is a true and accurate copy of the Discharge of Debtor, dated February 18, 2004, in the Bankruptcy Matter.

9. Attached hereto as Exhibit E is a true and accurate copy of the Order Discharge Trustee and Dismissing Case, entered on March 8, 2004, dismissing the Bankruptcy Matter.

10. On December 13, 2006, I, on behalf of Bridgewell, conducted the deposition of the plaintiff. Attached hereto as Exhibit F are true and accurate copies of the referenced portions of the plaintiff's deposition transcript.

11. At the deposition, I had two binders of documents. Tab 39 contained various underlying documents, numbered 1 – 207. Attached hereto as Exhibit G are true and accurate copies of the documents referenced during the deposition according to the page number on the bottom.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 17th DAY OF JANUARY, 2007.

                                                                _____
                                                                William T. Harrington

CERTIFICATE OF SERVICE

      I hereby certify that, on January 18, 2007, I filed this document with the Court electronically via the Court's CM/ECF system and that I served a copy of this documents upon each counsel and party who has appeared in the action but who has not signed up to receive electronic notice, serving a copy by first class mail.

                                                    */s/ William T. Harrington*
                                                    William T. Harrington