**DISCHARGED, CLOSED**

## United States Bankruptcy Court
## District of Massachusetts (Boston)
## Bankruptcy Petition #: 03-15591

*Assigned to:* Judge William C. Hillman
Chapter 7
Voluntary
No asset

*Date Filed:* 07/02/2003
*Date Terminated:* 03/08/2004
*Date Discharged:* 02/18/2004

*Debtor*
**Albert W Bleau, Jr.**
24 Columbia St.
Swampscott, MA 01907
SSN: xxx-xx-6783
*dba*
**Bleau-Reynier Business Services**

represented by **Albert W Bleau, Jr.**
PRO SE

*Assistant U.S. Trustee*
**John Fitzgerald**
Office of the US Trustee
10 Causeway Street
Boston, MA 02222

*Trustee*
**Joseph Braunstein**
Reimer and Braunstein
3 Center Plaza
Boston, MA 02108
617-523-9000

| Filing Date | # | Docket Text |
|---|---|---|
| 07/02/2003 | 1 | Chapter 7 Voluntary Petition Receipt Number 500335, Fee Amount $200 Filed by Albert W Bleau. (aa, USBC) (Entered: 07/02/2003) |
| 07/02/2003 |   | Matrix (aa, USBC) (Entered: 07/02/2003) |
| 07/02/2003 |   | First Meeting of Creditors scheduled on 08/05/2003 at 02:00 PM at Room 255-B, 1101 Thomas P. O'Neill Federal Building. Objections for Discharge due by 10/06/2003. (aa, USBC) (Entered: 07/02/2003) |
| 07/02/2003 | 2 | Certificate of Appointment and Acceptance of Trustee and Fixing of Bond (aa, USBC) (Entered: 07/02/2003) |

| | | |
|---|---|---|
| 07/02/2003 | 3 | Order to Update . Statement of Intent due 8/1/2003. Schedules A,D,E,G,H due 7/17/2003. (aa, USBC) (Entered: 07/02/2003) |
| 07/07/2003 | 4 | Court's Notice of 341 sent (auto1, ) (Entered: 07/07/2003) |
| 07/09/2003 | 5 | BNC Certificate of Mailing - Meeting of Creditors. Service Date 07/09/2003. (Related Doc # 4) (Admin.) (Entered: 07/10/2003) |
| 08/01/2003 | 6 | Schedule A, Schedule D, Schedule E, Schedule G, Schedule H, Statement of Intention. Filed by Debtor Albert W Bleau Jr. (mkp) (Entered: 08/11/2003) |
| 08/04/2003 | 7 | Notice of Appearance and Request for Notice by Rhonda Rosenblum Filed for Creditor American Express Centurion Bank (mjt, usbc) (Entered: 08/18/2003) |
| 08/05/2003 | | Meeting of Creditors Held and Examination of Debtor. (cw, usbc) (Entered: 08/18/2003) |
| 10/01/2003 | 8 | Trustee Joseph Braunstein Motion To Extend Time period For The Trustee To Object To The Discharge of The Debtor. (extending through December 5, 2003) c/s.. (mkp) (Entered: 10/09/2003) |
| 10/15/2003 | 9 | Endorsed Order Dated 10/15/2003 Re: 8 Trustee Joseph Braunstein Motion To Extend Time period For The Trustee To Object To The Discharge of The Debtor. (extending through December 5, 2003). GRANTED. (mem, usbc) (Entered: 10/18/2003) |
| 10/18/2003 | | Awaiting Discharge (mem, usbc) (Entered: 10/18/2003) |
| 10/22/2003 | 10 | BNC Certificate of Mailing - PDF Document. Service Date 10/22/2003. (Related Doc # 9) (Admin.) (Entered: 10/23/2003) |
| 12/02/2003 | 11 | Second Motion to Extend Discharge Deadline *with Certificate of Service* Filed by Trustee Joseph Braunstein (Braunstein, Joseph) (Entered: 12/02/2003) |
| 12/02/2003 | 12 | Endorsed Order Dated 12/2/2003 Re: 11 Second Motion by Trustee Joseph Braunstein to Extend Discharge Deadline to February 5, 2004. GRANTED. (mem, usbc) (Entered: 12/05/2003) |
| 12/05/2003 | | Awaiting Discharge (mem, usbc) (Entered: 12/05/2003) |
| 12/10/2003 | 13 | BNC Certificate of Mailing - PDF Document. Service Date 12/10/2003. (Related Doc # 12) (Admin.) (Entered: 12/11/2003) |
| | | |

| | | |
|---|---|---|
| 01/14/2004 | | Trustee's Report of No Distribution: The trustee reports that he/she has neither received any property nor paid any money on account of this estate except exempt property; that he/she has made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property of the estate; and that there is no property available for distribution from the estate over and above the exempted by law. Pursuant to FRBP 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. The trustee requests that this report be approved, and that he/she be discharged from any further duties as trustee herein. I hereby certify that on this date, the original of this report was filed with the Bankruptcy Court and that a copy was transmitted to the United States Trustee and served upon the debtor(s)' counsel or debtor(s) if pro se. (Braunstein, Joseph) (Entered: 01/14/2004) |
| 02/18/2004 | 14 | Order Discharging Debtor Albert W Bleau Jr.. (mkp) (Entered: 02/18/2004) |
| 02/20/2004 | 15 | BNC Certificate of Mailing - Order of Discharge. Service Date 02/20/2004. (Related Doc # 14) (Admin.) (Entered: 02/21/2004) |
| 03/08/2004 | 16 | Order Discharging Trustee and Order to Close Case (Case Closed) (Admin.) (Entered: 03/08/2004) |
| 03/10/2004 | 17 | BNC Certificate of Mailing. Service Date 03/10/2004. (Related Doc # 16) (Admin.) (Entered: 03/11/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/22/2006 11:45:42 | | | |
| **PACER Login:** | wh0398 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 03-15591 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Format: HTML |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |