Form B18 (Official Form 18)(7/97)

# UNITED STATES BANKRUPTCY COURT
District of Massachusetts

Chapter: **7**   Date of Petition: 7/2/03
Case No.**03−15591**
Judge William C. Hillman

In Re: (Name of Debtor)
**Albert W Bleau Jr.** dba Bleau−Reynier Business Services
24 Columbia St.
Swampscott, MA 01907
**xxx−xx−6783**

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED** :

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 2/18/04

William C. Hillman
U.S. Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**