UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:    Albert W Bleau<br>        Debtor, | Chapter: 7<br>Case No: 03−15591<br>Judge William C. Hillman |

## ORDER DISCHARGING TRUSTEE
## AND CLOSING CASE

It is hereby ordered that the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:3/8/04                                    By the Court,

                                               William C. Hillman
                                               U.S. Bankruptcy Judge