FILED
IN CLERKS OFFICE

UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2007 JAN 31  P 2:08

U.S. DISTRICT COURT
DISTRICT OF MASS.

Albert William Bleau Jr.            :

    Plaintiff                              :

                               :

    Vs.                                    :        Civil Action
                                             No. 04 – 10469WGY

                               :

Bridgewell, Inc. (Greater Lynn Mental Health      :
& Retardation Association), et al,

    Defendants


## Plaintiff Albert W. Bleau Jr, Objection To Defendant Bridgewell, Inc. (Greater Lynn Mental Health & Retardation Association, Inc) Motion For Summary Judgment

### And

## Plaintiff Albert W. Bleau Jr. Motion for Summary Judgment Of Breach Of Contract Claim, ADA, Retaliation under The Rehabilitation Act, Defamation And The Federal Privacy Act

    Plaintiff Albert W. Bleau Jr. objects to defendant Bridgewell, Inc (Greater Lynn Mental Health & Retardation Association) motion for summary judgment.

    Plaintiff Albert W. Bleau Jr., in the alternative moves that the court grant the Plaintiff's motion for summary judgment on his breach of contract claim, ADA, Retaliation under the Rehabilitation Act and the Federal Privacy Act.

    Plaintiff Albert W. Bleau Jr. further requests that discovery be ordered to assess damages.

1

In support of his objection and his motion, plaintiff, Albert W. Bleau Jr. relies upon the accompanying memorandum of law and Local Rule 56.1 Concise Statements of Material Facts previously submitted to this court on August 29, 2005, September 12, 2005, October 4, 2005 and October 11, 2005 and Memoranda amending the complaint to include RICO filed on March 8, 2005 and March 21, 2005, Memoranda filed with the court on August 29, 2005, October 3, 2005, October 4, 2005 and October 11, 2005 opposing GLMHRA's motions for partial summary judgment and the Memoranda supporting reconsideration of October 25, 2005 and December 27, 2005 and Memorandum of January 6, 2006 supporting receivership and the reconstitution of EMHC and recent affidavits of past president of GLMHRA and EMHC, Stephan Speropolous and past president of GLMHRA and Clerk of EMHC, Martena Fallon. See Attachment.

Dated: February 1, 2007

Respectfully submitted,

_____

Albert W. Bleau Jr.
505 Paradise Rd. #208
Swampscott, MA 01907
(781) 962-2662

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all counsel of record by First Class Mail on February 1, 2007.

Albert W. Bleau Jr.

Garrick Cole
Smith & Duggan LLP
Two Center Plaza
Boston, MA 02108-1906
(617) 248-1900

Donald K. Stern
Bingham McCutchen LLP
150 Federal St.
Boston, MA 02110
(617) 951-8250

Salo Zelemeyer
Greenberg Traurig, LLP
One International Place, 20th floor
Boston, MA 02110

William T. Harrington
Glynn, Landry, Harrington,
& Rice, LLP
10 Forbes Rd.,
Suite 270
Braintree, MA 02184