Albert W. Bleau Jr.

505 Paradise Rd. #208          40 Whaleback Rd.
Swampscott, MA 01907          Peaks Island, ME 04108
781 962-2662
deadalus@peoplepc.com

August, 20, 2006

Nancy Weinstein and Kathleen O'Keefe
Executive Director and Executive Director Elect
Garden St. Apartments
One Canal St.
Lawrence MA 01840

Dear Executive Directors Weinstein and O'Keefe,

Thank you for the opportunity to submit a maintenance proposal to your corporation.

Crowninshield Management Corporation (CMC) has decided not to submit a proposal for year round maintenance since they have no employees in the Lawrence area. However, I have my son who lives in Newburyport and a co worker who resides in Lawrence. They are currently doing the painting and other work required for the REAC.

Shawn Bleau has worked with both the mentally ill and developmentally disabled as a program manager of a group home and is currently a High School Special Education teacher in Newburyport. He also operates a painting contractor business. He also worked as GLMHRA's maintenance person. He is skilled in carpentry, painting, wallpapering, minor plumbing, hardwood floor restoration and a variety of other handyman tasks.

I also have over twenty years of property management experience as the former Executive director of Eastern Mass Housing Corporation (EMHC) that I founded in 1978.

During my leadership, EMHC acquired over seventy properties including an 811 project in Lowell and three in Lynn. Additionally, I managed five group homes and two apartment complexes as well as three rooming houses that provided housing and programming for individuals with mental illness. I also acquired, renovated and or constructed and managed numerous residences for the developmentally disabled and ten different day programs and clinics for individuals with mental illness and developmental and physical disabilities.

I have also renovated over seventy properties and supervised the construction of a four story $3.4 Million dollar office and training facility in Lynn, a three story $2 Million dollar clinic and day habilitation building in Lowell, and converted a church in Lynn to a three story handicapped accessible training center and day program for physically handicapped developmentally disabled adults.

I am proposing to provide complete maintenance, monthly inspections and emergency on call services for your corporation's properties at 188 and 193 Garden St., Lawrence, MA.

We will supervise the sub contractors. And provide a "handy man" that will be assigned to the properties to conduct monthly inspections, oversight of the temporary work force, emergency repairs, and preventative maintenance. Off hours lock out services will be sub contracted with a local locksmith with the "handy man as a back up as part of our contract.

We will bill $600 monthly. The monthly charge will cover all costs except the cost of major repairs and the cost of the lock out services. I expect that the "handy man will be on sight six hours a month to conduct inspections and to supervise the temporary work force. Minor repairs will be completed during these visits whenever possible at no cost to your corporation. Monthly inspection reports will be submitted to your corporation with any recommendations for replacements or repairs.

In summary the $600 monthly contract will provide the following services:

1. Monthly inspection of the properties and the apartments, and supervision of the temporary work force at least twice per month plus phone call oversight
2. Submission of monthly inspection reports
3. Establishment of preventative maintenance schedules
4. Labor costs associated with minor repairs during property visits to include: bulb replacement, paint touch ups, minor wall and ceiling repairs, minor plumbing, tile and rug repair, caulking, dryer vent cleaning, drain cleaning in bathrooms and kitchens, outdoor crack sealing on walkways, etc.
5. Preparation of any bids and hiring and supervision of any subcontractors for regular repairs and maintenance.
6. Emergency calls that result in on site repairs will be billed at $30/hr with $30 as the minimum charge. Every attempt will be made to train and educate residents to limit these calls, for example, "How to unplug a toilet."; "How not to over load circuits, etc.

We appreciate your consideration of our proposal. Please call me at if you need additional information or would like to further discuss this proposal at 1-781-962-2662. I am available any evening to meet with you and your Board of Directors. Thank you.

Respectfully,

A. W. Breau Jr. LCSW