COMMONWEALTH OF MASSACHUSETTS

UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACUSETTS
DOCKET #: 04 CV 10469-WGY

ALBERT W. BLEAU          )
                         )
V.                       )
                         )
BRIDGEWELL               )
                         )

### APPEARANCE

I, Richard P. Heartquist, counsel for the Plaintiff, respectfully request that this Honorable Court enter my appearance for the Plaintiff in the above-cited matter.

Respectfully Submitted,
For the Plaintiff,
By His Attorney,

Dated: February 24, 2007

Richard P. Heartquist
200 Sutton Street, Suite 244
North Andover, MA  01845
(978) 687-6664
BBO # 564451