COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS
DOCKET #: 04 CV 10469-WGY

| | |
|---|---|
| ALBERT W. BLEAU | ) |
| V. | ) |
| | ) |
| BRIDGEWELL | ) |
| | ) |

### PLAINTIFF'S MOTION TO CONTINUE

Now comes the Plaintiff in the above-entitled matter and respectfully requests that this Honorable Court continue the matter which had been scheduled for Summary Judgment Motion on February 12, 2007 be moved to June 11, 2007, June 12. 2007, or June 13, 2007. As reasons therefore the Plaintiff states the following:

1. Plaintiff's counsel was recently retained by the Plaintiff to represent him in this matter; Plaintiff had previously been representing himself Pro-Se.

2. Plaintiff has been recently hospitalized and this is the reason why he missed the February 12, 2007 Summary Judgment Motion.

3. Plaintiff has now recently been released from the North Shore Medical Center in Salem, MA; where he has been diagnosed by his Psychologist, Ronald Reintech, PhD, as profoundly depressed and incapable of functioning professionally.

4. Plaintiff's Psychologist, Ronald Reintech, PhD, has stated that Albert W. Bleau is incapable of a court appearance at the present time.

Respectfully Submitted,
For the Plaintiff,
By His Attorney,

Dated: February 24, 2007

Richard P. Heartquist
200 Sutton Street, Suite 244
North Andover, MA 01845
(978) 687-6664
BBO # 564451