COMMONWEALTH OF MASSACHUSETTS

UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACUSETTS
DOCKET #: 04 CV 10469-WGY

|  |  |
|---|---|
| ALBERT W. BLEAU ) | |
| ) | **AFFIDAVIT IS SUPPORT** |
| V. ) | **OF MOTION TO CONTINUE** |
| ) | |
| BRIDGEWELL ) | |

Now comes Richard P. Heartquist who, under oath, deposes and states the following to be true and accurate to the best of my knowledge and belief:

1. Plaintiff Albert W. Bleau has recently retained me to represent him in this matter; and that the Plaintiff had previously been representing himself Pro-Se.

2. Plaintiff Albert W. Bleau was recently hospitalized and this is the reason why he missed the Summary Judgment Motion scheduled on February 12, 2007.

3. Plaintiff, Albert W. Bleau, was recently released from North Shore Medical Center in Salem, MA; where he has been diagnosed by his Psychologist, Ronald Reintech, PhD, as profoundly depressed and incapable of function professionally.

4. Plaintiff's psychologist, Ronald Reintech, PhD, also stated that Plaintiff, Albert W. Bleau, is incapable of a court appearance at the present time.

SIGNED UNDER THE PAINS AND PENALITIES OF PERJURY THIS 24TH DAY OF FEBRAURY 2007.

Respectfully Submitted,
For the Plaintiff,
By His Attorney,

Dated: February 24, 2007

Richard P. Heartquist
200 Sutton Street, Suite 244
North Andover, MA 01845
(978) 687-6664
BBO # 564451

CERTIFICATE OF SERVICE

I, Richard P. Heartquist, attorney for the Plaintiff, hereby certify that I have this date caused a true copy of the above documents (motion to continue) to be served upon the parties listed below by mail:

United States District Court
District of Massachusetts
1 Courthouse Way
Suite 2300
Boston, MA 02210

William Harrington
10 Forbes Road
Braintree, MA
02184

Dated: February 27, 2007

_____
Richard P. Heartquist