UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERT WILLIAM BLEAU, JR., )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>BRIDGEWELL, INC., )<br>)<br>Defendant ) | CIVIL ACTION<br>NO. 04-10469-WGY |

## DEFENDANT'S OPPOSITION TO
## PLAINTIFF'S MOTION TO CONTINUE TRIAL

The defendant, Bridgewell, Inc. ("Bridgewell"), hereby opposes the plaintiff's Motion to Continue the Trial. Bridgewell states that, should Bridgewell's Motion for Summary Judgment currently pending before the Court be denied, the trial should proceed as scheduled, for the following reasons:

1. The plaintiff instituted this matter in March 2004, close to three years ago. The matter is currently on the Court's March running trial list. The parties have already submitted their Joint Pre-Trial Statement and the final Pre-Trial Conference was held on February 5, 2007.

2. The plaintiff has had ample opportunity to obtain counsel during this matter and only chose to do so after his previous *pro se* requests to continue trial were denied.

3. While the plaintiff's Motion is supported by an affidavit of counsel, it appears that counsel does not have personal knowledge of the plaintiff actually having been hospitalized. Moreover, there no copies of medical records attached.

4. The plaintiff's Motion also suffers from a lack of specificity. It does not state when the plaintiff was hospitalized or when the plaintiff's psychologist diagnosed him. While it

asserts that the plaintiff is not capable of a court appearance "at the present time", it does not state when the plaintiff is expected to be available for trial. It also does not seek a specific time period for the continuance.

5. Undersigned counsel certifies that, on Friday February 16, 2007, he returned a call from the plaintiff, calling the plaintiff at his home and, during that conversation, the plaintiff indicated that he had left the hospital days earlier.

WHEREFORE, the defendant, Bridgewell, respectfully requests that the plaintiff's Motion to Continue be denied.

Respectfully submitted,

The Defendant,

BRIDGEWELL, INC.,
By its attorneys,

/s/ William T. Harrington
William T. Harrington (BBO No 564445)
Glynn, Landry, Harrington, & Rice, LLP
10 Forbes Road, Suite 270
Braintree, MA 02184
(781) 356-1749

/s/ Edward P. Harrington
Edward P. Harrington
8 Winter Street, 12th Floor
Boston, MA 02108
(617) 423-5959

CERTIFICATE OF SERVICE

I herby certify that, on February 27, 2007, I filed this document with the Court electronically via the Court's CM/ECF system and that I served a copy of this document upon Richard P. Heartquist, Esq., 200 Sutton Street, Suite 244, North Andover, MA 01845 by first class mail and facsimile.

/s/ William T. Harrington
William T. Harrington