UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: **04-10469-WGY**

**ALBERT BLEAU**
Plaintiff

v.

**BRIDGEWELL,INC., ET AL**

Defendant

JUDGMENT

     This action came before the Court for a Hearing on Defendant Bridgewell's Motion for Summary Judgment. The issues have been adjudicated and the Court Orders the Motion for Summary Judgment is Allowed.

**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE DEFENDANT BRIDGEWELL, INC.** The Court has previously dismissed the claims against all other defendants..

    **Sarah A. Thornton**
    Clerk

    **/s/ Elizabeth Smith**
    Deputy Clerk

March 5, 2007
To: All Counsel