UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                    Civil Action
                                                                    No: **04-10469-WGY**

**ALBERT BLEAU**
Plaintiff

v.

**BRIDGEWELL,INC.**
**EASTERN MASS HOUSING**
**ROFERICK MacKLEISH**
**ROBERT SHERMAN**
**ROBERT GRIFFIN**
**THOMAS F. REILLY**

Defendant

**AMENDED JUDGMENT**

      This action came before the Court on Defendant Bridgewell's Motion for Summary Judgment. The issues have been adjudicated and the Court Orders the Motion for Summary Judgment is Allowed. The court previously Dismissed all other defendants.

**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE DEFENDANTS**

                                                                     Sarah A. Thornton
                                                                     Clerk

                                                                     /s/ Elizabeth Smith
                                                                     Deputy Clerk

March 5, 2007
To: All Counsel